CHRIS WINTON HENDERSON (B.B.O. No. 655321)
57 Wharf Street
Suite No. 3A
Salem, Massachusetts 01970
(978) 741-4646
(978) 740-8880 (fax)

Attorneys for Plaintiff,
Fank Quaglia

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK QUAGLIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BRAVO NETWORKS, NATIONAL BROADCASTING COMPANY, INC., doing business as NBC; RAINBOW PROGRAMMING HOLDINGS, INC., AND DOES 1-10<br><br>Defendants | 04-10460GAO<br><br>APPLICATION FOR ADMISSION *PRO HAC VICE* |

As designated local counsel in this case, I am presenting the following attorney for special admission *pro hac vice* pursuant to LR 83.5.3

I. **APPLICANT ATTORNEY INFORMATION**

  A.    **Personal Data:**

  (1)   Attorney's Name:

         Douglas L. Johnson

  (2)   Firm or Business Affiliation:

         Johnson & Rishwain LLP

  (3)   Mailing Address, City, State and Zip Code:

         12121 Wilshire Blvd., Suite 1201
         Los Angeles, CA 90025

 (4) Business Telephone Number:

  (310) 826-2410

 (5) Fax Telephone Number:

  (310) 826-5450

 (6) E-mail Address:

  djohnson@jrllp.com

a. **Bar Admissions Information:**  I certify that I am now a member in good standing of the following State and or Federal Bar Association:

 1. *State Bar Admissions, Standing, Admissions Date and BAR ID Number*: admitted California State Bar 2000, in good standing; #209216.

 2. *Federal Bar Admissions, Standing, Admissions Date and BAR ID Number*: admitted 2000, in good standing, CSB #209216.

b. **Certification of Disciplinary Proceedings:**

 _X_ I certify that I am not now, nor have I ever been subject to any disciplinary action by a State or federal bar association or administrative agency.

 ____ I certify that I am now, or have been subject to disciplinary action from a State or federal bar association or administrative agency (See attached letter of explanation).

c. **Certification of Professional Liability Insurance:**  I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

d. **Certification of Familiarity With Local Rules:**  I certify that I am familiar with the Local Rules of the District Court for the District of Massachusetts.

(6) **CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**  I certify that I am a member in good standing of the Bar of this court, as well as the Bar of the State of Massachusetts, and that I will serve as designated local counsel in this particular case:

a. **Local Counsel's Personal Data:**

 (1) Name and Massachusetts State Bar ID Number:

  Chris Winston Henderson, BBO #655321

 (2) Mailing Address, City, State and Zip Code:

  57 Wharf Street, Suite 3A
  Salem, MA 01970

 (3) Business Telephone Number:

  (978) 741-4646

(4) Fax Telephone Number:

(978) 740-8880

## SIGNATURES OF COUNSEL

_____  _____
Chris Winton Henderson, BBO #655321   Douglas L. Johnson CSB # 209216
Law Offices of Chris Winton Henderson  Johnson & Rishwain LLP
57 Wharf Street, Suite 3A              12121 Wilshire Blvd., Suite 1201
Salem, MA  01970                        Los Angeles, CA 90025
(978) 741-4646                          (310) 826-2410

---

## COURT ACTION

---

_____  Application Approved

_____  Application Denied

_____      _____
Date                                  Judge's Signature