CHRIS WINTON HENDERSON (B.B.O. No. 655321)
57 Wharf Street
Suite No. 3A
Salem, Massachusetts 01970
(978) 741-4646
(978) 740-8880 (fax)

Attorneys for Plaintiff,
Fank Quaglia

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| FRANK QUAGLIA, an individual, | 04-10460 GAO |
|---|---|
| Plaintiff, | |
| vs. | APPLICATION FOR ADMISSION *PRO HAC VICE* |
| BRAVO NETWORKS, NATIONAL BROADCASTING COMPANY, INC., doing business as NBC; RAINBOW PROGRAMMING HOLDINGS, INC., AND DOES 1-10 | |
| Defendants | |

As designated local counsel in this case, I am presenting the following attorney for special admission *pro hac vice* pursuant to LR 83.5.3

I.   **APPLICANT ATTORNEY INFORMATION**

   A.   **Personal Data:**

   (1)   Attorney's Name:

   Neville L. Johnson

   (2)   Firm or Business Affiliation:

   Johnson & Rishwain LLP

   (3)   Mailing Address, City, State and Zip Code:

   12121 Wilshire Blvd., Suite 1201
   Los Angeles, CA 90025

(4) Business Telephone Number:

(310) 826-2410

(5) Fax Telephone Number:

(310) 826-5450

(6) E-mail Address:

njohnson@jrllp.com

a. **Bar Admissions Information:** I certify that I am now a member in good standing of the following State and or Federal Bar Association:

1. *State Bar Admissions, Standing, Admissions Date and BAR ID Number*: admitted California State Bar 1975, in good standing; #66329.

2. *Federal Bar Admissions, Standing, Admissions Date and BAR ID Number*: admitted 1975, in good standing, CSB #66329.

b. **Certification of Disciplinary Proceedings**:

  X   I certify that I am not now, nor have I ever been subject to any disciplinary action by a State or federal bar association or administrative agency.

  ___   I certify that I am now, or have been subject to disciplinary action from a State or federal bar association or administrative agency (See attached letter of explanation).

c. **Certification of Professional Liability Insurance**: I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

d. **Certification of Familiarity With Local Rules:** I certify that I am familiar with the Local Rules of the District Court for the District of Massachusetts.

(6) **CERTIFICATION OF ASSOCIATED LOCAL COUNSEL**: I certify that I am a member in good standing of the Bar of this court, as well as the Bar of the State of Massachusetts, and that I will serve as designated local counsel in this particular case:

a. **Local Counsel's Personal Data**:

(1) Name and Massachusetts State Bar ID Number:

Chris Winston Henderson, BBO #655321

(2) Mailing Address, City, State and Zip Code:

57 Wharf Street, Suite 3A
Salem, MA 01970

(3) Business Telephone Number:

(978) 741-4646

(4) Fax Telephone Number:

(978) 740-8880

## SIGNATURES OF COUNSEL

_____    _____
Chris Winton Henderson, BBO #655321    Neville L. Johnson CSB # 66329
Law Offices of Chris Winton Henderson    Johnson & Rishwain LLP
57 Wharf Street, Suite 3A    12121 Wilshire Blvd., Suite 1201
Salem, MA 01970    Los Angeles, CA 90025
(978) 741-4646    (310) 826-2410

## COURT ACTION

_____    Application Approved

_____    Application Denied

_____    _____
Date    Judge's Signature