NEVILLE L. JOHNSON
*Pro Hac Vice Pending*
DOUGLAS L. JOHNSON
*Pro Hac Vice Pending*
**JOHNSON & RISHWAIN LLP**
12121 Wilshire Boulevard, Suite 1201
Los Angeles, California 90025-1175
(310) 826-2410
(310) 826-5450 (Fax)

CHRIS WINTON HENDERSON (B.B.O. No. 655321)
57 Wharf Street
Suite No. 3A
Salem, Massachusetts 01970
(978) 741-4646
(978) 740-8880 (fax)

Attorneys for Plaintiff,
Frank Quaglia

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK QUAGLIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BRAVO NETWORKS, NATIONAL BROADCASTING COMPANY, INC., doing business as NBC; RAINBOW PROGRAMMING HOLDINGS, INC., AND DOES 1-10<br><br>Defendants | CASE NO.: 04 10460 GAO<br><br>PLAINTIFF'S NOTICE OF CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT ON: (1) BRAVO NETWORKS; (2) NATIONAL BROADCASTING COMPANY, INC.; and (3) RAINBOW PROGRAMMING HOLDINGS, INC.<br><br>Hon. George A. O'Toole, Jr. |