UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN OFFICE
2004 APR 29 P 3: 21
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| FRANK QUAGLIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 04-10460-GAO |
| BRAVO NETWORK, NATIONAL BROADCASTING ) | |
| COMPANY, INC., RAINBOW PROGRAMMING ) | |
| HOLDINGS, INC. AND DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

FILING FEE PAID:
RECEIPT # 55614
AMOUNT $ 100.00
BY DPTY CLK
DATE 4/30/04

### MOTION TO ADMIT BARRY I. SLOTNICK AND LAURA M. VASEY PRO HAC VICE

Jonathan M. Albano, a member of the Bar of this Court and a partner in the law firm of Bingham McCutchen, LLP, counsel of record for defendants Bravo Network ("Bravo"), National Broadcasting Company, Inc. ("NBC") and Rainbow Media Holdings LLC (sued herein as Rainbow Programming Holdings, Inc.) ("Rainbow"), hereby moves pursuant to Rule 83.5.3 of this Court that Barry I. Slotnick, a partner of the law firm Loeb & Loeb, and Laura M. Vasey, an associate of the same firm, be admitted pro hac vice to appear and practice in this Court in this case on behalf of Rainbow.

Barry I. Slotnick is licensed to practice and a member in good standing of the Bar of the State of New York, the United States Supreme Court, the United States Court of Appeals for the Second Circuit, the United States Courts of Appeals for the Third Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York and the United States District Court for the

LITDOCS:548319.1

Eastern District of Wisconsin. There are no disciplinary proceedings pending against Mr. Slotnick in any jurisdiction and he is familiar with the Local Rules of this Court.

Laura M. Vasey is licensed to practice and a member in good standing of the Bar of the State of New York, the State of Illinois, the State Bar of Georgia and the United States District Court for the Northern District of Illinois. There are no disciplinary proceedings pending against Ms. Vasey in any jurisdiction and she is familiar with the Local Rules of this Court.

The Affidavits of Mr. Slotnick and Ms. Vasey in support of this motion are submitted herewith, as is a filing fee of $100.00.

WHEREFORE, movant respectfully requests that Barry I. Slotnick and Laura M. Vasey be admitted pro hac vice to appear and practice in this Court in this case on behalf of Rainbow.

Respectfully submitted,

**RAINBOW MEDIA HOLDINGS LLC (sued herein as RAINBOW PROGRAMMING HOLDINGS, INC.)**

By its attorneys,

Jonathan M. Albano, BBO #013850
**BINGHAM MCCUTCHEN**
150 Federal Street
Boston, MA 02110
(617) 951-8000

*Of Counsel*
Barry I. Slotnick
Laura M. Vasey
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0037
(212) 407-4000

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 4/29/04

Dated: April 29, 2004