UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 APR 29 P 3:21

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| FRANK QUAGLIA,<br><br>                  Plaintiff,<br><br>v.<br><br>BRAVO NETWORK, NATIONAL BROADCASTING COMPANY, INC., RAINBOW PROGRAMMING HOLDINGS, INC. AND DOES 1-10,<br><br>                  Defendants. | CIVIL ACTION<br>NO. 04-10460-GAO |

### AFFIDAVIT OF BARRY I. SLOTNICK
### IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE

Barry I. Slotnick deposes and says:

1. My name is Barry I. Slotnick. I am a partner of the law firm, Loeb & Loeb, LLP.

2. I am licensed to practice and a member in good standing of the Bar of the State of New York, the United States Supreme Court, the United States Court of Appeals for the Second Circuit, the United States Courts of Appeals for the Third Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York and the United States District Court for the Eastern District of Wisconsin.

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

LITDOCS:548329.1

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 28th day of April, 2004.

_____
Barry I. Slotnick

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by first-class mail on April 29, 2004.

_____
Jonathan M. Albano