UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK QUAGLIA,<br><br>                Plaintiff,<br><br>                v.<br><br>BRAVO NETWORK, NATIONAL BROADCASTING COMPANY, INC., RAINBOW PROGRAMMING HOLDINGS, INC. AND DOES 1-10,<br><br>                Defendants. | CIVIL ACTION<br>NO. 04-10460-GAO |

### AFFIDAVIT OF LAURA M. VASEY
### IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE

Laura M. Vasey deposes and says:

1. My name is Laura M. Vasey. I am an associate of the law firm, Loeb & Loeb, LLP.

2. I am licensed to practice and a member in good standing of the Bar of the State of New York, the State of Illinois, the State Bar of Georgia and the United States District Court for the Northern District of Illinois.

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

LITDOCS:548329.1

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 28th day of April, 2004.

_____
Laura M. Vasey

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by first-class mail on April 28, 2004.

_____
Jonathan M. Albano