UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANK QUAGLIA,<br><br>                Plaintiff,<br><br>      v.<br><br>BRAVO NETWORK, NATIONAL BROADCASTING COMPANY, INC., RAINBOW PROGRAMMING HOLDINGS, INC. AND DOES 1-10,<br><br>                Defendants. | CIVIL ACTION<br>NO. 04-10460-GAO<br><br>FILING FEE PAID:<br>RECEIPT # 55620<br>AMOUNT $ 50.00<br>BY DPTY CLK<br>DATE 4/30/04 |

## MOTION TO ADMIT DANIEL M. KUMMER PRO HAC VICE

Jonathan M. Albano, a member of the Bar of this Court and a partner in the law firm of Bingham McCutchen, LLP, counsel of record for defendants Bravo Company, incorrectly sued herein as "Bravo Network" ("Bravo"), National Broadcasting Company, Inc. ("NBC") and Rainbow Media Holdings LLC (sued herein as Rainbow Programming Holdings, Inc.) ("Rainbow"), hereby moves pursuant to Rule 83.5.3 of this Court that Daniel M. Kummer, a lawyer employed as Vice President, Litigation for NBC, be admitted pro hac vice to appear and practice in this Court in this case on behalf of NBC and Bravo.

Mr. Kummer is a member in good standing of the Bar of the State of New York, the Bar of the Commonwealth of Massachusetts (as to which he is currently an inactive member), as well as the respective bars of the United States Courts of Appeals for First, Second, Eleventh and D.C. Circuits, The United States Court of Appeals for the Armed Forces, and the United States District Courts for the Southern and Eastern Districts of New York. There are no disciplinary proceedings pending against Mr. Kummer in any jurisdiction and he is familiar with the Local Rules of this Court.

LITDOCS:548319.1

The Affidavit of Mr. Kummer in support of this motion is submitted herewith, as is a filing fee of $50.00.

WHEREFORE, movant respectfully requests that Daniel M. Kummer be admitted pro hac vice to appear and practice in this Court in this case on behalf of NBC and Bravo.

Respectfully submitted,

BRAVO NETWORK, NATIONAL BROADCASTING COMPANY, INC., and RAINBOW MEDIA HOLDINGS LLC (sued herein as RAINBOW PROGRAMMING HOLDINGS, INC.)

By their attorneys,

_____
Jonathan M. Albano, BBO #013850
BINGHAM DANA LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

*Of Counsel*
Daniel M. Kummer
National Broadcasting Company, Inc.
30 Rockefeller Plaza
New York, NY 10112
(212) 664-6572

Dated: April __, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by first-class mail on April 30, 2004.

_____
Jonathan M. Albano