UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 APR 30 P 2: 01

U.S. DISTRICT COURT
DISTRICT OF MASS

FRANK QUAGLIA,

           Plaintiff,

v.

BRAVO NETWORK, NATIONAL BROADCASTING
COMPANY, INC., RAINBOW PROGRAMMING
HOLDINGS, INC. AND DOES 1-10,

           Defendants.

CIVIL ACTION
NO. 04-10460-GAO

## AFFIDAVIT OF DANIEL M. KUMMER
### IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE

Daniel M. Kummer deposes and says:

1.    My name is Daniel M. Kummer. I am a lawyer employed as Vice President, Litigation for National Broadcasting Company, Inc.

2.    I am a member of the Bar of the State of New York, the Bar of the Commonwealth of Massachusetts (as to which I am currently an inactive member), as well as the respective bars of the United States Courts of Appeals for First, Second, Eleventh and D.C. Circuits, The United States Court of Appeals for the Armed Forces, and the United States District Courts for the Southern and Eastern Districts of New York.

3.    I am a member in good standing in every jurisdiction in which I have been admitted to practice.

4.    There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

LITDOCS:548329.1

-2-

5.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 29th day of April, 2004.

_____
Daniel M. Kummer

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by first-class mail on April 30, 2004.

_____
Jonathan M. Albano