# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRANK QUAGLIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 0410460 GAO |
| | ) | |
| BRAVO NETWORKS, NATIONAL | ) | |
| BROADCASTING COMPANY, INC., | ) | |
| doing business as NBC, RAINBOW | ) | |
| PROGRAMMING HOLDINGS, INC. | ) | |
| and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## Local Rule 7.3 Corporate Disclosure Statement

Pursuant to Local Rule 7.3, Defendants Bravo Company ("Bravo"), a New York general partnership sued incorrectly herein as "Bravo Networks," and National Broadcasting Company, Inc. ("NBC"), a Delaware corporation, (collectively, "Bravo Defendants"), state as follows:

1.     NBC and Bravo are entities wholly owned by General Electric Company, a publicly traded company.

**BRAVO COMPANY (sued herein as BRAVO NETWORK), and NATIONAL BROADCASTING COMPANY, INC.,**

By their attorneys,

_____
Jonathan M. Albano, BBO #013850
BINGHAM DANA LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

*Of Counsel*
Daniel M. Kummer
National Broadcasting Company, Inc.
30 Rockefeller Plaza
New York, NY 10112
(212) 664-6572

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on.