UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRANK QUAGLIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 0410460 GAO |
| | ) | |
| BRAVO NETWORKS, NATIONAL BROADCASTING COMPANY, INC., doing business as NBC, RAINBOW PROGRAMMING HOLDINGS, INC. and DOES 1-10, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### Local Rule 7.3 Corporate Disclosure Statement

Pursuant to Local Rule 7.3, Defendant Rainbow Media Holdings LLC ("Rainbow"), a Delaware limited liability company sued incorrectly herein as Rainbow Programming Holdings, Inc., states as follows:

1. Rainbow is an entity wholly owned by Cablevision Systems Corporation, a publicly traded company.

LITDOCS:548937.1

**RAINBOW MEDIA HOLDINGS LLC**
(sued herein as RAINBOW
PROGRAMMING HOLDINGS, INC.)

By its attorneys,

*/s/ Jonathan M. Albano*
Jonathan M. Albano, BBO #013850
**BINGHAM MCCUTCHEN**
150 Federal Street
Boston, Massachusetts 02110
(617) 951-8000

*Of Counsel*:

Barry S. Slotnick
Laura M. Vasey
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154
(212) 407-4000

Dated: April 30, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by First-Class Mail on April 30, 2004.

*/s/ Jonathan M. Albano*
Jonathan M. Albano

LITDOCS:548937.1

2