UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK QUAGLIA,

                Plaintiff,

v.

BRAVO NETWORKS, ET AL.,

                Defendant.

CIVIL ACTION
NO. 04-10460-RWZ

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), defendant Rainbow Media Holdings LLC ("Rainbow") (incorrectly sued herein as "Rainbow Programming Holdings, Inc.") certifies as follows:

Rainbow has conferred with its outside counsel with a view towards establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation and to consider the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 (such as the use of a mini-trial, a summary jury trial, or mediation).

RAINBOW MEDIA HOLDINGS LLC

By: _____
David A. Deitch
General Counsel & Senior Vice President, Business Affairs

LTDOCS:552848.1

By: *[signature]*
Barry S. Slotnick
Laura M. Vasey
LOEB & LOEB LLP
345 Park Avenue
New York, N.Y.
(212) 407-4000

By: *[signature]*
Jonathan M. Albano
BBO ##013850
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by mail on May 25, 2004.

*[signature]*
Jonathan M. Albano