UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 MAY 26  P 4: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| FRANK QUAGLIA,<br>           Plaintiff,<br><br>v.<br><br>BRAVO NETWORKS, ET AL.,<br>           Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 04-10460-RWZ<br>)<br>)<br>)<br>) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), defendants Bravo Company ("Bravo") (incorrectly sued herein as "Bravo Networks") and NBC Universal, Inc. (sued herein as National Broadcasting Company, Inc.) ("NBC"), certify as follows:

Bravo and NBC have conferred with their outside counsel with a view towards establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation and to consider the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 (such as the use of a mini-trial, a summary jury trial, or mediation).

**BRAVO COMPANY AND
NATIONAL BROADCASTING COMPANY, INC.
(n/k/a NBC Universal, Inc.)**

By: _____
Daniel M. Kummer
Vice President, Litigation
NBC Universal, Inc.
30 Rockefeller Center
New York, N.Y. 10112
(212) 664-4017

LITDOCS:552848.1

*[signature]*
Jonathan M. Albano
BBO ##013850
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by mail on May 25, 2004.

*[signature]*
Jonathan M. Albano