# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 MAY 27 P 1:06

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| FRANK QUAGLIA,<br><br>Plaintiff,<br><br>v.<br><br>BRAVO NETWORKS, *ET AL.*,<br>Defendant, | CIVIL ACTION NO. 04-10460-RWZ |

### LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1 (d) (3), plaintiff Frank Quaglia certifies as follows:

Mr. Quaglia has conferred with his outside counsel with a view towards establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation and to consider the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 (such as the use of a mini-trial, a summary jury trial, or mediation).

By: *[signature]*
Frank Quaglia
Plaintiff

By: *[signature]*
Chris Winton Henderson, Esq.
57 Wharf Street, Suite 3A
Salem, MA 01970
978.741.4646

By:

_____ FOR
Neville L. Johnson, Esq.
JOHNSON & RISHWAIN LLP
12121 Wilshire Blvd. Suite 1201
Los Angeles, CA 90025
310.826.2410


By:

_____ FOR
Douglas L. Johnson, Esq.
JOHNSON & RISHWAIN LLP
12121 Wilshire Blvd. Suite 1201
Los Angeles, CA 90025
310.826.2410


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by mail on May 27, 2004.

_____
Chris Winton Henderson