FILED
IN CLERKS OFFICE

2004 MAY 28 P 2:37

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| FRANK QUAGLIA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BRAVO NETWORKS, NATIONAL BROADCASTING COMPANY, INC., doing business as NBC; RAINBOW MEDIA HOLDINGS, INC., and DOES 1-10.<br><br>　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 04-10460-RWZ<br><br>**PLAINTIFF'S SUPPLEMENTAL POINTS AND AUTHORITIES REGARDING JOINT Fed.R.Civ.P. 26(f) REPORT**<br><br>[L.R. 16.1(d)]<br><br>Scheduling Conference: June 2, 2004<br>Time: 2:30 p.m.<br>Location: Courtroom No. 12, 5th Floor<br><br>Honorable Rya W. Zobel |

Pursuant to the Court's Notice of Scheduling Conference, counsel for Plaintiff offers the following additional statement.

## II.   DISCOVERY PLAN

Defendants have essentially proposed that all discovery be stayed except as to "substantial similarity" in a copyright context. Doing so would thwart one of the best arguments Quaglia has, to wit: that "when access is proven, the required degree of similarity becomes somewhat less than it would have been in the absence of that proof." Nimmer on Copyright, §13.03[D], pp. 13-78 to 13-79, citing at fn.

1

197, inter alia, *Sid & Marty Kroft Television Prods., Inc. v. McDonald's Corp*, 562 F. 2d 1157 (9th Cir. 1977), *Steinberg v. Columbia Pictures Industries.*, Inc., 738 F. 2d 548 (2d Cir. 1984) and numerous other cases.

Quaglia believes that showing access will be relatively easy, thus making the "substantial similarity" argument that much more powerful. To deny Quaglia the opportunity to do discovery on access ties one hand behind his back and gives defendants an unfair advantage.

Respectfully submitted,

FRANK QUAGLIA,

By his attorneys,

CHRIS WINTON HENDERSON
(BBO No. 655321)
57 Wharf Street
Suite No. 3A
Salem, Massachusetts 01970
(978) 741-4646
(978) 740-8880 (fax)

*Of Counsel*
Neville L. Johnson
Douglas L. Johnson
JOHNSON & RISHWAIN LLP
12121 Wilshire Blvd.
Suite 1201
Los Angeles, California 90025-1175
(310) 826-2410
(310) 826-5450 (fax)

Date: May 28, 2004