# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FRANK QUAGLIA,

   *Plaintiff,*

v.

BRAVO NETWORKS, *ET AL.,*
   *Defendant,*

CIVIL ACTION NO. 04-10460-RWZ

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1 (d) (3), plaintiff Frank Quaglia certifies as follows:

Mr. Quaglia has conferred with his outside counsel with a view towards establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation and to consider the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 (such as the use of a mini-trial, a summary jury trial, or mediation).

By: *[signature]*
Frank Quaglia
Plaintiff

By: *[signature]*
Chris Winton Henderson, Esq.
57 Wharf Street, Suite 3A
Salem, MA 01970
978.741.4646