Judge Rya Zobel
In c/o Lisa Urso
U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210



FILED
IN CLERKS OFFICE

2005 MAR 10 P 1: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

March 7, 2005

Dear Judge Zobel:

<u>I am requesting that you allow me more time to retain new counsel to represent me</u> in a case that you are presiding over: Civil Action No. 04-1 0460 RWZ.

The case is Frank Quaglia (Plaintiff) v. Bravo Networks; National Broadcast Company, Inc., d.b.a. NBC; Rainbow Programming Holdings, Inc.; and DOES 1-10 (Defendants).

Also, I am requesting that you order the defendants' attorneys, Daniel Kummer and Barry Slotnik, to provide me <u>discovery items* that they have refused to provide since July 2004</u>. Such information as <u>the following selected examples is critical for me to have to retain new counsel on a contingency basis</u>:

- All statements and analyses for all profits and losses for *The It Factor* television series from 2000 to the present.
- All documents relating to net profits for *The It Factor*, including books, ledgers, and quarterly and annual financials from 2000 to the present.
- All internal, external, and certified audits and associated work papers for *The It Factor* from 2000 to the present.

* See Plaintiff's First Request For Production of Documents to Bravo Networks: #s 5, 6, 13, 18, 31, 32 and Plaintiff's First Set of Interrogatories to Bravo Networks: #s 18, 19, 20, 21, 22 for specifics.

Similar Document Requests and Interrogatories were sent to NBC and Rainbow Programming Holdings, Inc., but none of the defendants has produced the documentation.

Please contact me directly with any questions or concerns you may have. Thank you.

Sincerely,

Frank Quaglia

Frank Quaglia

---

Frank Quaglia  P.O. Box 352  Worcester  MA  01613    Tel. (978) 355-3456    Fax  (978) 355-3557
Email:  frank_quaglia@hotmail.com                                    Website:  theultimateaudition.com