# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK QUAGLIA,<br><br>                Plaintiff,<br><br>v.<br><br>BRAVO NETWORKS, NATIONAL BROADCASTING COMPANY, INC., doing business as NBC; RAINBOW MEDIA HOLDINGS, INC., and DOES 1-10.<br><br>                Defendants. | CIVIL ACTION<br><br>NO. 04-10460-RWZ<br><br>**SUBSTITUTION OF COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER THEREON**<br><br>Location: Courtroom No. 12, 5th Floor<br><br>Honorable Rya W. Zobel |

ORIGINAL

TO THIS HONORABLE COURT, THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

It is hereby stipulated by and between Frank Quaglia, Plaintiff in the above-entitled action, and Johnson & Rishwain, LLP, Neville L. Johnson, Douglas L. Johnson, and Chris Winton Henderson, attorneys of record for said Plaintiff, that Frank Quaglia, appearing in pro per, be substituted as the attorney of record for Plaintiff in the above-entitled action in place of Johnson & Rishwain, LLP, Neville L. Johnson, Douglas L. Johnson, and Chris Winton Henderson.

Respectfully submitted,

Dated: March 15, 2005

_____
Neville L. Johnson

NEVILLE L. JOHNSON
*Pro Hac Vice*
DOUGLAS L. JOHNSON
*Pro Hac Vice*
**JOHNSON & RISHWAIN LLP**
12121 Wilshire Boulevard, Suite 1201
Los Angeles, California 90025-1175
(310) 826-2410; (310) 826-5450 (Fax)

CHRIS WINTON HENDERSON
(B.B.O. No. 655321)
57 Wharf Street, Suite No. 3A
Salem, Massachusetts 01970
(978) 741-4646; (978) 740-8880 (fax)

Dated: March 15, 2005

_____
Frank Quaglia
35 Terry Lane
Barre, MA 01005
(978) 355-3456

1

JOHNSON & RISHWAIN LLP
*Attorneys at Law*

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California by JOHNSON & RISHWAIN LLP, and am over the age of 18 and not a party to the within action. My business address is 12121 Wilshire Boulevard, Suite 1201, Los Angeles, California 90025-1175.

On *March 16, 2005* I served the foregoing document described as: SUBSTITUTION OF COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER THEREON on:

| | |
|---|---|
| *Jonathan M. Albano*<br>*Bingham McCutchen*<br>*150 Federal Street*<br>*Boston, MA 02110-1726* | *Daniel Kummer*<br>*NBC*<br>*30 Rockefeller Plaza, Suite 1091 East*<br>*New York, NY 10112* |
| *Barry Slotnick*<br>*Loeb & Loeb*<br>*345 Park Avenue*<br>*New York, NY 10154* | *Chris Winton Henderson*<br>*57 Wharf Street*<br>*Suite 3A*<br>*Salem, MA 01970* |
| *Frank Quaglia*<br>*35 Terry Lane*<br>*Barre, MA 01005* | |

### METHOD OF SERVICE

[X]  (VIA U.S. MAIL) I caused such envelope(s) fully prepaid to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence or mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

### JURISDICTION

[X]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed *March 16, 2005* at Los Angeles, California

May Talebi

## [PROPOSED] ORDER

IT IS ORDERED that Frank Quaglia be substituted in pro per in place of Johnson & Rishwain, LLP, Neville L. Johnson, Douglas L. Johnson, and Chris Winton Henderson as attorney of record for Frank Quaglia, Plaintiff in this action, effective immediately and these attorneys shall turn over forthwith to Mr. Quaglia all their files and records in this matter pursuant to Massachusetts Rule of Professional Conduct, Section §1.16. This Order shall be served on Mr. Quaglia and proof of service provided to the Court.

Dated: _____, 2005

_____
Rya W. Zobel
United States District Judge

Order presented by:
NEVILLE L. JOHNSON
*Pro Hac Vice*
DOUGLAS L. JOHNSON
*Pro Hac Vice*
**JOHNSON & RISHWAIN LLP**
12121 Wilshire Boulevard, Suite 1201
Los Angeles, California 90025-1175
(310) 826-2410; (310) 826-5450 (Fax)

_____
Neville L. Johnson

CHRIS WINTON HENDERSON
(B.B.O. No. 655321)
57 Wharf Street, Suite No. 3A
Salem, Massachusetts 01970
(978) 741-4646; (978) 740-8880 (fax)

2