# JOHNSON & RISHWAIN LLP

*Attorneys at Law*

email: njohnson@jrllp.com

Via Federal Express

March 24, 2005

Honorable Rya W. Zobel
U.S. District Court, District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA  02210

**Re:   Quaglia v. Bravo (04-10460 GAO)**

Dear Judge Zobel:

On March 11, 2005, this Court ordered Plaintiff to obtain new counsel by April 1, 2005 and for that counsel to file an appearance by that date. However, Plaintiff's new counsel cannot file an appearance before current counsel of record is substituted out.

On March 17, 2005, Plaintiff filed a stipulation and proposed order removing Johnson & Rishwain, LLP, Neville L. Johnson, Douglas L. Johnson, and Chris Winton Henderson from this case as attorneys of record and substituting Plaintiff Quaglia in pro per.

We hereby request that the Court sign the order releasing Johnson & Rishwain, LLP, Neville L. Johnson, Douglas L. Johnson, and Chris Winton Henderson as attorneys of record for Plaintiff in this case on an expedited basis. Good cause exists for processing this order in an expedited manner because time is of the essence in allowing Plaintiff to find new counsel and to file an appearance by April 1, 2005.

Yours very truly,

JOHNSON & RISHWAIN LLP

Neville L. Johnson, Esq.

cc:   Frank Quaglia (via fax)
      Chris Winton Henderson (via fax)
      Jonathan M. Albano (via fax)
      Daniel Kummer (via fax)
      Barry Slotnick (via fax)