Judge Rya Zobel
In c/o Lisa Urso
U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

March 30, 2005

Dear Judge Zobel:

Please allow me more time to retain new counsel in the case that you are presiding over: Civil Action No. 04-1 0460 RWZ (Quaglia v. Bravo Networks et al).

Since February 10, 2005, I have researched potential law firms to represent me. I have interviewed dozens of lawyers by telephone, sent case materials to several, and have been in discussions/negotiations with them. In addition, I work full time and care for my three minor sons.

Also, I may need to raise a substantial amount of money to retain one of the law firms that I am in serious discussions with concerning this case.

However, if new counsel cannot be retained in a timely manner, I will represent myself pro se. Thank you for your consideration in this matter.

Sincerely,

*Frank Quaglia*
Frank Quaglia

Frank Quaglia   35 Terry Lane   Barre, MA   01005   Tel. (978) 355-3456   Fax (978) 355-3557
Email: frank_quaglia@hotmail.com                                        Website: theultimateaudition.com

# FAX

**TO:** Lisa Urso (Please forward to Judge Zobel)

**FROM:** Frank Quaglia
35 Terry Lane
Barre, MA 01005

(978) 355-3456 Phone
(978) 355-3557 Fax

**DATE:** Wednesday, March 30, 2005

**SUBJECT:** Request for More Time to Retain New Counsel.

Lisa, Judge Zobel gave me until April 1, 2005 to retain new counsel, but I was unable to meet that deadline. See attached letter.