# **MEMO**

TO:       Judge Rya Zobel
          Jonathan Albano, Esq.,
          Daniel Kummer, Esq.
          Barry Slotnick, Esq.
          Laura Vasey, Esq.
          Neville Johnson, Esq.
          Douglas Johnson, Esq.
          Chris Winton Henderson, Esq.

FROM:     Frank Quaglia

RE:       Civil Action Case Number 04-10460-RWZ / <u>Retaining New Counsel</u>

DATE:     April 6, 2005

It is my intention to have new counsel retained, caught up to speed, and ready to appear before Judge Zobel on June 1, 2005, or thereafter, at Judge Zobel's earliest convenience.

Enclosed are the following:

- Letter to Judge Zobel dated March 30, 2005
- Notice from United States District Court in response to March 30, 2005 letter

Judge Rya Zobel
In c/o Lisa Urso
U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

March 30, 2005

Dear Judge Zobel:

Please allow me more time to retain new counsel in the case that you are presiding over: Civil Action No. 04-1 0460 RWZ (Quaglia v. Bravo Networks et al).

Since February 10, 2005, I have researched potential law firms to represent me. I have interviewed dozens of lawyers by telephone, sent case materials to several, and have been in discussions/negotiations with them. In addition, I work full time and care for my three minor sons.

Also, I may need to raise a substantial amount of money to retain one of the law firms that I am in serious discussions with concerning this case.

However, if new counsel cannot be retained in a timely manner, I will represent myself pro se. Thank you for your consideration in this matter.

Sincerely,

*Frank Quaglia*
Frank Quaglia

**Frank Quaglia    35 Terry Lane    Barre, MA    01005    Tel. (978) 355-3456    Fax (978) 355-3557**
Email:  frank_quaglia@hotmail.com                                    Website:  theultimateaudition.com

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Urso, Lisa entered on 4/4/2005 at 12:09 PM EDT and filed on 4/1/2005
Case Name:    Quaglia v. Bravo Networks et al
Case Number:    1:04-cv-10460
Filer:
Document Number:

Docket Text:
Judge Rya W. Zobel : endorsed ORDER entered. ELECTRONIC ENDORSEMENT re [25] Letter/request (non-motion). Treating this as a motion for a further extension of time, plaintiff shall serve it on all counsel, including his, and he shall indicate how much additional time he needs.(Urso, Lisa)

The following document(s) are associated with this transaction:

1:04-cv-10460 Notice will be electronically mailed to:

Jonathan M. Albano    jonathan.albano@bingham.com

1:04-cv-10460 Notice will not be electronically mailed to:

Chris Winton Henderson
Chris Winton Henderson, Attorney at Law
Suite 3A
57 Wharf Street
Salem, MA 01970

Douglas L. Johnson
Johnson & Rishwain LLP
Suite 1201
12121 Wilshire Blvd.
Los Angeles, CA 90025

Neville L. Johnson
Johnson & Rishwain LLP
Suite 1201
12121 Wilshire Blvd.
Los Angeles, CA 90025

Daniel Kummer
National Broadcasting Company, Inc.
30 Rockefeller Plaza
New York, NY 10112

Barry I Slotnick
Loeb & Loeb
345 Park Avenue
New York, NY 10154-0037

Laura M. Vasey
Loeb & Loeb
345 Park Avenue
New York, NY 10154-0037