# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR 27 P 2: 28

U.S. DISTRICT COURT
DISTRICT OF MASS

FRANK QUAGLIA,

        Plaintiff,

v.

BRAVO NETWORKS, NATIONAL BROADCASTING COMPANY, INC., doing business as NBC; RAINBOW MEDIA HOLDINGS, INC., and DOES 1-10.

        Defendants.

CIVIL ACTION

NO. 04-10460-RWZ

**NOTICE OF LIEN**

Honorable Rya W. Zobel

TO THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD AND TO PLAINTIFF FRANK QUAGLIA IN PRO PER:

Please take notice that the law firm of Johnson & Rishwain LLP hereby places a contractual lien on this matter for the reasonable value of its services which is $92,229, which sum may be further increased depending on the amount of any settlement or judgment, plus costs in the amount of $11,468.08.

        Respectfully submitted,

Dated: April 26, 2005

NEVILLE L. JOHNSON
*Pro Hac Vice*
**JOHNSON & RISHWAIN LLP**
12121 Wilshire Boulevard, Suite 1201
Los Angeles, California 90025-1175
(310) 826-2410
(310) 826-5450 (Fax)

_____
Neville L. Johnson

1

JOHNSON & RISHWAIN LLP
*Attorneys at Law*

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California by JOHNSON & RISHWAIN LLP, and am over the age of 18 and not a party to the within action. My business address is 12121 Wilshire Boulevard, Suite 1201, Los Angeles, California 90025-1175.

On *April 26, 2005* I served the foregoing document described as: NOTICE OF LIEN on:

*Jonathan M. Albano*
*Bingham McCutchen*
*150 Federal Street*
*Boston, MA 02110-1726*

*Daniel Kummer*
*NBC*
*30 Rockefeller Plaza, Suite 1091 East*
*New York, NY 10112*

*Barry Slotnick*
*Loeb & Loeb*
*345 Park Avenue*
*New York, NY 10154*

*Chris Winton Henderson*
*57 Wharf Street*
*Suite 3A*
*Salem, MA 01970*

*Frank Quaglia*
*35 Terry Lane*
*Barre, MA 01005*

### METHOD OF SERVICE

[X]   (VIA U.S. MAIL) I caused such envelope(s) fully prepaid to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence or mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

### JURISDICTION

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed *April 26, 2005* at Los Angeles, California

_____
Amber Gustafson