UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK QUAGLIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-10460-RWZ |
| ) | |
| BRAVO NETWORKS, NATIONAL ) | |
| BROADCASTING COMPANY, INC., ) | |
| doing business as NBC, RAINBOW ) | |
| PROGRAMMING HOLDINGS, INC. ) | |
| and DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF REPRESENTATION: *PRO SE***

I, Frank Quaglia, the plaintiff in this matter, will represent myself. I am not an attorney and have no legal training.

PLAINTIFF'S PERSONAL INFORMATION

1. Name: Frank Quaglia

2. Profession: Writer / Filmmaker

3. College: Worcester State College (graduated in 1986)

4. Address: 35 Terry Lane, Barre, MA 01005

5. Telephone: (978) 355-3456

6. FAX: (978) 355-3557

7. E-mail: frank_quaglia@hotmail.com

8. Website: theultimateaudition.com

respectfully submitted,

*Frank Quaglia*
Frank Quaglia, *pro se*

June 1, 2005