## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRANK QUAGLIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 0410460 GAO |
| | ) | |
| BRAVO NETWORKS, NATIONAL | ) | |
| BROADCASTING COMPANY, INC., | ) | **AFFIDAVIT OF** |
| doing business as NBC, RAINBOW | ) | **TODD SAYPOFF** |
| PROGRAMMING HOLDINGS, INC. | ) | **IN OPPOSITION TO** |
| and DOES 1-10, | ) | **PLAINTIFF'S MOTION** |
| | ) | **TO COMPEL** |
| Defendants. | ) | |

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ):ss. |
| COUNTY OF NEW YORK | ) |

TODD SAYPOFF, being duly sworn, deposes and says:

1. I am employed by NBC Universal, Inc. ("NBC"), as Chief Financial Officer of its Bravo and Trio cable channels. I make this affidavit in that capacity, in opposition to Plaintiff's motion to compel production of documents and information.

2. By way of background, it is important to note that NBC acquired Bravo from defendant Rainbow Media in December 2002, after the first season of *The It Factor* had already aired in early 2002, and just prior to the airing of the second and final season of the series in early 2003. To the best of my knowledge and belief, in the process of ownership transfer NBC received extremely little in the way of historical financial information regarding specific Bravo programs.

3. Bravo and NBC do not have documents or information responsive to Plaintiff's various discovery requests seeking "profit and loss" and/or "net profits" documents and information. Bravo does not maintain records that would identify net profits on a program-by-program basis for any Bravo programming. My department and I do not have any profit or loss statements, net profit (or loss) analyses, audits or audit work papers relating to *The It Factor* either pre-dating NBC's acquisition of Bravo or from the period following that acquisition.

4. The only financial data specifically associated with *The It Factor* that I was able to locate in response to Plaintiff's discovery requests, through NBC's advertising sales finance group, relates to certain gross advertising revenues for the period *following* NBC's acquisition (i.e. 2003 to the present), with the exception of a small amount of revenue relating to a "sneak preview" for *The It Factor* that apparently occurred in the third quarter of 2001 and was in our computer database. At my request, whatever advertising revenue we were able to locate that was identifiable to *The It Factor* was extracted from our computer database and placed on a schedule that is annexed hereto as Exhibit A, which to my understanding was produced to Plaintiff in discovery.

5. It is important to note that this schedule reflects gross revenues, before deduction of the 15% agency commission allowance, booked on account of advertising sales for *The It Factor* following the acquisition of Bravo by NBC, based on data extracted from Bravo's computer records. NBC thus actually received net revenue that was 15% less than the figures on this schedule. This schedule does not include revenue from ads that may have been inserted within particular episodes of *The It Factor* based on "run of schedule" sales (in which an advertiser purchases advertising time on a non-

2

show-specific basis), or similarly non-show-specific "direct response" sales bookings, as

to which NBC's and Bravo's present financial records do not permit isolation.

Todd Saypoff

Sworn to before me this
13th day of June 2005

Notary Public

**WILLIAM V. KNIGHT III**
**NOTARY PUBLIC, State of New York**
No. 01KN5072292
**Qualified in New York County**
**Commission Expires Jan. 27, 2007**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail-hand-on

3

PROGRAM REVENUE REPORT
12/30/1996-12/26/2004
1Q 1997-4Q 2004

Division: All
Calendar: Standard Broadcast
Inv. Type: National
Equivalized To: 30 seconds
Corporate Demo: HH
Product Category: None
Realistic Percentage: 100%

| Daypart/Selling Title | Day/Times | Quarter | NR Capacity | Avails | % Committed | BOOKED Units | Avg Imps | Total Imps | Unit Rate | CPM | Dollars | PENDING Units | Avg Imps | Total Imps | Unit Rate | CPM | Dollars |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **WEEKEND DAY** | | | | | | | | | | | | | | | | | |
| It Factor Marathon 03 | Su 12:30-7 Pl | 1Q 2003 | 130 | 36 | 72.4% | 2.0 | 186 | 371 | $722 | $3.89 | $1,444 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | Total | | | | 2.0 | 186 | 371 | $722 | $3.89 | $1,444 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| **WEEKEND DAY Totals** | | 1Q 1997 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 1997 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 1997 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 1997 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 1998 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 1998 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 1998 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 1998 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 1999 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 1999 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 1999 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 1999 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 2000 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 2000 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 2000 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 2000 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 2001 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 2001 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 2001 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 2001 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 2002 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 2002 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 2002 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 2002 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 2003 | | | | 2.0 | 186 | 371 | $722 | $3.89 | $1,444 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 2003 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 2003 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 2003 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 2004 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 2004 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 2004 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 2004 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | **Total** | | | | 2.0 | 186 | 371 | $722 | $3.89 | $1,444 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| **PRIME** | | | | | | | | | | | | | | | | | |
| It Factor Sneak Previ | Su 9-10 PM | 3Q 2001 | 0 | 0 | 0.0% | 5.0 | 239 | 1,195 | $1,432 | $5.99 | $7,159 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | Total | | | | 5.0 | 239 | 1,195 | $1,432 | $5.99 | $7,159 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| It Factor 03 | M 9:30-10 PM | 1Q 2003 | 105 | 17 | 83.6% | 80.5 | 252 | 20,274 | $1,361 | $5.40 | $109,537 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 2003 | 11 | 2 | 85.7% | 7.0 | 256 | 1,792 | $1,462 | $5.71 | $10,235 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | Total | | | | 87.5 | 252 | 22,066 | $1,369 | $5.43 | $119,772 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| It Factor Premiere | M 9:30-10:30 | 1Q 2003 | 20 | 7 | 65.0% | 13.0 | 252 | 3,276 | $1,576 | $6.25 | $20,484 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | Total | | | | 13.0 | 252 | 3,276 | $1,576 | $6.25 | $20,484 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| It Factor 03 | M 10-11 PM | 2Q 2003 | 63 | 30 | 52.4% | 29.0 | 251 | 7,283 | $1,579 | $6.29 | $45,790 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | Total | | | | 29.0 | 251 | 7,283 | $1,579 | $6.29 | $45,790 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| It Factor 03 | M 11 PM-12 A | 2Q 2003 | 147 | 58 | 60.9% | 86.5 | 260 | 22,514 | $1,650 | $6.34 | $142,694 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 2003 | 21 | 16 | 23.8% | 4.0 | 196 | 783 | $1,198 | $6.12 | $4,792 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | Total | | | | 90.5 | 257 | 23,297 | $1,630 | $6.33 | $147,486 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| **PRIME Totals** | | 1Q 1997 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 1997 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 1997 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 1997 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 1998 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 1998 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 1998 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 1998 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 1999 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 1999 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 1999 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 1999 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 2000 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| CONFIDENTIAL | | 2Q 2000 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 2000 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 2000 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 2001 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 2001 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |

