UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- X
:
FRANK QUAGLIA,
:
      Plaintiff,
:   Civil Action No. 04-10460 RWZ
    -against-
:   **DECLARATION OF LAURA M. VASEY IN SUPPORT OF DEFENDANT RAINBOW MEDIA HOLDINGS LLC'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**
BRAVO NETWORKS, NATIONAL BROADCASTING COMPANY, INC., doing business as NBC; RAINBOW PROGRAMMING HOLDINGS, INC., and DOES 1-10,
:
:
      Defendants.
:
---------------------------------------------------------- X

    LAURA M. VASEY hereby declares, pursuant to 28 U.S.C. § 1746(2), the following:

    1.    I am an attorney at Loeb & Loeb LLP, attorneys for Defendant Rainbow Media Holdings LLC, sued herein as Rainbow Programming Holdings, Inc. ("Rainbow"), in this matter. I respectfully submit this Declaration in support of Rainbow's Response to Plaitniff's Motion to Compel.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of Rainbow's Responses and Objections to Plaintiff's First Request and First Supplemental Request for Production of Documents.

    3.    Attached hereto as Exhibit 2 is a true and correct copy of Rainbow's Objections and Responses to Plaintiff's First Set of Interrogatories.

    4.    Attached hereto as Exhibit 3 is a true and correct copy of my letter dated September 30, 2004, to Plaintiff's former counsel, Neville L. Johnson, Esq., advising that the Beta tapes containing auditions from the first season of *The It Factor* were available for his inspection.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
June 13, 2005

_____
Laura M. Vasey

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/14/05
_____

## SERVICE LIST

Counsel for Plaintiff:

Neville L. Johnson, Esq.
Douglas L. Johnson, Esq.
**JOHNSON & RISHWAIN LLP**
12121 Wilshire Boulevard
Suite 1201
Los Angeles, California 90025-1175
(310) 826-2410

Chris Winton Henderson, Esq.
57 Wharf Street
Suite No. 3A
Salem, Massachusetts 01970
(978) 741-4646

Counsel for Defendants NBC and Bravo:

Daniel M. Kummer, Esq.
National Broadcasting Company, Inc.
30 Rockefeller Plaza
(212) 664-6572

NY334804.1
20350310009