UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK QUAGLIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-10460-RWZ |
| ) | |
| BRAVO NETWORKS, NATIONAL ) | |
| BROADCASTING COMPANY, INC., ) | |
| doing business as NBC, RAINBOW ) | |
| PROGRAMMING HOLDINGS, INC. ) | |
| and DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**ADDENDUM TO PLAINTIFF'S MAY 31, 2005 MOTION**, ie, Plaintiff's Motion To Compel Defendants To Provide The Following:

1. **Full disclosure of Profit and Loss...The It Factor generated...**
   How much money did *The It Factor* (TIF) generate?

   A. **Advertising Revenues**: TIF aired for 409 half-hours. Each half hour show had seven minutes of commercial advertising, which translates to 2,863 minutes of commercial airtime sold. If Bravo averaged $5,000 per commercial minute, Bravo would have generated advertising revenues of $14,315,000. (Plaintiff has no idea if $5,000 average per commercial minute is a high or low projection.)

   B. **Product Placement**: Networks commonly profit from product placement by showing actors drinking from a Coke bottle, holding a Dunkin' Donuts cup, wearing a Nike logo, etc. How much revenue did Bravo generate during TIF airtime from product placement?

   C. **Merchandising**: Did Defendants market any products or services related to TIF? If so, how much revenue did Bravo's merchandising efforts generate?

The Defendants made decisions to air *The It Factor* 409 times (including reruns) week after week, month after month, for two seasons. Did Defendants base these decisions upon concrete ratings and revenues or did they flip a coin?

2. **All Raw Video Footage (unedited) taken for the NYC premiere episode of TIF.**

   A. Raw footage for episode 1 of The It Factor is critical to the Plaintiff and <u>may</u> provide indisputable evidence for all three claims against the Defendant's.

   B. Zanzibar may already have VHS copies of all raw footage available to them and could allow Defendants to provide them to Plaintiff for a 30 day period.


respectfully submitted,

*Frank Quaglia*
Frank Quaglia, *pro se*

June 17, 2005


_____
Judge Rya W. Zobel