UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK QUAGLIA,<br><br>        Plaintiff,<br><br>-against-<br><br>BRAVO NETWORKS, NATIONAL BROADCASTING COMPANY, INC., doing business as NBC; RAINBOW PROGRAMMING HOLDINGS, INC. and DOES 1-10,<br><br>        Defendants. | Civil Action No. 04-10460 RWZ<br><br>**DEFENDANT RAINBOW MEDIA HOLDINGS LLC'S MOTION FOR LEAVE TO FILE FACSIMILE COPY OF DECLARATION OF DEBBIE DeMONTREUX** |

    Defendant, Rainbow Media Holdings, LLC, sued herein as Rainbow Programming Holdings, Inc. ("Rainbow"), hereby moves for leave to file a facsimile copy of the Declaration of Debbie DeMontreux submitted as Exhibit C in support of Rainbow's Response to Plaintiff's Addendum to His May 31, 2005 Motion to Compel. As grounds for its motion, Rainbow states as follows:

    1.    Rainbow is today filing its Response to Plaintiff Frank Quaglia's Addendum to His Motion to Compel.

    2.    Rainbow is filing the Declaration of Debbie DeMontreux in support of its response to plaintiff's Motion to Compel in order to verify certain budget information provided to the plaintiff.

    3.    Because Ms. DeMontreux is in New York, it was not possible to receive the original of her Declaration in Boston before today's filing deadline. The original is being delivered to Rainbow's local counsel in Boston, however, and will be promptly filed with the

Court. In the meantime, Rainbow seeks leave to file a facsimile copy of the executed original today so that its filings will be complete and to file the original of the Declaration immediately upon its receipt by local counsel.

WHEREFORE, Rainbow Media Holdings LLC respectfully requests that its motion for leave to file a facsimile copy of the Declaration of Debbie DeMontreux, submitted in support of Rainbow's Response to Plaintiff's Addendum to His Motion to Compel, be allowed by the Court.

> RAINBOW MEDIA HOLDINGS LLC (sued herein as RAINBOW PROGRAMMING HOLDINGS, INC.)
>
> By its attorneys,
>
> _/s/ Laura M. Vasey (by JMA)_____
> Barry I. Slotnick (Admitted *pro hac vice*)
> Laura M. Vasey (Admitted *pro hac vice*)
> **LOEB & LOEB LLP**
> 345 Park Avenue
> New York, NY 10154
> (212) 407-4000
>
> _/s/ Jonathan M. Albano_____
> Jonathan M. Albano, BBO #013850
> **BINGHAM MCCUTCHEN**
> 150 Federal Street
> Boston, Massachusetts 02110
> (617) 951-8000

Dated: July 1, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 7/1/05,

_/s/ Jonathan M. Albano_____

LITDOCS/607376.1