UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK QUAGLIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRAVO NETWORKS, NATIONAL )<br>BROADCASTING COMPANY, INC., )<br>doing business as NBC, RAINBOW )<br>PROGRAMMING HOLDINGS, INC. )<br>and DOES 1-10, )<br>)<br>Defendants. ) | Civil Action No. 0410460 RWZ |

**DEFENDANTS BRAVO AND NBC'S OPPOSITION TO
PLAINTIFF'S ADDENDUM TO HIS MOTION TO COMPEL**

Defendants Bravo Company, sued herein as "Bravo Networks" ("Bravo"), and NBC Universal, Inc., formerly known and sued herein as "National Broadcasting Company, Inc." ("NBC"), by their undersigned attorneys, respond to Plaintiff Pro Se Frank Quaglia's Plaintiff's Addendum to his May 31, 2005 Motion to Compel as follows:

Bravo and NBC join in Defendant Rainbow's opposition to Plaintiff's Addendum, and otherwise rest on, and respectfully refer the Court to, their prior submissions in response to Plaintiff's original motion to compel.

Respectfully submitted,

BRAVO COMPANY (sued herein as BRAVO NETWORK) and NBC UNIVERSAL, INC. (formerly known as and sued herein as NATIONAL BROADCASTING COMPANY, INC.)

By their attorneys,

_____
Daniel M. Kummer (admitted *pro hac vice*)
NBC UNIVERSAL, INC.
30 Rockefeller Plaza, Rm. 1091E
New York, NY 10112
(212) 664-4017

Jonathan M. Albano, BBO #013850
BINGHAM MCCUTCHEN
150 Federal Street
Boston, Massachusetts 02110
(617) 951-8000

Dated: July 1, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 7/1/05.

_____