UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- X
                                                           :
FRANK QUAGLIA,                                             :
                                                           :
        Plaintiff,                                        :
                                                           :
        -against-                                        :  Civil Action No. 04-10460 RWZ
                                                           :
BRAVO NETWORKS, NATIONAL                                   :
BROADCASTING COMPANY, INC., doing                          :
business as NBC; RAINBOW                                   :
PROGRAMMING HOLDINGS, INC., and                            :
DOES 1-10,                                                 :
                                                           :
        Defendants.                                       :
---------------------------------------------------------- X

## DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT

    Defendants National Broadcasting Company, Bravo Company, sued as Bravo Networks, and Rainbow Media Holdings LLC, sued as Rainbow Programming Holdings, Inc. (referred to collectively as "Defendants"), move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing all of the claims asserted by plaintiff Frank Quaglia ("Quaglia" or "Plaintiff") for copyright infringement, and breach of confidence and implied contract. In support hereof, Defendants rely upon their Statement of Undisputed Facts, Memorandum of Law, and the Declarations of Barry I. Slotnick, Esq., Debbie DeMontreux, Lauren Friedland Eskelin and Laura Pierce and the appended exhibits, filed herewith.

    **WHEREFORE**, Defendants respectfully request that this Court grant their motion for summary judgment on all claims asserted in this action and dismiss the Complaint with prejudice in its entirety.

NY429808.1
20350310009
07/21/2005 lv

|  |  |
|---|---|
|  | Respectfully submitted, |
| **BRAVO COMPANY (sued as BRAVO NETWORK) and NBC UNIVERSAL, INC. (formerly known as and sued as NATIONAL BROADCASTING COMPANY, INC.)** | **RAINBOW MEDIA HOLDINGS LLC (sued as RAINBOW PROGRAMMING HOLDINGS, INC.)** |
| By their attorneys, | By its attorneys, |
| _____ | _____ |
| Daniel M. Kummer (admitted *pro hac vice*) | Barry I. Slotnick (Admitted *pro hac vice*) |
| NBC UNIVERSAL, INC. | Laura M. Vasey (Admitted *pro hac vice*) |
| 30 Rockefeller Plaza, Rm. 1091E | **LOEB & LOEB LLP** |
| New York, NY 10112 | 345 Park Avenue |
| (212) 664-4017 | New York, New York 10154 |
|  | (212) 407-4000 |

For all Defendants:

Jonathan M. Albano, BBO #013850
Serena D. Madar, BBO # 654326
**BINGHAM MCCUTCHEN**
150 Federal Street
Boston, Massachusetts 02110
(617) 951-8000

Dated: July 21, 2005

### RULE 7.1(A)(2) CERTIFICATION

I, Barry I. Slotnick, hereby certify that on July 19, 2005, I conferred with Frank Quaglia, the plaintiff in this action, and attempted in good faith to resolve or narrow the issues presented in the within motion.

_____
Barry I. Slotnick

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July 2005, a true copy of Defendants' Joint Motion for Summary Judgment, Memorandum of Law in Support of Defendants' Joint Motion for Summary Judgment, Defendants' Statement of Undisputed Facts in Support of Their Joint Motion for Summary Judgment, and the Declarations of Barry I. Slotnick, Esq., Debbie DeMontreux, Lauren Friedland Eskelin and Laura Pierce and the appended exhibits, were served by overnight mail upon:

Frank Quaglia
35 Terry Lane
Barre, Massachusetts 01005
(978) 355-3456

Serena D. Madar