UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- X
                                                           :
FRANK QUAGLIA,                                             :
                                                           :
        Plaintiff,                                 :
                                                           :
      -against-                                      :   Civil Action No. 04-10460 RWZ
                                                           :
BRAVO NETWORKS, NATIONAL                                   :   **DECLARATION OF DEBBIE DEMONTREUX IN**
BROADCASTING COMPANY, INC., doing                          :   **FURTHER SUPPORT OF DEFENDANTS' JOINT**
business as NBC; RAINBOW                                   :   **MOTION FOR SUMMARY JUDGMENT**
PROGRAMMING HOLDINGS, INC., and                            :
DOES 1-10,                                                 :
                                                           :
        Defendants.                                :
---------------------------------------------------------- X

    I, Debbie DeMontreux, state and declare as follows:

    1.    I am Vice President, Original Series and Events for IFC Television. I make this declaration based upon personal knowledge, except as otherwise noted, and the records I retained from Bravo's production of "The It Factor," which have been produced in this action. I submit this declaration in further support of Defendants' Joint Motion for Summary Judgment.

    2.    From 1998 through 2002, I was Director of Development and Production for Bravo Network.

    3.    On information and belief, Mary Beseau was a secretarial assistant at Bravo during the 1999-2000 time period.

    4.    I have never had a personal or professional relationship with Ms. Beseau. Ms. Beseau did not provide secretarial assistance to me, and she never mentioned or gave me a copy of Frank Quaglia's film, "The Ultimate Audition."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       August 18, 2005

_____
Debbie DeMontreux

NY434230.1