**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **FRANK QUAGLIA** | |
| Plaintiff | **CIVIL ACTION** |
| V. | |
| **BRAVO NETWORKS, ET AL** | NO. **04CV10460-RWZ** |
| Defendant | |

**JUDGMENT**

**ZOBEL, D. J.**

In accordance with the MEMORANDUM OF DECISION entered 3/21/06;

JUDGMENT is entered for Defendants.

By the Court,

**3/21/06**                  s/ Lisa A. Urso
Date                                  Deputy Clerk