## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

----------------------------------------------------------X
:
FRANK QUAGLIA,
:
        Plaintiff,
:
        -against-                        Civil Action No. 04-10460 RWZ
:
BRAVO NETWORKS, NATIONAL         **DEFENDANTS' JOINT MOTION FOR**
BROADCASTING COMPANY, INC., doing  :  **ATTORNEYS' FEES AND COSTS**
business as NBC; RAINBOW
PROGRAMMING HOLDINGS, INC., and
DOES 1-10,
:
        Defendants.
----------------------------------------------------------X

Defendants Rainbow Media Holdings LLC, sued as Rainbow Programming Holdings, Inc., and National Broadcasting Company, Bravo Company, sued as Bravo Networks ("Bravo"), (referred to collectively as "Defendants"), by their undersigned counsel, and in accordance with Rule 54(d)(2) of the Federal Rules of Civil Procedure, respectfully move for an award of attorneys' fees and costs pursuant to Section 505 of the Copyright Act of 1976, 17 U.S.C. § 505.

More specifically, Rainbow respectfully requests that the Court award Rainbow the following:

        1.        Attorneys' fees of $329,711.50.

        2.        Costs and disbursements of $25,116.76.

NBC respectfully requests that the Court award NBC the following:

        1.        Attorneys' fees of $12,509.55.

        2.        Costs and disbursements of $2676.18.

As grounds for their motion, defendants rely on their memorandum of law and on the Declarations of Barry I. Slotnick, Daniel M. Kummer and Jonathan M. Albano, filed herewith.

2

Respectfully submitted,

| | |
|---|---|
| **BRAVO COMPANY (sued as BRAVO NETWORK) and NBC UNIVERSAL, INC. (formerly known as and sued as NATIONAL BROADCASTING COMPANY, INC.)** | **RAINBOW MEDIA HOLDINGS LLC (sued as RAINBOW PROGRAMMING HOLDINGS, INC.)** |
| By their attorneys, | By its attorneys, |
| /s/ Daniel M. Kummer | /s/ Barry I. Slotnick |
| Daniel M. Kummer (admitted *pro hac vice*) | Barry I. Slotnick (Admitted *pro hac vice*) |
| NBC UNIVERSAL, INC. | Laura M. Vasey (Admitted *pro hac vice*) |
| 30 Rockefeller Plaza, Rm. 1091E | **LOEB & LOEB LLP** |
| New York, NY 10112 | 345 Park Avenue |
| (212) 664-4017 | New York, New York 10154 |
| | (212) 407-4000 |

For all Defendants:
Jonathan M. Albano, BBO #013850
Serena D. Madar, BBO # 654326
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, Massachusetts 02110
(617) 951-8000

Dated: April 4, 2006

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by First-Class Mail on April 4, 2006.

/s/ Jonathan M. Albano
Jonathan M. Albano

NY482667.3