UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------X
:
FRANK QUAGLIA,
:
        Plaintiff,
:
     -against-
:   Civil Action No. 04-10460 RWZ
:
BRAVO NETWORKS, NATIONAL
BROADCASTING COMPANY, INC., doing :
business as NBC; RAINBOW
PROGRAMMING HOLDINGS, INC., and :
DOES 1-10,
:
        Defendants.
---------------------------------------------------------X

**DECLARATION OF BARRY I. SLOTNICK IN
SUPPORT OF DEFENDANTS' JOINT MOTION FOR
ATTORNEYS' FEES AND COSTS**

    Barry I. Slotnick, declares under penalty of perjury as follows:

    1.    I am over 18 years of age. I am an attorney duly licensed to practice in the State of New York and am a member in good standing of the bar of New York.

    2.    I have been admitted to practice law in the United States District Courts for the Southern District of New York, Eastern District of New York, Western District of New York, and Eastern District of Wisconsin, and the United States Courts of Appeal for the First, Second, Third, Sixth, Ninth, and Eleventh Circuits.

    3.    I am a member of the firm of Loeb & Loeb LLP, and represent Rainbow Media Holdings, LLC, sued herein as Rainbow Programming Holdings Inc. ("Rainbow"). I make this declaration in support of Defendants' Joint Motion for Attorneys' Fees and Costs.

    4.    On March 21, 2006, this Court issued an Opinion and Order granting Defendants' joint motion for summary judgment.

5.      From April 15, 2004, through September 2005, I expended substantial time in successfully litigating this matter.

6.      Prior to making this affidavit, I researched all of the attorneys' and paralegals' time sheets of Loeb & Loeb who performed services for this matter.  Attached hereto as **Ex. A** is a chart listing each invoice and the attorneys' fees and costs billed on each invoice for the years 2004 and 2005.

7.      Up to the present, all fees, costs and expenses incurred by Loeb & Loeb LLP in defending this litigation (*see* **Ex. A**) have been paid for in their entirety by Rainbow.

8.      I have reviewed the billing and time records pertaining to this matter.  I estimate the total amount billed in attorneys' fees in defending against Plaintiff's claims for copyright infringement, breach of confidentiality, and breach of implied-in-fact contract in this action was approximately $329,711.50.

9.      Defendants also seek an award of non-taxable "out-of-pocket" disbursements in defense of this action in the amount of approximately $25,116.76.

10.     It is my professional opinion that all the fees represent services that were necessary to secure the result obtained in this case, and that all these expenses were equally necessary to secure the result obtained.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2006.

                                        By : /s/Barry I. Slotnick
                                             BARRY I. SLOTNICK

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the plaintiff by First-Class Mail on April 4, 2006.

                                             /s/Jonathan M. Albano__
                                             Jonathan M. Albano

3

482669v1