# Exhibit A to Slotnick Declaration

FRANK QUAGLIA v. BRAVO NETWORKS, NATIONAL
BROADCASTING COMPANY, INC., doing business as NBC; RAINBOW
PROGRAMMING HOLDINGS, INC., and DOES 1-10
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Action No. 04-10460 RWZ

## LOEB & LOEB LLP TIMEKEEPERS AND BILLING RATES

| Timekeeper | 2004 Billing Rate | 2005 Billing Rate |
|---|---|---|
| Barry I. Slotnick (P) | $595.00 | $625.00 |
| Roger M. Arar (P) | $550.00 | $575.00 |
| Laura M. Vasey (A) | $375.00 | $400.00 - $425.00 |
| Benjamin King (A) | $320.00 | $365.00 |
| Eleanor M. Lackman (A) | $230.00 | $285.00 |
| Christina Monteiro (A) | $230.00 | $250.00 |
| Antoinette Pepper (PA) | $230.00 | $250.00 |
| Timothy Cummins (PA) | $210.00 | $230.00 |
| Virgina Briseno (PA) | $185.00 | $200.00 |
| Regan Arkelin (PA) | $170.00 | $195.00 |
| Ora Hamelsdorf (L) | $185.00 | $200.00 |
| Maureen Cloonan (PA) | | $135.00 |
| Richard LaGuerre (PA) | | $135.00 |
| (P) - Partner; (A) - Associate; (PA) - Paralegal; (L) - Librarian ||||

FRANK QUAGLIA v. BRAVO NETWORKS, NATIONAL
BROADCASTING COMPANY, INC., doing business as NBC; RAINBOW
PROGRAMMING HOLDINGS, INC., and DOES 1-10
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Action No. 04-10460 RWZ

## LOEB & LOEB LLP ATTORNEYS FEES AND DISBURSEMENTS

| Date of Invoice | Invoice number | Fees billed | Disbursement billed |
|---|---|---|---|
| 6/9/04 | 1154433 | $20,772.50 | $943.46 |
| 7/9/04 | 1156905 | $15,230.00 | $1,500.67 |
| 8/16/04 | 1160682 | $6,595.00 | $274.63 |
| 9/8/04 | 1161790 | $17,467.50 | $878.42 |
| 10/7/04 | 1164213 | $6,506.00 | $151.50 |
| 11/11/04 | 1167910 | $18,780.50 | $664.53 |
| 12/9/04 | 1170137 | $43,468.50 | $2,472.75 |
| 1/18/05 | 1173401 | $22,610.50 | $1,875.14 |
| 2/8/05 | 1174647 | $27,768.00 | $2,602.21 |
| 3/9/05 | 1177351 | $4,112.50 | $263.94 |
| 4/8/05 | 1180077 | $337.50 | $1,217.00 |
| 5/17/05 | 1184197 | $1,528.50 | $357.50 |
| 6/7/05 | 1185604 | $1,000.00 | $523.40 |
| 7/7/05 | 1188024 | $24,032.00 | $425.86 |
| 8/9/05 | 1191668 | $84,280.00 | $3,248.53 |
| 9/8/05 | 1193678 | $35,160.00 | $5,425.67 |
| 10/17/05 | 1198142 | $62.50 | $2,291.55 |
| | Totals: | $329,711.50 | $25,116.76 |

# LOEB&LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154-0037
(212) 407-4000  IRS #95-1780806

RAINBOW MEDIA ENTERPRISES
ATTENTION: DAVID DEITCH
200 JERICHO QUARANGLE
JERICHO, NY 11753

JUNE 9, 2004
INVOICE NO. 1154433

PAYMENT DUE UPON RECEIPT

RE: ADV. FRANK QUAGLIA
OUR FILE NO: 203503-10009

| | |
|---|---:|
| FEE FOR PROFESSIONAL SERVICES RENDERED AS PER ATTACHED DETAIL | 20,772.50 |
| DISBURSEMENTS MADE FOR YOUR ACCOUNT AS PER ATTACHED DETAIL | 943.96 |
| TOTAL CURRENT AMOUNT DUE | 21,716.46 |



