# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 9/8/2004 INV: 1161790 PAGE 1 |
|---|---|---|---|

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 8/2/04 | BIS | CONFERENCE WITH L. VASEY; TELEPHONE CONFERENCE WITH D. KUMMER | 0.3 |
| 8/2/04 | LMV | DRAFT RESPONSES AND OBJECTIONS TO PLAINTIFF'S INTERROGATORIES AND DOCUMENT REQUESTS. | 0.5 |
| 8/3/04 | BIS | EMAILS TO D. KUMMER AND S. DAVIS; REVIEW DRAFT CONFIDENTIALITY AGREEMENT; LETTER TO N. JOHNSON; CONFERENCE WITH D. KUMMER AND N. ROSENTHAL | 1.0 |
| 8/3/04 | TBC | UPDATE OF CASE CALENDAR. | 0.2 |
| 8/5/04 | LMV | DRAFT RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST AND FIRST SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS. | 3.4 |
| 8/6/04 | BIS | REVIEW PLAINTIFF'S RESPONSE TO INTERROGATORIES AND REQUEST FOR PRODUCTION; CONFERENCE WITH L. VASEY | 1.0 |
| 8/6/04 | LMV | DRAFT RESPONSES AND OBJECTIONS TO DOCUMENT REQUESTS AND INTERROGATORIES; MEETING WITH B. SLOTNICK REGARDING SAME. | 5.4 |
| 8/9/04 | BIS | REVIEW AND REVISE DISCOVERY RESPONSES; CONFERENCE WITH L. VASEY; EMAIL TO S. DAVIS; TELEPHONE CONFERENCE WITH S. DAVIS | 2.4 |
| 8/9/04 | LMV | DISCUSSION WITH B. SLOTNICK REGARDING RESPONSES AND OBJECTIONS TO PLAINTIFF'S DISCOVERY REQUESTS; REVISE RAINBOW'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S DISCOVERY REQUESTS. | 3.9 |
| 8/10/04 | BIS | EXCHANGE OF EMAILS WITH S. DAVIS REGARDING DISCOVERY SCHEDULES | 0.1 |
| 8/11/04 | BIS | REVIEW CONFIDENTIALITY AGREEMENT; EMAIL TO S. DAVIS; CONFERENCE WITH L. VASEY REGARDING DISCOVERY | 0.3 |
| 8/11/04 | LMV | REVIEW DOCUMENTS FOR RELEVANCE AND PRIVILEGE IN CONNECTION WITH PLAINTIFF'S DISCOVERY REQUESTS. | 1.0 |

**LOEB&LOEB**LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES<br>ADV. FRANK QUAGLIA | 9/8/2004<br>INV: 1161790<br>PAGE 2 |
|---|---|---|---|

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 8/12/04 | BIS | REVIEW RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS; CONFERENCE CALL WITH S. DAVIS AND L. VASEY | 0.7 |
| 8/12/04 | LMV | TELEPHONE CONFERENCE WITH JON ALBANO REGARDING DISCOVERY, CONFIDENTIALITY AGREEMENT AND DEPOSITION DATES; E-MAIL TO DANIEL KUMMER REGARDING DOCUMENTS NBC WILL BE PRODUCING, CONFIDENTIALITY AGREEMENT AND DEPOSITIONS; TELEPHONE CONFERENCE WITH SHARON DAVIS REGARDING INTERROGATORY AND DISCOVERY RESPONSES. | 0.7 |
| 8/13/04 | BIS | CONFERENCE WITH L. VASEY REGARDING DOCUMENT PRODUCTION; TELEPHONE CONFERENCE WITH S. DAVIS | 0.3 |
| 8/13/04 | LMV | TELEPHONE CONFERENCE WITH D. KUMMER REGARDING DISCOVERY RESPONSES AND OBJECTIONS, DOCUMENT PRODUCTION AND DEPOSITIONS; DISCUSSION WITH B. SLOTNICK REGARDING SAME; REVISE RESPONSES AND OBJECTIONS; DRAFT LETTER TO D. KUMMER ENCLOSING DEBBIE DE MONTREAUX'S PERSONAL FILE REGARDING THE IT FACTOR. | 1.5 |
| 8/13/04 | A P | ASSISTING L. VASEY WITH DOCUMENT PRODUCTION; ORGANIZING AND LABELING RESPONSIVE DOCUMENTS; REVIEW OF PRODUCTION SETS OF DOCUMENTS; UPDATING PRODUCTION LOG | 2.1 |
| 8/16/04 | BIS | REVISE RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS; CONFERENCES WITH L. VASEY | 1.1 |
| 8/16/04 | LMV | DISCUSSION WITH B. SLOTNICK REGARDING DISCOVERY RESPONSES; REVIEW DOCUMENTS FOR PRODUCTION; REVISE RESPONSES AND OBJECTIONS; REVIEW DOCUMENTS RECEIVED FROM RAINBOW FOR PRODUCTION; TELEPHONE CONFERENCE WITH SHARON DAVIS REGARDING SAME; REVISION OF SAME. | 4.2 |
| 8/16/04 | A P | ASSISTING L. VASEY WITH DOCUMENT PRODUCTION; ORGANIZING AND LABELING RESPONSIVE DOCUMENTS | 1.9 |

# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 9/8/2004 INV: 1161790 PAGE 3 |
|---|---|---|---|