PROGRAM REVENUE REPORT
12/30/1996-12/26/2004
1Q 1997-4Q 2004

Division: All
Calendar: Standard Broadcast
Inv. Type: National
Equivalized To: 30 seconds
Corporate Demo: HH
Product Category: None
Realistic Percentage: 100%

| Daypart/Selling/Title | Days/Times | Quarter | NR Capacity | Avails | % Committed | BOOKED Units | Avg Impe | Total Impe | Unit Rate | CPM | Dollars | PENDING Units | Avg Impe | Total Impe | Unit Rate | CPM | Dollars |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 3Q 2001 | | | | 5.0 | 239 | 1,195 | $1,432 | $5.99 | $7,159 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 2001 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 2002 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 2002 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 2002 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 2002 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 2003 | | | | 93.5 | 252 | 23,550 | $1,391 | $5.52 | $130,021 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 2003 | | | | 122.5 | 258 | 31,589 | $1,522 | $5.29 | $198,719 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 2003 | | | | 4.0 | 196 | 783 | $1,198 | $6.12 | $4,792 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 2003 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 2004 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 2004 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 2004 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 2004 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | **Total** | | | | **225.0** | **254** | **57,117** | **$1,514** | **$5.96** | **$340,691** | **0.0** | **0** | **0** | **$0** | **$0.00** | **$0** |
| **LATE NIGHT** | | | | | | | | | | | | | | | | | |
| It Factor Sneak Previ | Su 1-2 AM | 3Q 2001 | 0 | 0 | 0.0% | 5.0 | 127 | 635 | $698 | $5.50 | $3,492 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | Total | | | | 5.0 | 127 | 635 | $698 | $5.50 | $3,492 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| It Factor Premiere | M 1-2 AM | 1Q 2003 | 20 | 8 | 60.0% | 12.0 | 240 | 2,880 | $1,315 | $5.48 | $15,778 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | Total | | | | 12.0 | 240 | 2,880 | $1,315 | $5.48 | $15,778 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| It Factor 03 | M 12:30-1 AM | 1Q 2003 | 105 | 12 | 89.0% | 86.0 | 240 | 20,640 | $1,168 | $4.87 | $100,469 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 2003 | 11 | -3 | 128.6% | 7.0 | 245 | 1,715 | $1,362 | $5.56 | $9,534 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | Total | | | | 93.0 | 240 | 22,355 | $1,183 | $4.92 | $110,003 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| It Factor 03 | M 1-2 AM | 2Q 2003 | 210 | 118 | 44.0% | 91.0 | 244 | 22,166 | $1,344 | $5.52 | $122,312 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | Total | | | | 91.0 | 244 | 22,166 | $1,344 | $5.52 | $122,312 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| **LATE NIGHT Totals** | | 1Q 1997 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 1997 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 1997 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 1997 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 1998 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 1998 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 1998 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 1998 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 1999 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 1999 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 1999 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 1999 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 2000 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 2000 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 2000 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 2000 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 2001 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 2001 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 2001 | | | | 5.0 | 127 | 635 | $698 | $5.50 | $3,492 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 2001 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 2002 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 2002 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 2002 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 2002 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 2003 | | | | 98.0 | 240 | 23,520 | $1,186 | $4.94 | $116,247 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 2003 | | | | 98.0 | 244 | 23,881 | $1,345 | $5.52 | $131,846 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 2003 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 2003 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 1Q 2004 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 2Q 2004 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 3Q 2004 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | 4Q 2004 | | | | 0.0 | 0 | 0 | $0 | $0.00 | $0 | 0.0 | 0 | 0 | $0 | $0.00 | $0 |
| | | **Total** | | | | **201.0** | **238** | **48,036** | **$1,262** | **$5.24** | **$251,585** | **0.0** | **0** | **0** | **$0** | **$0.00** | **$0** |
| **GRAND TOTALS** | | | | | | **426.0** | **247** | **105,934** | **$1,397** | **$5.63** | **$589,720** | **0.0** | **0** | **0** | **$0** | **$0.00** | **$0** |

CONFIDENTIAL

B 01121