**LOEB&LOEB**LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 6/9/2004 |
|---|---|---|---|
| 10478 | | | INV: 1154433 |
| | | | PAGE 1 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 4/15/04 | RMA | TELEPHONE FROM DAVIS RE FEDERAL CLAIM; LETTER FROM DAVIS WITH COMPLAINT; REVIEWED SAME; CONFERENCE WITH SLOTNICK; TELEPHONE CONFERENCE WITH SLOTNICK, DAVIS | 0.7 |
| 4/15/04 | BIS | CONFERENCE CALL WITH S. DAVIS AND R. ARAR; REVIEW COMPLAINT | 0.4 |
| 4/16/04 | BIS | REVIEW COMPLAINT; REVIEW JUDGE'S BIO; ANALYSIS OF CASE LAW; REVIEW MERGER AGREEMENT; CONFERENCE WITH R. ARAR; TELEPHONE CONFERENCE WITH S. DAVIS | 1.7 |
| 4/19/04 | BIS | TELEPHONE CONFERENCE WITH S. DAVIS AND D. KUMMER | 0.3 |
| 4/20/04 | BIS | REVIEW AND ANALYZE COMPLAINT; TELEPHONE CONFERENCE WITH J. ALBANO; CONFERENCE WITH D. KUMMER, S. DAVIS AND D. DE MONTREAX | 7.0 |
| 4/20/04 | LMV | ANALYZE PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT AND STATE LAW CAUSES OF ACTION. | 0.2 |
| 4/21/04 | BIS | CONFERENCE WITH L. VASEY REGARDING DRAFT OF ANSWER | 0.2 |
| 4/21/04 | EML | SEARCHED FOR CBS SURVIVOR CASE; PULLED NYLJ ARTICLE AND ORDERED CASE (FOR RAINBOW MEDIA/QUAGLIA) | 0.3 |
| 4/21/04 | LMV | ANALYZE COMPLAINT FOR COPYRIGHT INFRINGEMENT AND STATE LAW CAUSES OF ACTION; DISCUSSION WITH B. SLOTNICK REGARDING SAME. | 0.5 |
| 4/23/04 | LMV | TELEPHONE CONFERENCE WITH B. SLOTNICK REGARDING DOCUMENTS RECEIVED FROM RAINBOW AND DRAFT ANSWER; DISCUSSIONS WITH T. CUMMINS (DOCKET) REGARDING DOCUMENTATION REQUIRED FOR ADMISSION PRO HAC VICE IN THE DISTRICT OF MASSACHUSETTS; VOICE MAIL TO LOCAL COUNSEL, JOHN ALBANO (BINGHAM MCCUTCHEN) REQUESTING SAMPLE PRO HAC PAPERS AND ADVISING HIM OF NEXT WEEK'S ANSWER DEADLINE. | 0.2 |

**LOEB&LOEB**LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES | 6/9/2004 |
| 10478 | | ADV. FRANK QUAGLIA | INV: 1154433 |
| | | | PAGE 2 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 4/25/04 | LMV | VIEW VIDEOTAPES OF "THE IT FACTOR" AND "THE ULTIMATE AUDITION;" REVIEW CLIENT DOCUMENTS IN PREPARATION FOR DRAFTING ANSWER. | 2.7 |
| 4/26/04 | LMV | DRAFT ANSWER TO PLAINTIFF'S COMPLAINT; RESEARCH REGARDING WHETHER BREACH OF CONFIDENCE IS A COGNIZABLE CAUSE OF ACTION UNDER MASSACHUSETTS OR NEW YORK LAW; REVIEW LOCAL RULES FOR THE UNITED STATES DISTRICT COURT OF MASSACHUSETTS | 6.0 |
| 4/27/04 | LMV | TELEPHONE CONFERENCES WITH J. ALBANO REGARDING PRO HAC AFFIDAVITS AND FILING OF ANSWER; DRAFT PRO HAC PAPERS. | 0.3 |
| 4/28/04 | BIS | REVIEW DRAFT ANSWER; CONFERENCES WITH L. VASEY; REVIEW LOCAL RULES | 1.4 |
| 4/28/04 | LMV | DRAFT AFFIDAVITS FOR ADMISSION PRO HAC VICE; REVISE ANSWER; DISCUSSION WITH B. SLOTNICK REGARDING SAME; RESEARCH REGARDING BREACH OF CONFIDENCE ACTION UNDER NEW YORK LAW. | 2.8 |
| 4/29/04 | BIS | REVIEW ANSWER; TELEPHONE CONFERENCE WITH S. DAVIS; TELEPHONE CONFERENCE WITH D. KUMMER | 0.6 |
| 4/29/04 | LMV | TELEPHONE CONFERENCE WITH B. SLOTNICK AND SHARON DAVIS REGARDING RAINBOW'S ANSWER TO QUAGLIA'S COMPLAINT; REVISE ANSWER; E-MAIL ANSWER TO DANIEL KUMMER (NBC). | 1.1 |
| 4/30/04 | BIS | REVIEW CASE LAW; REVIEW NBC ANSWER; CONFERENCES WITH L. VASEY | 1.0 |
| 4/30/04 | LMV | E-MAIL EXCHANGES WITH LOCAL COUNSEL, JONATHAN ALBANO OF BINGHAM MCCUTCHEN) REGARDING RAINBOW'S ANSWER AND CORPORATE DISCLOSURE STATEMENT; TELEPHONE CONFERENCES WITH SHARON DAVIS TO CONFIRM IDENTITY OF RAINBOW'S CORPORATE PARENT AND STATE IN WHICH RAINBOW IS REGISTERED AS A LIMITED LIABILITY COMPANY; TELEPHONE CONFERENCE WITH J. ALBANO REGARDING SAME. | 1.3 |

# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 6/9/2004 INV: 1154433 PAGE 3 |
|---|---|---|---|

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 5/3/04 | BIS | REVIEW CASE LAW REGARDING TV SHOW FORMATS | 0.8 |
| 5/6/04 | BIS | REVIEW MERGER AGREEMENT; TELEPHONE CONFERENCE WITH S. DAVIS | 0.7 |
| 5/7/04 | LMV | REVIEW DISTRICT OF MASSACHUSETTS LOCAL RULES REGARDING DISCOVERY AND RULE 16 SCHEDULING CONFERENCE; E-MAIL TO JON ALBANO (BINGHAM DANA) REGARDING WHETHER THE COURT HAS SET A DATE FOR THE SCHEDULING CONFERENCE. | 0.1 |
| 5/10/04 | LMV | ANALYZE TRANSCRIPT OF JUDGE PRESKA'S DECISION IN CBS V. ABC REGARDING SURVIVOR. | 0.6 |
| 5/11/04 | BIS | REVIEW OF PRE-TRIAL PROCEDURES | 0.3 |
| 5/11/04 | LMV | REVIEW E-MAIL AND ATTACHMENTS FROM JON ALBANO (BINGHAM MCCUTCHEN) REGARDING RECUSAL OF JUDGE O'TOOLE AND SUBSTITUTION OF JUDGE ZOBEL; DISCUSSION WITH B. SLOTNICK REGARDING DRAFTING OF JOINT DEFENSE AGREEMENT. | 0.2 |
| 5/12/04 | BIS | REVIEW LOCAL RULES; EMAIL TO J. ALBANO | 0.4 |
| 5/12/04 | TBC | UPDATE OF CASE CALENDAR. | 0.2 |
| 5/13/04 | LMV | DRAFT JOINT DEFENSE AGREEMENT. | 3.2 |
| 5/17/04 | BIS | REVIEW AND REVISE DRAFT JOINT DEFENSE AGREEMENT | 0.4 |
| 5/17/04 | BIS | REVIEW DRAFT JOINT DEFENSE AGREEMENT; LETTER TO S. DAVIS | 0.1 |
| 5/17/04 | LMV | REVISE JOINT DEFENSE AGREEMENT. | 0.1 |
| 5/18/04 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER; EMAILS WITH CO-COUNSEL | 0.2 |
| 5/21/04 | BIS | REVIEW FILE IN PREPARATION FOR CONFERENCE WITH COUNSEL CONFERENCE CALL WITH DEFENDANTS' COUNSEL; TELEPHONE CONFERENCE WITH S. DAVIS; CONFERENCE WITH COUNSEL | 1.6 |

# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 6/9/2004 INV: 1154433 PAGE 4 |
|---|---|---|---|