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 8/17/04 | A P | ASSISTING L. VASEY WITH DOCUMENT PRODUCTION; ORGANIZING AND LABELING RESPONSIVE DOCUMENTS; LABELING CONFIDENTIAL DOCUMENTS WITH APPROPRIATE DESIGNATION | 3.7 |
| 8/18/04 | BIS | TELEPHONE CONFERENCE WITH L. FRIEDLAND | 0.2 |
| 8/18/04 | A P | ASSISTING L. VASEY WITH DOCUMENT PRODUCTION; ORGANIZING AND LABELING RESPONSIVE DOCUMENTS WITH BATES NUMBERS AS WELL AS CONFIDENTIALITY DESIGNATION | 4.1 |
| 8/19/04 | A P | PHONE CONFERENCE WITH L. FRIEDLAND REGARDING REVIEW OF BUSINESS FILE IN STORAGE FACILITY PER B. SLOTNICK | 0.3 |
| 8/23/04 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER | 0.2 |
| 8/24/04 | BIS | REVIEW PLAINTIFF'S COMMENTS TO CONFIDENTIALITY STIPULATION; EMAIL TO D. KUMMER; EMAIL TO I. PRADEL | 0.6 |
| 8/24/04 | LMV | REVIEW CONFIDENTIALITY AGREEMENT. | 0.2 |
| 8/25/04 | BIS | REVIEW CONFIDENTIALITY AGREEMENT | 0.5 |
| 8/25/04 | LMV | TELEPHONE CONFERENCE WITH D. KUMMER REGARDING LAUREN FRIEDLAND'S DOCUMENTS AND REPRODUCTION OF BETA TAPES; DISCUSSION WITH B. SLOTNICK REGARDING SAME. | 0.2 |
| 8/25/04 | A P | ACCOMPANIED L. FRIEDLAND TO STORAGE FACILITIES IN DOWNTOWN NEW YORK AND NEW JERSEY TO RETRIEVE DOCUMENTS RESPONSIVE TO DOCUMENT REQUESTS PER B. SLOTNICK | 6.4 |
| 8/26/04 | BIS | EMAIL TO D. KUMMER | 0.2 |

| Date | Description of Disbursements   Ref No. | Amount |
|---|---|---|
| 8/5/04 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY To S DAVIS - 7/21/04 | 10.33 |
| 8/16/04 | OUTSIDE COPYING - Payee:JOHNSON & RISHWAIN, LLP VHS TAPES COPIES - B SLOTNICK - 8/16/04 | 210.00 |

**LOEB&LOEB**LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 9/8/2004 INV: 1161790 PAGE 4 |

| Date | Description of Disbursements  Ref No. | Amount |
|---|---|---|
| 8/31/04 | LOCAL TRAVEL - Payee:ANTOINETTE PEPPER CLINTON, NEW JERSEY 8/25/04 TO ACCOMPANYING CLIENT TO STORAGE FACILITY TO RETRIEVE BUSINESS RECORDS FOR DISCOVERY PURPOSES | 112.90 |
| 8/31/04 | PHOTOCOPY | 539.70 |
| 8/31/04 | POSTAGE | 1.43 |
| 8/31/04 | TELECOPY | 3.00 |
| 8/31/04 | TELEPHONE CHARGES | 1.06 |

|  | **Total Fees** | 17,467.50 |
|---|---|---|
|  | **Total Disbursements** | 878.42 |

# LOEB&LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154-0037
(212) 407-4000  IRS #95-1780806

RAINBOW MEDIA ENTERPRISES
ATTENTION: DAVID DEITCH
200 JERICHO QUARANGLE
JERICHO, NY 11753

OCTOBER 7, 2004
INVOICE NO. 1164213

PAYMENT DUE UPON RECEIPT

RE: ADV. FRANK QUAGLIA
OUR FILE NO: 203503-10009

| | |
|---|---:|
| FEE FOR PROFESSIONAL SERVICES RENDERED AS PER ATTACHED DETAIL | 6,506.00 |
| DISBURSEMENTS MADE FOR YOUR ACCOUNT AS PER ATTACHED DETAIL | 151.50 |
| TOTAL CURRENT AMOUNT DUE | 6,657.50 |

PAST DUE INVOICES FOR THIS MATTER.
IF PAID, PLEASE DISREGARD.

| | | |
|---|---:|---:|
| 0 - 60 DAYS | 25,215.55 | |
| 61 - 90 DAYS | 16,730.67 | |
| 91 - 120 DAYS | 0.00 | |
| OVER 120 DAYS | 0.00 | |
| TOTAL PAST INVOICES | 41,946.22 | |
| TOTAL CURRENT AND PAST DUE INVOICES FOR THIS MATTER | | 48,603.72 |



**LOEB&LOEB**LLP

| FILE NUMBER 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 10/7/2004 INV: 1164213 |
|---|---|---|
| 10478 | | PAGE 1 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 9/8/04 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER; CONFERENCE WITH L. VASEY | 0.2 |
| 9/9/04 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER; REVIEW COMMENTS TO CONFIDENTIALITY AGREEMENT; EMAIL TO D. KUMMER | 0.5 |
| 9/9/04 | LMV | TELEPHONE CONFERENCE WITH D. KUMMER REGARDING ZANZIBAR DOCUMENTS AND REVIEW BY EDWARD ROSENTHAL, ESQ. (COUNSEL FOR ZANZIBAR PRODUCTIONS, INC.); VOICE MAIL TO E. ROSENTHAL REGARDING SAME. | 0.1 |
| 9/10/04 | BIS | REVIEW REVISED CONFIDENTIALITY AGREEMENT; EMAILS FROM COUNSEL | 0.2 |
| 9/10/04 | LMV | TELEPHONE CONFERENCE WITH NED ROSENTHAL REGARDING REVIEW OF ZANZIBAR DOCUMENTS; E-MAIL TO B. SLOTNICK REGARDING SAME. | 0.1 |
| 9/13/04 | BIS | CONFERENCE CALL WITH D. KUMMER AND L. VASEY | 0.2 |
| 9/13/04 | LMV | TELEPHONE CONFERENCE WITH D. KUMMER AND B. SLOTNICK REGARDING DEPOSITIONS AND DOCUMENT REVIEW AND PRODUCTION; DRAFT COVER LETTER ENCLOSING DOCUMENTS RESPONSIVE TO PLAINTIFF'S DOCUMENT REQUESTS. | 0.5 |
| 9/14/04 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER | 0.2 |
| 9/15/04 | LMV | REVIEW LAUREN FRIEDLAND'S DOCUMENTS FOR PRODUCTION. | 0.6 |
| 9/18/04 | LMV | REVIEW ZANZIBAR DOCUMENTS FOR PRODUCTION. | 1.4 |
| 9/21/04 | BIS | EMAIL TO D. KUMMER | 0.1 |
| 9/23/04 | LMV | DISCUSSION WITH B. SLOTNICK REGARDING PRODUCTION OF ZANZIBAR DOCUMENTS AND DAVID CLAIR'S DOCUMENTS; MEETING WITH B. SLOTNICK D. KUMMER (NBC) AND DAVID CLAIR (ZANZIBAR) REGARDING THE IT FACTOR, IN ANTICIPATION OF HIS DEPOSITION. | 0.5 |