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 5/21/04 | LMV | PARTICIPATE IN TELEPHONIC RULE 16 PLANNING CONFERENCE WITH DEFENSE COUNSEL AND PLAINTIFF'S COUNSEL. | 0.2 |
| 5/24/04 | BIS | REVIEW DISCOVERY SCHEDULE; TELEPHONE CONFERENCE WITH D. KUMMER | 1.0 |
| 5/25/04 | BIS | TELEPHONE CONFERENCES WITH L. VASEY AND D. KUMMER | 0.4 |
| 5/25/04 | LMV | TELEPHONE CONFERENCE WITH B. SLOTNICK REGARDING PLAINTIFF'S SETTLEMENT OFFER AND STATUS OF JOINT REPORT; TELEPHONE CONFERENCE WITH J. ALBANO REGARDING JOINT REPORT AND CERTIFICATION REGARDING DISCUSSIONS WITH CLIENT ABOUT BUDGET SETTING; TELEPHONE CONFERENCE WITH B. SLOTNICK REGARDING SAME; TELEPHONE CONFERENCE WITH J. ALBANO REGARDING SAME; REVIEW DISCOVERY PLAN TO BE SUBMITTED TO THE COURT; TELEPHONE CONFERENCE WITH SHARON DAVIS REGARDING BUDGET FOR LITIGATION, MOTION FOR SUMMARY JUDGMENT, MEDIATION AND ALTERNATIVE DISPUTE RESOLUTION OPTIONS; TELEPHONE CONFERENCES WITH J. ALBANO REGARDING FILING OF JOINT STATEMENT AND RAINBOW'S CERTIFICATION. | 1.2 |
| 5/26/04 | BIS | REVIEW PROPOSED JOINT STATEMENT FOR RULE 16.1 CONFERENCE | 0.3 |
| 5/28/04 | EML | RESEARCHED WHETHER A SERIES IS SEVERAL INFRINGEMENTS FOR STATUTORY DAMAGES. ANALYZED CASE LAW AND DISCUSSED WITH BIS. | 0.6 |
| 5/30/04 | BIS | REVIEW CASE LAW REGARDING MEASURE OF STATUTORY DAMAGES; REVIEW PLEADINGS IN FILE | 2.0 |

| Date | Description of Disbursements    Ref No. | Amount |
|---|---|---|
| 5/17/04 | LOCAL TRAVEL - Payee:LOEB & LOEB-NY PETTY CASH PARKING - B SLOTNICK - 4/20/04 | 17.50 |
| 5/17/04 | LOCAL TRAVEL - Payee:LOEB & LOEB-NY PETTY CASH PARKING - B SLOTNICK - 4/20/04 | 21.00 |

# LOEB&LOEB LLP

| | | |
|---|---|---|
| FILE NUMBER 203503-10009 10478 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 6/9/2004 INV: 1154433 PAGE 5 |

| Date | Description of Disbursements   Ref No. | Amount |
|---|---|---:|
| 5/24/04 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY To J ALBANO - 4/28/04 | 11.54 |
| 5/24/04 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr WASHINGTON DOCU SVC To T CUMMINS - 4/23/04 | 12.72 |
| 5/24/04 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr M BIRCH To T CUMMINS - 4/26/04 | 12.72 |
| 5/30/04 | COMPUTER RESEARCH - Payee:WESTGROUP - ACCT #1000239028- RESEARCH -LACKMAN-4/21/04, VASEY -4/26,28/04 | 724.92 |
| 5/31/04 | PHOTOCOPY | 115.35 |
| 5/31/04 | TELECOPY | 7.00 |
| 5/31/04 | TELEPHONE CHARGES | 21.21 |

|  |  |
|---|---:|
| Total Fees | 20,772.50 |
| Total Disbursements | 943.96 |

# LOEB&LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154-0037
(212) 407-4000  IRS #95-1780806

|  |  |
|---|---|
| RAINBOW MEDIA ENTERPRISES<br>ATTENTION: DAVID DEITCH<br>200 JERICHO QUARANGLE<br>JERICHO, NY 11753 | JULY 9, 2004<br>INVOICE NO. 1156905 |

                                        PAYMENT DUE UPON RECEIPT

RE: ADV. FRANK QUAGLIA
OUR FILE NO: 203503-10009

| | |
|---|---:|
| FEE FOR PROFESSIONAL SERVICES<br>RENDERED AS PER ATTACHED DETAIL | 15,230.00 |
| DISBURSEMENTS MADE FOR YOUR<br>ACCOUNT AS PER ATTACHED DETAIL | 1,500.67 |
| TOTAL CURRENT AMOUNT DUE | 16,730.67 |

PAST DUE INVOICES FOR THIS MATTER.
IF PAID, PLEASE DISREGARD.

|  |  |  |
|---|---:|---:|
| 0 - 60 DAYS | 21,716.46 | |
| 61 - 90 DAYS | 0.00 | |
| 91 - 120 DAYS | 0.00 | |
| OVER 120 DAYS | 0.00 | |
| TOTAL PAST INVOICES | 21,716.46 | |
| TOTAL CURRENT AND PAST DUE INVOICES FOR THIS MATTER | | 38,447.13 |