# LOEB&LOEB LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES | 10/7/2004 |
| --- | --- | --- | --- |
| 10478 | | ADV. FRANK QUAGLIA | INV: 1164213 |
| | | | PAGE 2 |

| Date | TK | Description of Services Rendered | Hours |
| --- | --- | --- | --- |
| 9/24/04 | BIS | REVIEW ZANZIBAN DOCUMENTS; EMAIL TO D. KUMMER; EMAIL TO N. JOHNSON; TELEPHONE CONFERENCE WITH D. KUMMER | 1.0 |
| 9/24/04 | LMV | REVIEW SUBPOENAS FOR ZANZIBAR DOCUMENTS; DISCUSSION WITH B. SLOTNICK REGARDING PRODUCTION OF SAME AND COPIES OF THE IT FACTOR TAPES; VOICE MAIL TO D. KUMMER REGARDING SAME. | 0.1 |
| 9/27/04 | BIS | CONFERENCE WITH L. VASEY REGARDING DISCOVERY; EMAIL TO N. JOHNSON | 0.2 |
| 9/27/04 | LMV | REVIEW ZANZIBAR DOCUMENTS FOR PRODUCTION. | 2.6 |
| 9/27/04 | A P | REVIEW AND PREPARATION OF DOCUMENTS FOR PRODUCTION | 2.3 |
| 9/29/04 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER; CONFERENCE WITH L. VASEY | 0.2 |
| 9/29/04 | LMV | FINAL REVIEW OF ZANZIBAR DOCUMENTS WITH ANTOINETTE PEPPER FOR REDACTIONS, BATES-LABELING AND PRODUCTION. | 1.7 |
| 9/29/04 | A P | ASSISTING L. VASEY WITH REVIEW OF BATES-LABELED DOCUMENTS IN ANTICIPATION OF PRODUCTION; INSERTING PAGES TO BE PRODUCED | 2.9 |
| 9/30/04 | LMV | DRAFT COVER LETTER TO NEVILLE JOHNSON AND DANIEL KUMMER; VOICE MAIL TO N. ROSENTHAL INFORMING HIM ZANZIBAR'S DOCUMENTS WERE BEING PRODUCED; DISCUSSION WITH A. PEPPER REGARDING REDACTIONS. | 0.4 |
| 9/30/04 | A P | BATES LABELING AND CONFIDENTIAL LABELING D. CLAIR DOCUMENTS FOR PRODUCTION; PREPARING SERVICE SETS OF ZANZIBAR AND D. CLAIR PRODUCTIONS; DUPLICATION OF CD TO BE INCLUDED IN PRODUCTION; PREPARING FEDERAL EXPRESS BOXES | 2.8 |

| Date | Description of Disbursements   Ref No. | Amount |
| --- | --- | --- |
| 9/21/04 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY To C W HENDERSON - 8/16/04 | 13.46 |

**LOEB&LOEB**LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 10/7/2004 INV: 1164213 PAGE 3 |
|---|---|---|---|

| Date | Description of Disbursements   Ref No. | Amount |
|---|---|---|
| 9/21/04 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY To D KUMMER - 8/16/04 | 10.28 |
| 9/21/04 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY To N JOHNSON - 8/16/04 | 23.38 |
| 9/21/04 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY To D KUMMER - 8/13/04 | 15.04 |
| 9/30/04 | PHOTOCOPY | 83.70 |
| 9/30/04 | POSTAGE | 0.74 |
| 9/30/04 | TELECOPY | 4.00 |
| 9/30/04 | TELEPHONE CHARGES | 0.90 |

|  | **Total Fees** | **6,506.00** |
|---|---|---|
|  | **Total Disbursements** | **151.50** |

# LOEB&LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154-0037
(212) 407-4000  IRS #95-1780806

RAINBOW MEDIA ENTERPRISES
ATTENTION: DAVID DEITCH
200 JERICHO QUARANGLE
JERICHO, NY 11753

NOVEMBER 11, 2004
INVOICE NO. 1167910

PAYMENT DUE UPON RECEIPT

RE: ADV. FRANK QUAGLIA
OUR FILE NO: 203503-10009

| | |
|---|---:|
| FEE FOR PROFESSIONAL SERVICES RENDERED AS PER ATTACHED DETAIL | 18,780.50 |
| DISBURSEMENTS MADE FOR YOUR ACCOUNT AS PER ATTACHED DETAIL | 664.53 |
| TOTAL CURRENT AMOUNT DUE | 19,445.03 |

PAST DUE INVOICES FOR THIS MATTER.
IF PAID, PLEASE DISREGARD.