# LOEB&LOEB LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 7/9/2004 INV: 1156905 |
|---|---|---|---|
| 10478 | | | PAGE 1 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 6/1/04 | BIS | REVIEW FILE; REVIEW CASE LAW | 1.7 |
| 6/2/04 | BIS | TRAVEL TO AND FROM BOSTON; ATTEND COURT SCHEDULING CONFERENCE | 10.0 |
| 6/3/04 | BIS | ANALYSIS OF DISCOVERY REQUIREMENTS; CONFERENCE WITH L. VASEY; EMAIL TO S. DAVIS | 1.2 |
| 6/3/04 | LMV | MEETING WITH B. SLOTNICK REGARDING SCHEDULING CONFERENCE, DISCOVERY TO BE PROPOUNDED AND RESEARCH. | 0.2 |
| 6/4/04 | TBC | UPDATE OF CASE CALENDAR. | 0.4 |
| 6/9/04 | BIS | REVIEW FIRST CIRCUIT DECISION ON STATUTORY DAMAGES | 0.2 |
| 6/15/04 | LMV | DRAFT RAINBOW'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF. | 1.4 |
| 6/16/04 | LMV | DRAFT RAINBOW'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF. | 2.6 |
| 6/17/04 | BIS | REVIEW DISCOVERY REQUESTS | 0.5 |
| 6/18/04 | BIS | REVIEW INITIAL DISCLOSURE RESPONSE; CONFERENCE WITH L. VASEY | 0.2 |
| 6/18/04 | LMV | DRAFT RULE 26 DISCLOSURES; REVIEW CLIENT DOCUMENTS; TELEPHONE CONFERENCE WITH SHARON DAVIS REGARDING INSURANCE POLICY POTENTIALLY COVERING DAMAGES AWARDED IN THIS ACTION. | 1.5 |
| 6/21/04 | LMV | TELEPHONE CONFERENCE WITH DANIEL KUMMER REGARDING RULE 26(A)(1) DISCLOSURES; TELEPHONE CONFERENCE WITH SHARON DAVIS REGARDING SAME; E-MAIL TO B. SLOTNICK REGARDING SAME | 0.6 |

# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES<br>ADV. FRANK QUAGLIA | 7/9/2004<br>INV: 1156905<br>PAGE 2 |
|---|---|---|---|

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 6/23/04 | LMV | DRAFT INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1); DRAFT E-MAIL TO S. DAVIS ATTACHING SAME; REVIEW DOCUMENTS FOR PRODUCTION WITH INITIAL DISCLOSURES; TELEPHONE CONFERENCE WITH S. DAVIS REGARDING INSURANCE POLICIES, AIR DATES OF "THE IT FACTOR" AND RULE 26 DISCLOSURES. | 2.0 |
| 6/24/04 | BIS | TELEPHONE CONFERENCE WITH S. DAVIS; CONFERENCE WITH L. VASEY; REVIEW DOCUMENTS FOR INITIAL DISCLOSURE | 0.5 |
| 6/24/04 | LMV | TELEPHONE CONFERENCE WITH S. DAVIS REGARDING FILES OF LAURA PIERCE, INSURANCE SUMMARIES, LAST KNOWN ADDRESSES OF WITNESSES IDENTIFIED AND REVISION TO RULE 26 DISCLOSURES; REVISE RULE 26 DISCLOSURES; REVISE FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES; REVIEW PLAINTIFF'S RULE 26 DISCLOSURES; TELEPHONE CONFERENCE WITH S. DAVIS REGARDING PRODUCTION OF ZANZIBAR'S CERTIFICATE OF INSURANCE; DISCUSSION WITH B. SLOTNICK REGARDING SAME. | 3.7 |
| 6/24/04 | A P | CONFERRING WITH L. VASEY REGARDING DOCUMENTS TO BE PRODUCED; LABELING DOCUMENTS; SCANNING DOCUMENTS TO L. VASEY; PREPARING DISCOVERY DOCUMENTS TO BE SERVED BY FEDERAL EXPRESS | 2.6 |
| 6/25/04 | BIS | REVIEW INSURANCE SUMMARY; REVIEW BRAVO INITIAL DISCLOSURES | 0.3 |
| 6/25/04 | LMV | TELEPHONE CONFERENCE WITH DANIEL KUMMER REGARDING INITIAL DISCLOSURES AND CONFIDENTIALITY OF DOCUMENTS TO BE PRODUCED; REVIEW INSURANCE SUMMARY FOR PRODUCTION; REVIEW AND REVISE SUMMARY OF RAINBOW'S INSURANCE COVERAGE; DISCUSSION WITH B. SLOTNICK REGARDING SAME; REVIEW NBC'S INITIAL DISCLOSURES. | 0.8 |
| 6/25/04 | TBC | UPDATE OF CASE CALENDAR. | 0.2 |
| 6/28/04 | LMV | DRAFT SUPPLEMENTAL RULE 26 DISCLOSURES; E-MAIL TO B. SLOTNICK REGARDING SAME. | 0.3 |