| | | |
|---|---:|---:|
| 0 - 60 DAYS | 6,657.50 | |
| 61 - 90 DAYS | 25,215.55 | |
| 91 - 120 DAYS | 0.00 | |
| OVER 120 DAYS | 16,730.67 | |
| TOTAL PAST INVOICES | 48,603.72 | |
| TOTAL CURRENT AND PAST DUE INVOICES FOR THIS MATTER | | 68,048.75 |



**LOEB&LOEB**LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 11/11/2004 INV: 1167910 |
|---|---|---|---|
| 10478 | | | PAGE 1 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 10/4/04 | BIS | EMAILS TO D. KUMMER AND S. DAVIS; TELEPHONE CONFERENCE WITH D. KUMMER; CONFERENCE WITH L. VASEY | 0.3 |
| 10/6/04 | BIS | REVIEW IT FACTOR PILOT; TELEPHONE CONFERENCE WITH S. DAVIS | 0.9 |
| 10/8/04 | BIS | EMAIL TO D. KUMMER | 0.2 |
| 10/11/04 | LMV | VIEW VIDEOTAPE OF THE FIRST EPISODE OF THE IT FACTOR. | 0.3 |
| 10/12/04 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER; EMAIL TO S. DAVIS | 0.3 |
| 10/12/04 | LMV | GATHER DOCUMENTS FOR LA ASSOCIATE; DRAFT LETTER TO KAREN THORLAND PROVIDING OVERVIEW OF CASE IN PREPARATION FOR DEPOSITIONS IN LOS ANGELES AND ENCLOSING PLEADINGS AND DISCOVERY; TELEPHONE CONFERENCE WITH K. THORLAND TO CONFIRM AVAILABILITY ON NOVEMBER 4 AND 5TH; REVIEW DOCUMENTS PRODUCED BY PLAINTIFF. | 2.9 |
| 10/14/04 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER REGARDING DEPOSITION SCHEDULES | 0.1 |
| 10/14/04 | A P | CONFERENCE WITH L. VASEY AND B. SOMINSKY REGARDING ORGANIZATION OF DOCUMENTS; REVIEW OF DOCUMENTS TO BE INDEXED | 0.4 |
| 10/14/04 | B S | CONFERENCE WITH A. PEPPER (.2); INDEXING PLAINTIFF'S DOCUMENT PRODUCTION (7.8) | 8.0 |
| 10/15/04 | BIS | REVIEW CASE LAW ON UNSOLICITED SUBMISSIONS; WATCH ULTIMATE AUDITION | 1.0 |
| 10/15/04 | LMV | DISCUSSION WITH B. SLOTNICK REGARDING 9TH CIRCUIT'S DECISION IN GROSSO V. MIRAMAX; ANALYZE GROSS DECISION; DISCUSSION WITH CHRISTINA MONTEIRO REGARDING RESEARCH OF MASSACHUSETTS AND NEW YORK LAW IN LIGHT OF GROSS DECISION. | 0.3 |
| 10/15/04 | CSM | DISCUSSED CASE WITH L. VASEY; REVIEWED FILE PLEADINGS | 1.1 |

**LOEB&LOEB**LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES | 11/11/2004 |
|---|---|---|---|
| 10478 | | ADV. FRANK QUAGLIA | INV: 1167910 |
| | | | PAGE 2 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 10/15/04 | B S | INDEXING PLAINTIFF'S DOCUMENT PRODUCTION | 4.5 |
| 10/18/04 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER; LETTER TO N. JOHNSON | 0.2 |
| 10/18/04 | CSM | REVIEWED NINTH CIRCUIT DECISION; RESEARCHED NEW YORK AND MASSACHUSETTS CASE LAW AS TO WHETHER AN IMPLIED CONTRACT IS CREATED UNDER NEW YORK AND MASSACHUSETTS LAW WHEN A FILM OR OTHER WORK IS SUBMITTED TO A COMPANY; COMMENCED DRAFTING A MEMORANDUM OF LAW TO L. VASEY | 5.2 |
| 10/19/04 | CSM | CONTINUED ANALYZING AND REVIEWING RESEARCH; CONTINUED DRAFTING OF MEMORANDUM OF LAW TO L. VASEY RE: IMPLIED CONTRACTS IN NEW YORK AND MASSACHUSETTS | 4.6 |
| 10/19/04 | B S | INDEXING PLAINTIFF'S DOCUMENT PRODUCTION | 0.5 |
| 10/20/04 | LMV | REVIEW VIDEOTAPE OF THE ULTIMATE AUDITION. | 0.8 |
| 10/20/04 | CSM | FINALIZED MEMORANDUM OF LAW TO L. VASEY | 1.8 |
| 10/20/04 | B S | INDEXING PLAINTIFF'S DOCUMENT PRODUCTION | 7.0 |
| 10/21/04 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER; CONFERENCE WITH L. VASEY; EMAIL TO K. THORLAND; EMAIL TO D. JOHNSON | 0.7 |
| 10/21/04 | LMV | DISCUSSION WITH B. SLOTNICK REGARDING UPCOMING DEPOSITIONS; DRAFT COVER LETTER TO K. THORLAND ENCLOSING VIDEO COPIES OF THE IT FACTOR AND THE ULTIMATE AUDITION. | 0.2 |
| 10/21/04 | CSM | RETRIEVED AND PREPARED CASE LAW CITED IN PREVIOUSLY DRAFTED MEMORANDUM OF LAW FOR L. VASEY | 0.9 |
| 10/22/04 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER; CONFERENCE CALL WITH D. KUMMER AND D. JOHNSON; EMAIL TO S. DAVIS; WATCH EPISODES | 1.1 |
| 10/23/04 | LMV | VIEW FIRST FOUR EPISODES OF LA SEASON OF THE IT FACTOR. | 1.6 |

# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 11/11/2004 INV: 1167910 PAGE 3 |
|---|---|---|---|

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 10/25/04 | BIS | REVIEW MEMO ON IMPLIED CONTRACTS; EMAILS TO L. VASEY AND B. KING; REVIEW IT FACTOR EPISODES; REVIEW CASE LAW; EMAIL TO D. KIMMER | 3.5 |
| 10/25/04 | BRK | E-MAIL FROM AND CONFERENCE WITH BARRY SLOTNICK AND LAURA VASEY RE DEFENSE OF UPCOMING DEPOSITIONS; REVIEWED CASE PLEADINGS AND DOCUMENTS RE OVERVIEW OF ISSUES TO BE RAISED IN DEPOSITIONS. | 0.7 |
| 10/25/04 | LMV | REVIEW MEMO FROM CHRISTINA MONTEIRO AND CASE LAW CITED THEREIN FROM REGARDING WHETHER UNDER NEW YORK AND MASSACHUSETTS LAW, COURTS WILL IMPLY CONTRACT BASED ON SUBMISSION ALONE; DISCUSSION WITH B. SLOTNICK REGARDING SAME; TELEPHONE CONFERENCE WITH B. SLOTNICK AND BEN KING (LA OFFICE) REGARDING DEFENSE OF NICOLE TORRE AND DAVID CLAIR IN UPCOMING DEPOSITIONS. | 1.9 |
| 10/26/04 | BIS | REVIEW CASE LAW; REVIEW PROGRAMMING | 1.1 |
| 10/27/04 | BIS | REVIEW CASE LAW | 1.7 |
| 10/27/04 | A P | MEETING WITH COPY VENDOR; PREPARING DOCUMENTS FOR DUPLICATION AND PREPARING FEDERAL EXPRESS DELIVERY TO BEN KING | 0.5 |
| 10/28/04 | BIS | REVIEW PLEADINGS IN PREPARATION FOR DEPOSITIONS; TELEPHONE CONFERENCE WITH B. KING; CONFERENCE WITH L. VASEY | 1.5 |
| 10/28/04 | LMV | REVIEW INDEX OF PLAINTIFF'S DOCUMENTS AND DOCUMENTS; DISCUSSION WITH B. SLOTNICK REGARDING SAME; E-MAIL TO D. CLAIR TO SET UP TELEPHONE CONFERENCE WITH HIM AND N. TORRE IN ANTICIPATION OF THEIR DEPOSITIONS. | 0.5 |
| 10/29/04 | BIS | REVIEW PLAINTIFF'S DOCUMENT PRODUCTION | 2.8 |
| 10/29/04 | A P | REVIEW AND ORGANIZATION OF PLAINTIFF'S DOCUMENT PRODUCTION PER L. VASEY | 1.2 |
| 10/30/04 | BIS | REVIEW PLAINTIFF'S DOCUMENT PRODUCTION; PREPARE FOR DEPOSITIONS | 1.0 |

# LOEB&LOEB LLP

| FILE NUMBER 203503-10009 | RAINBOW MEDIA ENTERPRISES | 11/11/2004 |
| 10478 | ADV. FRANK QUAGLIA | INV: 1167910 |
| | | PAGE 4 |

| Date | Description of Disbursements   Ref No. | Amount |
|---|---|---|
| 10/13/04 | AIR COURIER -- Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY To N JOHNSON - 9/13/04 | 36.28 |
| 10/13/04 | AIR COURIER -- Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY To D KUMMER - 9/13/04 | 15.87 |
| 10/14/04 | AIR COURIER -- Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY To N JOHNSON - 9/30/04 | 68.44 |
| 10/14/04 | AIR COURIER -- Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY To D KUMMER - 9/30/04 | 25.97 |
| 10/14/04 | MISCELLANEOUS - Payee:LOEB & LOEB-NY PETTY CASH PURCHASE VIDEO - L VASEY - 10/1/04 | 3.47 |
| 10/26/04 | LOCAL TRAVEL - Payee:ELITE LIMOUSINE PLUS INC. TAXI SVC Fr 345 PARK To GLEN COVE LI - A PEPPER - 9/29/04 | 95.80 |
| 10/28/04 | OUTSIDE COPYING - Payee:COPY CORPS OF NEW YORK HVY LITIGATION - A PEPPER - 10/01/04 | 345.21 |
| 10/29/04 | COMPUTER RESEARCH - Payee:THOMSON WEST - ACCT #1000239028- RESEARCH -VASEY-9/27/04 | 19.48 |
| 10/31/04 | PHOTOCOPY | 47.10 |
| 10/31/04 | POSTAGE | 0.37 |
| 10/31/04 | TELECOPY | 6.00 |
| 10/31/04 | TELEPHONE CHARGES | 0.54 |

|  | **Total Fees** | **18,780.50** |
|  | **Total Disbursements** | **664.53** |

# LOEB&LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154-0037
(212) 407-4000  IRS #95-1780806

RAINBOW MEDIA ENTERPRISES
ATTENTION: DAVID DEITCH
200 JERICHO QUARANGLE
JERICHO, NY 11753

DECEMBER 9, 2004
INVOICE NO. 1170137

PAYMENT DUE UPON RECEIPT

RE: ADV. FRANK QUAGLIA
OUR FILE NO: 203503-10009

| | |
|---|---:|
| FEE FOR PROFESSIONAL SERVICES RENDERED AS PER ATTACHED DETAIL | 43,468.50 |
| DISBURSEMENTS MADE FOR YOUR ACCOUNT AS PER ATTACHED DETAIL | 2,472.75 |
| TOTAL CURRENT AMOUNT DUE | 45,941.25 |