**LOEB&LOEB**LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES | 7/9/2004 |
| --- | --- | --- | --- |
| 10478 | | ADV. FRANK QUAGLIA | INV: 1156905 |
| | | | PAGE 3 |

| Date | TK | Description of Services Rendered | Hours |
| --- | --- | --- | --- |
| 6/29/04 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER; CONFERENCE WITH L. VASEY | 0.2 |
| 6/29/04 | LMV | DRAFT SUPPLEMENTAL INITIAL DISCLOSURES; E-MAIL EXCHANGES WITH N. JOHNSON REGARDING SAME; DRAFT COVER LETTER TO COUNSEL ENCLOSING SAME; E-MAIL TO N. JOHNSON REGARDING DISCONNECTED FAX NUMBER OF PLAINTIFF'S LOCAL COUNSEL, CHRIS WINTON HENDERSON; REVIEW AND REVISE INSURANCE SUMMARIES; DRAFT E-MAIL TO S. DAVIS REQUESTING SUMMARY OF RAINBOW'S INSURANCE COVERAGE FOR THE PERIOD FROM SEPTEMBER 2, 2002 THROUGH SEPTEMBER 29, 2003. | 2.1 |

| Date | Description of Disbursements   Ref No. | Amount |
| --- | --- | --- |
| 6/14/04 | MISCELLANEOUS - Payee:LOEB & LOEB-NY PETTY CASH PARKING @ AIRPORT - B SLOTNICK - 6/2/04 | 24.00 |
| 6/14/04 | LOCAL TRAVEL - Payee:LOEB & LOEB-NY PETTY CASH TAXI TO AIRPORT FROM COURT IN BOSTON - B SLOTNICK - 6/2/04 | 20.00 |
| 6/14/04 | LOCAL TRAVEL - Payee:LOEB & LOEB-NY PETTY CASH TAXI FROM AIRPORT TO COURT IN BOSTON - B SLOTNICK - 6/2/04 | 24.00 |
| 6/17/04 | COURT RESEARCH - Payee:CHOICEPOINT SVC INC @ COURT OBTAIN REQUESTED CERTIFICATE - T CUMMINS - 6/17/04 | 173.22 |
| 6/17/04 | COURT RESEARCH - Payee:CHOICEPOINT SVC INC @ COURT REVIEW FILES - T CUMMINS - 6/17/04 | 330.17 |
| 6/17/04 | COURT RESEARCH - Payee:CHOICEPOINT SVC INC @ COURT OBTAIN REQUESTED CERTIFICATE - T CUMMINS - 6/17/04 | 157.33 |
| 6/17/04 | COURT RESEARCH - Payee:CHOICEPOINT SVC INC @ COURT PLACE REQUEST FOR REPORT - T CUMMINS - 6/17/04 | 106.44 |
| 6/28/04 | AIRFARE - Payee:AMERICAN AIRLINES, INC-SLOTNICK - 6/2/4 LGA/BOS/LGA | 523.20 |
| 6/30/04 | COMPUTER RESEARCH - Payee:THOMSON WEST - ACCT #1000239028- RESEARCH -LACKMAN -5/7,28/04 | 68.52 |

**LOEB&LOEB**LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 7/9/2004 INV: 1156905 |
|---|---|---|---|
| 10478 | | | PAGE 4 |

| Date | Description of Disbursements | Ref No. | Amount |
|---|---|---|---|
| 6/30/04 | PHOTOCOPY | | 50.10 |
| 6/30/04 | TELECOPY | | 20.50 |
| 6/30/04 | TELEPHONE CHARGES | | 3.19 |

|  | **Total Fees** | 15,230.00 |
|---|---|---|
|  | **Total Disbursements** | 1,500.67 |

# LOEB&LOEB LLP

| | | |
|---|---|---|
| FILE NUMBER  203503-10009  10478 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 7/9/2004 INV: 1156905 PAGE  1 |

************************************************************************
\*                    **SPECIAL HANDLING INSTRUCTION**                       \*
************************************************************************

FILE:   203503-10009        JULY 9, 2004        INV: 1156905
SPECIAL INSTRUCTIONS:

**MAIL OUT**

## LOEB&LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154-0037
(212) 407-4000  IRS #95-1780806

RAINBOW MEDIA ENTERPRISES
ATTENTION: DAVID DEITCH
200 JERICHO QUARANGLE
JERICHO, NY 11753

AUGUST 16, 2004
INVOICE NO. 1160682

PAYMENT DUE UPON RECEIPT

RE: ADV. FRANK QUAGLIA
OUR FILE NO: 203503-10009

| | |
|---|---:|
| FEE FOR PROFESSIONAL SERVICES RENDERED AS PER ATTACHED DETAIL | 6,595.00 |
| DISBURSEMENTS MADE FOR YOUR ACCOUNT AS PER ATTACHED DETAIL | 274.63 |
| TOTAL CURRENT AMOUNT DUE | 6,869.63 |

PAST DUE INVOICES FOR THIS MATTER.
IF PAID, PLEASE DISREGARD.

| | | |
|---|---:|---:|
| 0 - 60 DAYS | 16,730.67 | |
| 61 - 90 DAYS | 0.00 | |
| 91 - 120 DAYS | 0.00 | |
| OVER 120 DAYS | 0.00 | |
| TOTAL PAST INVOICES | 16,730.67 | |
| TOTAL CURRENT AND PAST DUE INVOICES FOR THIS MATTER | | 23,600.30 |



# LOEB&LOEB LLP

| FILE NUMBER 203503-10009 | RAINBOW MEDIA ENTERPRISES | 8/16/2004 |
| 10478 | ADV. FRANK QUAGLIA | INV: 1160682 |
| | | PAGE 1 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 7/6/04 | LMV | REVIEW DOCUMENTS DISCLOSED BY NBC / BRAVO PURSUANT TO RULE 26(A)(1). | 0.4 |
| 7/7/04 | BIS | REVIEW PLAINTIFF'S INITIAL DISCLOSURES; CONFERENCE WITH L. VASEY | 0.9 |
| 7/7/04 | LMV | REVIEW DOCKET SHEET AND JOINT STATEMENT FOR SCHEDULING CONFERENCE REGARDING DEADLINES FOR DISCOVERY AND MOTIONS; REVISE LITIGATION SUMMARY FOR RAINBOW. | 0.4 |
| 7/8/04 | BIS | EMAIL TO S. DAVIS REGARDING PLAINTIFF'S DISCOVERY REQUESTS; TELEPHONE CONFERENCE WITH S. DAVIS; LETTER TO N. JOHNSON | 0.3 |
| 7/13/04 | BIS | REVIEW BRAVO'S DOCUMENTS | 2.0 |
| 7/14/04 | BIS | REVIEW FILE; TELEPHONE CONFERENCE WITH D. KUMMER; EMAILS WITH S. DAVIS; TELEPHONE CONFERENCE WITH D. KUMMER; TELEPHONE CONFERENCE WITH N. ROSENTHAL | 1.3 |
| 7/15/04 | BIS | EMAIL TO PLAINTIFFS COUNSEL REGARDING DEPOSITION SCHEDULE; TELEPHONE CONFERENCE WITH N. ROSENTHAL | 0.2 |
| 7/18/04 | BIS | WATCH ZANZIBAR DEMO | 0.2 |
| 7/19/04 | BIS | TELEPHONE CONFERENCE WITH S. DAVIS; TELEPHONE CONFERENCE WITH D. KUMMER; EMAIL TO N. JOHNSON; TELEPHONE CONFERENCE WITH N. ROSENTHAL | 0.5 |
| 7/20/04 | BIS | REVIEW PLAINTIFF'S INTERROGATORIES AND DOCUMENT REQUESTS; CONFERENCE WITH L. VASEY; TELEPHONE CONFERENCE WITH D. KUMMER; TELEPHONE CONFERENCE WITH N. ROSENTHOL | 0.5 |
| 7/21/04 | BIS | TELEPHONE CONFERENCE WITH E. COLLEGE; LETTER TO M. TANNENBAUM | 2.0 |
| 7/21/04 | LMV | REVIEW DISCOVERY REQUESTS DIRECTED TO RAINBOW, BRAVO AND NBC; DRAFT LETTER TO SHARON DAVIS ENCLOSING SAME. | 0.6 |

# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 8/16/2004 INV: 1160682 PAGE 2 |
|---|---|---|---|