PAST DUE INVOICES FOR THIS MATTER.
IF PAID, PLEASE DISREGARD.

| | | |
|---|---:|---:|
| 0 - 60 DAYS | 19,445.03 | |
| 61 - 90 DAYS | 6,657.50 | |
| 91 - 120 DAYS | 6,869.63 | |
| OVER 120 DAYS | 16,730.67 | |
| TOTAL PAST INVOICES | 49,702.83 | |
| TOTAL CURRENT AND PAST DUE INVOICES FOR THIS MATTER | | 95,644.08 |



# LOEB&LOEB LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES | 12/9/2004 |
| --- | --- | --- | --- |
| 10478 | | ADV. FRANK QUAGLIA | INV: 1170137 |
| | | | PAGE 1 |

| Date | TK | Description of Services Rendered | Hours |
| --- | --- | --- | --- |
| 11/1/04 | BIS | TELEPHONE CONFERENCE WITH L. FRIEDLAND; EMAIL TO D. KUMMER; TELEPHONE CONFERENCE WITH D. KUMMER | 0.4 |
| 11/1/04 | BRK | TELEPHONE CONFERENCE WITH BARRY SLOTNICK, LAURA VASEY AND NICOLE TORRE RE PREPARATION FOR DEPOSITION. | 0.3 |
| 11/2/04 | BIS | REVIEW PLAINTIFF'S DOCUMENTS; TELEPHONE CONFERENCE WITH D. KUMMER; TELEPHONE CONFERENCE WITH N. TORRE; CONFERENCES WITH L. VASEY | 2.5 |
| 11/2/04 | BRK | REVIEWED DOCUMENTS PRODUCED BY VARIOUS PARTIES TO PREPARE FOR DEPOSITIONS OF ZANZIBAR PRINCIPALS; E-MAIL FROM AND TO LAURA VASEY RE DOCUMENT ISSUES AND UPCOMING DEPOSITIONS (SEVERAL EMAILS); REVIEWED VIDEOTAPES OF "THE ULTIMATE AUDITION" AND "THE IT FACTOR" TO PREPARE FOR DEPOSITION OF ZANZIBAR PRINCIPALS. | 2.3 |
| 11/2/04 | LMV | REVIEW PLAINTIFF'S COMPARATIVE ANALYSIS OF THE ULTIMATE AUDITION AND THE IT FACTOR; E-MAILS TO B. SLOTNICK AND B. KING REGARDING SAME AND DEPOSITION OF N. TORRE AND D. CLAIR; TELEPHONE CONFERENCE WITH D. KUMMER (NBC) REGARDING SAME; VOICE MAILS TO N. TORRE AND D. CLAIR REGARDING UPCOMING DEPOSITIONS; TELEPHONE CONFERENCE WITH N. TORRE (WITH B. SLOTNICK AND B. KING) IN PREPARATION FOR DEPOSITION; TELEPHONE CONFERENCE WITH D. CLAIR REGARDING CRITICAL EVENTS IN PREPARATION FOR DEPOSITION. | 3.3 |
| 11/3/04 | BIS | REVIEW PLAINTIFF'S DOCUMENT PRODUCTION; EMAILS TO D. KUMMER AND S. DAVIS; CONFERENCE WITH L. VASEY; TELEPHONE CONFERENCE WITH S. DAVIS; CONFERENCE CALL WITH N. TORRE | 4.1 |

# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 12/9/2004 INV: 1170137 PAGE 2 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 11/3/04 | BRK | REVIEWED INITIAL DISCLOSURE DOCUMENTS PRODUCED BY QUAGLIA IN PREPARATION FOR UPCOMING DEPOSITIONS; TELEPHONE CONFERENCE WITH BARRY SLOTNICK, DANIEL KUMMER AND NICOLE TORRE RE FACTUAL BACKGROUND AND PREPARATION FOR DEPOSITION; TELEPHONE TO AND FROM NICOLE TORRE RE ADDITIONAL DOCUMENTS TO PREPARE FOR PRODUCTION (2 CALLS); E-MAIL FROM AND TO LAURA VASEY; MICHELLE FANG AND DANIEL KUMMER RE DEPOSITION STRATEGY AND PREPARATION OF ADDITIONAL DOCUMENTS FROM NICOLE TORRE FOR PRODUCTION (SEVERAL EMAILS); CONFERENCE WITH PARALEGAL REGAN ARKELIN RE PREPARATION OF ADDITIONAL DOCUMENTS FOR PRODUCTION (SEVERAL CONFERENCES); REVIEWED VIDEOTAPE CONTAINING PITCH PROMOS TO EVALUATE FOR PRODUCTION; REVIEWED ADDITIONAL DOCUMENTS FORWARDED BY NICOLE TORRE FOR PRODUCTION; PREPARED SAME FOR PRODUCTION; TELEPHONE FROM AND TO LAURA VASEY RE DOCUMENTS CLAIMED BY PLAINTIFF TO HAVE BEEN INADVERTENTLY PRODUCED; PRODUCTION OF ADDITIONAL DOCUMENTS FROM NICOLE TORRE; PRODUCTION OF VIDEOTAPE FROM DAVID CLAIR (SEVERAL CALLS); TELEPHONE TO AND FROM MICHELLE FANG AT NBC RE DEFENSES OF ZANZIBAR PRINCIPALS' DEPOSITIONS; DOCUMENT ISSUES. | 6.3 |

# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES<br>ADV. FRANK QUAGLIA | 12/9/2004<br>INV: 1170137<br>PAGE 3 |
|---|---|---|---|