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 7/22/04 | BIS | TELEPHONE CONFERENCE WITH L. VASEY | 0.1 |
| 7/27/04 | LMV | DRAFT OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES. | 0.9 |
| 7/29/04 | BIS | TELEPHONE CONFERENCES WITH L. VASEY | 0.4 |
| 7/29/04 | LMV | TELEPHONE CONFERENCE WITH D. KUMMER REGARDING DOCUMENTS OF LAUREN FRIEDLAND, POSSIBILITY OF SCHEDULING DEPOSITIONS OF DAVID CLAIR AND NICOLE TORRE IN LOS ANGELES BEFORE DEPOSITIONS IN NEW YORK; VOICE MAIL AND E-MAIL TO B. SLOTNICK REGARDING SAME; TELEPHONE CONFERENCE WITH B. SLOTNICK REGARDING SAME; VOICE MAIL TO D. KUMMER REGARDING DOCUMENTS OF LAUREN FRIEDLAND AND DAVID CLAIRE AND DEPOSITIONS; TELEPHONE CONFERENCE WITH D. KUMMER REGARDING SAME; TELEPHONE CONFERENCE WITH CABLEVISION COUNSEL TO SET UP CONFERENCE CALL REGARDING STATUS OF LITIGATION. | 1.2 |
| 7/30/04 | BIS | TELEPHONE CONFERENCE WITH L. VASEY | 0.1 |
| 7/30/04 | LMV | TELEPHONE CONFERENCE WITH B. SLOTNICK REGARDING COSTS OF DEFENDING LITIGATION TO SUMMARY JUDGMENT AND LIKELIHOOD OF SUCCESS; TELEPHONE CONFERENCE WITH VICKI SALHUS (COUNSEL FOR CABLEVISION) REGARDING QUAGLIA ACTION; TELEPHONE CONFERENCE WITH VICKI SALHUS AND MICHAEL BENJAMIN AT SHEARMAN & STERLING REGARDING MERITS OF QUAGLIA SUIT, COST TO DEFEND AND LIABILITY EXPOSURE; E-MAIL TO B. SLOTNICK REGARDING SAME. | 0.6 |

| Date | Description of Disbursements    Ref No. | Amount |
|---|---|---|
| 7/9/04 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr  L VASEY  To  J ALBANO - 6/2/04 | 11.60 |
| 7/30/04 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr  L VASEY  To  D KUMMER - 6/24/04 | 10.19 |

# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 8/16/2004 INV: 1160682 PAGE 3 |

| Date | Description of Disbursements   Ref No. | Amount |
|---|---|---|
| 7/30/04 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASSEY To J ALBANO - 6/24/04 | 11.60 |
| 7/30/04 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr M REDD To N JOHNSON - 6/29/04 | 12.83 |
| 7/30/04 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY TO D KUMMER - 6/29/04 | 8.59 |
| 7/30/04 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY TO J ALBANO - 6/29/04 | 10.00 |
| 7/30/04 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY TO C HENDERSON - 6/29/04 | 11.75 |
| 7/30/04 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASSEY To N JOHNSON - 6/24/04 | 14.38 |
| 7/30/04 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY To C HENDERSON - 6/24/04 | 13.35 |
| 7/31/04 | PHOTOCOPY | 84.90 |
| 7/31/04 | SECRETARIAL OVERTIME | 64.55 |
| 7/31/04 | TELECOPY | 20.00 |
| 7/31/04 | TELEPHONE CHARGES | 0.89 |

|  | **Total Fees** | 6,595.00 |
|---|---|---|
|  | **Total Disbursements** | 274.63 |

# LOEB&LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154-0037
(212) 407-4000  IRS #95-1780806

RAINBOW MEDIA ENTERPRISES
ATTENTION: DAVID DEITCH
200 JERICHO QUARANGLE
JERICHO, NY 11753

SEPTEMBER 8, 2004
INVOICE NO. 1161790

PAYMENT DUE UPON RECEIPT

RE: ADV. FRANK QUAGLIA
OUR FILE NO: 203503-10009

FEE FOR PROFESSIONAL SERVICES
RENDERED AS PER ATTACHED DETAIL                    17,467.50

DISBURSEMENTS MADE FOR YOUR
ACCOUNT AS PER ATTACHED DETAIL                        878.42

TOTAL CURRENT AMOUNT DUE                            18,345.92

PAST DUE INVOICES FOR THIS MATTER.
IF PAID, PLEASE DISREGARD.
         0 - 60 DAYS        6,869.63
        61 - 90 DAYS       16,730.67
        91 - 120 DAYS           0.00
        OVER 120 DAYS          0.00

TOTAL PAST INVOICES        23,600.30

TOTAL CURRENT AND PAST DUE INVOICES FOR THIS MATTER   41,946.22
                                                   ============