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 11/3/04 | LMV | E-MAIL EXCHANGE WITH D. KUMMER REGARDING TELEPHONE CONFERENCE WITH N. TORRE IN PREPARATION FOR DEPOSITION; REVIEW QUAGLIA'S COMPARISON OF THE IT FACTOR AND THE ULTIMATE AUDITION; TELEPHONE CONFERENCE WITH D. CLAIR REGARDING REEL WITH 10-MINUTE TREATMENTS PITCHING THE IT FACTOR; REVIEW TREATMENT PRODUCED BY NBC FOR COMPARISON WITH LATEST REEL PRODUCED BY D. CLAIR; CONFERENCE WITH B. SLOTNICK REGARDING PRIVILEGE AND REPRESENTATION OF D. CLAIR AND N. TORRE; DISCUSSION WITH B. KING REGARDING SAME AND TREATMENT; TELEPHONE CONFERENCE WITH D. JOHNSON (PLAINTIFF'S COUNSEL) RE: THE ANALYSIS OF THE IT FACTOR AND THE ULTIMATE AUDITION RECENTLY PRODUCED; DISCUSSIONS WITH B. SLOTNICK AND D. KUMMER REGARDING SAME; TELEPHONE CONFERENCE WITH D. JOHNSON REQUESTING REPRESENTATION THAT ANALYSIS IS WORK PRODUCT TO BE IN WRITING; E-MAIL TO B. SLOTNICK AND D. KUMMER REGARDING SAME; TELEPHONE CONFERENCE WITH B. KING AND D. CLAIR TO COORDINATE DEPOSITION; TELEPHONE CONFERENCE WITH B. KING AND N. TORRE REGARDING ADDITIONAL DOCUMENTS TO BE PRODUCED. | 4.9 |
| 11/3/04 | CSM | DISCUSSED RESEARCH PROJECT WITH L. VASEY; RESEARCH RE: PRIVILEGED DOCUMENTS UNDER MASSACHUSETTS AND CALIFORNIA LAW | 1.1 |
| 11/3/04 | A P | REVIEW AND ORGANIZATION OF CASE FILES; REVIEW OF PLAINTIFF'S DOCUMENT PRODUCTION FOR INITIAL DISCLOSURE DOCUMENTS | 2.4 |
| 11/3/04 | V B | CONFERENCE WITH B. KING; LETTER TO WORLD OF VIDEO; CALL TO WORLD OF VIDEO TO COORDINATE COPYING OF VHS TAPES | 0.3 |
| 11/4/04 | BIS | CONFERENCES WITH L. VASEY REGARDING DISCOVERY ISSUES; TELEPHONE CONFERENCE WITH B. KING; TELEPHONE CONFERENCE WITH D. KUMMER | 1.0 |

# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 12/9/2004 INV: 1170137 PAGE 4 |
|---|---|---|---|

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 11/4/04 | BRK | ATTENDED DEPOSITION OF DAVID CLAIR AT OFFICES OF JOHNSON & RISHWAIN LLP; REVIEWED ADDITIONAL DOCUMENTS FAXED BY NICOLE TORRE (PREPARED SAME FOR PRODUCTION AT DEPOSITION); CONFERENCE WITH LAURA VASEY AND BARRY SLOTNICK RE OUTCOME OF DEPOSITION (SEPARATE CONFERENCES); TELEPHONE TO NICOLE TORRE RE ADDRESS AND ARRANGEMENTS FOR DEPOSITION. | 7.0 |
| 11/4/04 | LMV | DISCUSSIONS WITH B. KING REGARDING PRIVILEGE ISSUES RAISED IN D. CLAIR'S DEPOSITION AND USE OF UNLICENSED VIDEOGRAPHER; DISCUSSION WITH B. SLOTNICK REGARDING SAME; DISCUSSION WITH A. PEPPER REGARDING DEPOSITION OF PLAINTIFF AND ASSISTANCE IN ORGANIZING DOCUMENTS FOR USE AT DEPOSITION AND SCHEDULING A COURT REPORTER; DISCUSSION WITH C. MONTEIRO REGARDING RESEARCH CONCERNING WAIVER OF PRIVILEGE BY INADVERTENT PRODUCTION; DISCUSSION WITH B. SLOTNICK; TELEPHONE CONFERENCE WITH J. ALBANO REGARDING PLAINTIFF'S COUNSEL'S USE OF OFFICE EMPLOYEE TO VIDEOTAPE D. CLAIR DEPOSITION AND PROHIBITION REGARDING SAME; E-MAIL TO B. SLOTNICK AND B. KING REGARDING RULES 28(C) AND 30(B)(4), WHICH PROHIBIT SAME. | 1.6 |
| 11/4/04 | CSM | RESEARCHED INADVERTENT DISCLOSURE OF CONFIDENTIAL DOCUMENTS UNDER MASSACHUSETTS AND CALIFORNIA FEDERAL DECISIONS; DISCUSSIONS WITH L. VASEY REGARDING RESEARCH RESULTS; ANALYZED RESEARCH AND DRAFTED LETTER TO PLAINTIFF'S COUNSEL; EMAILED CORRESPONDENCE TO L. VASEY | 6.9 |
| 11/4/04 | RA | REVIEW E-MAIL FROM B. KING; TELEPHONE TO/FROM LAURA VASEY RE PRODUCTION; ENGAGED AS TO BATES LABEL NICOLE TORRE DOCUMENTS FOR PRODUCTION AT HER DEPOSITION; TELEPHONE FROM B. KING RE VIDEO; DRAFT LETTER TO N. JOHNSON RE PRODUCTION; MESSENGER REQUEST RE SAME; MEET WITH B. KING RE ADDITIONAL DOCUMENTS FOR PRODUCTION; ENGAGED AS TO BATES LABEL DOCUMENTS RE SAME | 1.5 |

**LOEB&LOEB**LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 12/9/2004 INV: 1170137 PAGE 5 |
|---|---|---|---|

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 11/5/04 | BIS | EMAIL TO L. FRIEDLAND REGARDING DEPOSITION SCHEDULES; TELEPHONE CONFERENCE WITH B. KING | 0.7 |
| 11/5/04 | BRK | ATTENDED DEPOSITION OF NICOLE TORRE AT OFFICES OF JOHNSON & RISHWAIN LLP; CONFERENCE WITH LAURA VASEY AND BARRY SLOTNICK RE OUTCOME OF DEPOSITION OF NICOLE TORRE (SEPARATE CONFERENCES); E-MAIL TO LAURA VASEY RE LIST OF DOCUMENT FOLLOW-UP ISSUES FOLLOWING DEPOSITIONS; E-MAIL TO AND FROM MICHELLE FANG RE COPIES OF DOCUMENTS PRODUCED AT THE TORRE DEPOSITION. | 6.1 |
| 11/5/04 | A P | DEPOSITION PREPARATION FOR FRANK QUAGLIA; ASSISTING L. VASEY AND B. SLOTNICK WITH DOCUMENTS FOR DEPOSITION | 3.1 |
| 11/7/04 | BIS | REVIEW DOCUMENTS FROM D. DEMONTREAUX | 2.5 |
| 11/8/04 | BIS | DEPOSITION PREPARATION; TRAVEL TO LONG ISLAND; MEETING WITH D. DEMONTREAUX | 9.5 |
| 11/8/04 | BRK | E-MAIL TO LAURA VASEY RE WITNESS AND DOCUMENT ISSUES FOLLOWING DEPOSITIONS. | 0.3 |
| 11/9/04 | BIS | REVIEW DOCUMENTS | 3.8 |
| 11/9/04 | BRK | E-MAIL FROM AND TO LAURA VASEY RE OBTAINING ROUGH TRANSCRIPTS FROM CLAIR/TORRE DEPOSITIONS; TELEPHONE TO AND FROM COURT REPORTING SERVICE RE OBTAINING ROUGH TRANSCRIPTS FROM CLAIR/TORRE DEPOSITIONS. | 0.3 |
| 11/9/04 | LMV | REVISE LETTER TO N. JOHNSON REGARDING PLAINTIFF'S DISCLOSURE OF ALLEGEDLY PRIVILEGED DOCUMENT; REVIEW DOCUMENTS PRODUCED BY L. FRIEDLAND ON BEHALF OF ZANZIBAR FOR DEPOSITION PREPARATION; DISCUSSION WITH B. SLOTNICK REGARDING POTENTIAL POSTPONEMENT OF DEPOSITIONS AT THE REQUEST OF PLAINTIFF'S COUNSEL; E-MAIL TO L. FRIEDLAND NOTIFYING HER OF POTENTIAL POSTPONEMENT OF DEPOSITIONS. | 4.4 |
| 11/9/04 | TBC | PREPARATION OF NOTICE OF DEPOSITION OF PLAINTIFF FOR L. VASEY. | 0.4 |

# LOEB&LOEB LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES | 12/9/2004 |
| 10478 | | ADV. FRANK QUAGLIA | INV: 1170137 |
| | | | PAGE 6 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 11/10/04 | BIS | REVIEW DOCUMENTS; PREPARATION FOR DEPOSITION; TELEPHONE CONFERENCE WITH B. RISHWAIN; TELEPHONE CONFERENCE WITH S. DAVIS; TELEPHONE CONFERENCE WITH D. KUMMER; MEETING WITH L. FRIEDLAND | 3.0 |
| 11/10/04 | BRK | TELEPHONE TO COURT REPORTING SERVICE RE OBTAINING ROUGH TRANSCRIPTS FROM CLAIR/TORRE DEPOSITIONS; TELEPHONE TO LAURA VASEY RE OBTAINING ROUGH TRANSCRIPTS FROM CLAIR/TORRE DEPOSITIONS. | 0.2 |
| 11/10/04 | LMV | REVIEW EXHIBITS TO TORRE AND CLAIR DEPOSITIONS; REVIEW ZANZIBAR, RAINBOW AND BRAVO DOCUMENT PRODUCTIONS FOR DOCUMENTS REFERENCING LAUREN FRIEDLAND IN PREPARATION FOR HER DEPOSITION; VOICEMAIL TO L. FRIEDLAND REGARDING LIKELY POSTPONEMENT OF DEPOSITIONS; E-MAIL TO D. KUMMER REGARDING INVOICE SUBMITTED BY D. CLAIR; MEETING WITH B. SLOTNICK AND LAUREN FRIEDLAND IN PREPARATION FOR HER DEPOSITION. | 3.9 |
| 11/11/04 | BIS | PREPARE FOR DEPOSITIONS; REVIEW DOCUMENTS | 4.0 |
| 11/11/04 | LMV | DISCUSSION WITH B. SLOTNICK REGARDING MOTION FOR EXTENSION OF DISCOVERY; TELEPHONE CONFERENCES WITH MATT MITCHELL REGARDING SAME AND LIKELIHOOD OF MOTION BEING GRANTED THIS WEEK; REVISE MOTION FOR EXTENSION OF DISCOVERY.; DRAFT E-MAIL TO COUNSEL, CIRCULATING DRAFT MOTION FOR THEIR APPROVAL AND SIGNATURE. | 1.3 |
| 11/11/04 | A P | DEPOSITION PREPARATION FOR FRANK QUAGLIA DEPOSITION; PREPARED EXHIBITS TO BE MARKED AT DEPOSITION | 5.4 |
| 11/12/04 | BIS | PREPARATION FOR DEPOSITIONS; TELEPHONE CONFERENCES RELATING TO MOTION | 5.0 |