# LOEB&LOEB LLP

| FILE NUMBER 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 12/9/2004 |
|---|---|---|
| 10478 | | INV: 1170137 |
| | | PAGE 7 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 11/12/04 | LMV | TELEPHONE CONFERENCE WITH M. MITCHELL (BINGHAM) REGARDING STATUS OF MOTION FOR EXTENSION OF SCHEDULE; DISCUSSION WITH B. SLOTNICK REGARDING SAME; REVISE NOTICE OF DEPOSITION FOR FRANK QUAGLIA; DRAFT E-MAIL TO COUNSEL REGARDING ABSENCE OF DECISION ON MOTION FROM JUDGE AND NECESSITY OF DECISION REGARDING WHETHER TO CANCEL DEPOSITIONS OR PROCEED; TELEPHONE CONFERENCE WITH BRIAN RISHWAIN (PLAINTIFF'S COUNSEL) REGARDING STIPULATION TO PROCEED WITH DISCOVERY IN THE EVENT COURT DENIES MOTION TO EXTEND DISCOVERY AND MOTION SCHEDULE; FOLLOW-UP TELEPHONE CONFERENCE WITH JIM RYAN (PLAINTIFF'S COUNSEL) REGARDING SAME; TELEPHONE CONFERENCE WITH B. SLOTNICK REGARDING SAME; DRAFT CONFIRMATORY E-MAIL TO J. RYAN STATING THAT PARTIES WOULD REACH AN AGREEMENT REGARDING SCHEDULE IF COURT DENIES MOTION; VOICE MAIL TO L. FRIEDLAND ADVISING THAT HER DEPOSITION WAS CANCELED AND WOULD BE RESCHEDULED IF AT ALL IN EARLY JANUARY; VOICE MAIL TO S. DAVIS ADVISING OF CANCELLATION OF DEBBIE DEMONTREAUX'S DEPOSITION AND AGREEMENT WITH PLAINTIFF'S COUNSEL. | 3.2 |
| 11/12/04 | A P | CONTINUED DEPOSITION PREPARATION FOR FRANK QUAGLIA DEPOSITION; PREPARED L. FRIEDLAND DOCUMENTS FOR PRODUCTION | 1.6 |
| 11/16/04 | BIS | REVIEW TRANSCRIPT OF TORRE DEPOSITION | 1.4 |
| 11/30/04 | LMV | TELEPHONE CONFERENCE WITH JON ALBANO REGARDING SCHEDULING CONFERENCE WITH THE COURT AND POSSIBLE POSTPONEMENT; DISCUSSION WITH B. SLOTNICK REGARDING SAME. | 0.1 |

| Date | Description of Disbursements | Ref No. | Amount |
|---|---|---|---|
| 11/15/04 | MESSENGER/WORLDWIDE/FR: MOSAIC ADVERTISEMENT | | 50.00 |
| 11/15/04 | JOHNSON & RISHWAIN | 110404 | 29.00 |

# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 12/9/2004 INV: 1170137 PAGE 8 |
|---|---|---|---|

| Date | Description of Disbursements    Ref No. | Amount |
|---|---|---|
| 11/15/04 | MESSENGER/WORLDWIDE/FR: NICOLE TORRE | 29.00 |
| 11/29/04 | OUTSIDE COPYING - Payee:DOCUMENT TECHNOLOGIES, INC D WORK - HVY LITIGATION - A PEPPER - 11/29/04 | 231.50 |
| 11/29/04 | MISCELLANEOUS - Payee:PACER SERVICE CENTER-NY MISC - G PAPA - 11/29/04 | 1.47 |
| 11/29/04 | OUTSIDE COPYING - Payee:COPY CORPS OF NEW YORK HVY LITIGATION - A PEPPER - 11/24/04 | 761.73 |
| 11/30/04 | AIR EXPRESS - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr A PEPPER  To  B KING - 10/28/04 | 62.83 |
| 11/30/04 | MESSENGER/WORLDWIDE/FR: WORLD OF VIDEO 11/3 | 29.00 |
| 11/30/04 | MESSENGER/WORLDWIDE/TO: WORLD OF VIDEO 11/3 | 29.00 |
| 11/30/04 | COMPUTER RESEARCH - Payee:THOMSON WEST - ACCT #1000239028- RESEARCH -MONTEIRO -10/18,21/04 | 510.20 |
| 11/30/04 | PHOTOCOPY | 730.65 |
| 11/30/04 | TELECOPY | 1.50 |
| 11/30/04 | TELEPHONE CHARGES | 6.87 |

|  | **Total Fees** | **43,468.50** |
|---|---|---|
|  | **Total Disbursements** | **2,472.75** |

# LOEB&LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154-0037
(212) 407-4000  IRS #95-1780806

RAINBOW MEDIA ENTERPRISES
ATTENTION: DAVID DEITCH
200 JERICHO QUARANGLE
JERICHO, NY 11753

JANUARY 18, 2005
INVOICE NO. 1173401

PAYMENT DUE UPON RECEIPT

RE: ADV. FRANK QUAGLIA
OUR FILE NO: 203503-10009

| | |
|---|---:|
| FEE FOR PROFESSIONAL SERVICES RENDERED AS PER ATTACHED DETAIL | 22,610.50 |
| DISBURSEMENTS MADE FOR YOUR ACCOUNT AS PER ATTACHED DETAIL | 1,875.14 |
| TOTAL CURRENT AMOUNT DUE | 24,485.64 |



# LOEB&LOEB LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 1/18/2005 |
|---|---|---|---|
| 10478 | | | INV: 1173401 |
| | | | PAGE 1 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 4/23/04 | TBC | CONFERENCE WITH L. VASEY RE: PRO HAC VICE ADMISSIONS. TELEPHONE CONFERENCE WITH DISTRICT OF MASSACHUSETTS RE: SAME. ARRANGED FOR OBTAINMENT OF CERTIFICATES OF GOOD STANDING FOR L. VASEY FROM ILLINOIS SUPREME COURT AND NORTHERN DISTRICT OF ILLINOIS. | 0.5 |
| 4/28/04 | TBC | SEARCH FOR CBS V. ABC ACTION IN SDNY FOR L. VASEY. ARRANGED FOR OBTAINMENT OF HEARING TRANSCRIPT AND DECISION ON MOTION FOR PRELIMINARY INJUNCTION FROM SAME. | 0.4 |
| 4/30/04 | TBC | DISTRIBUTION OF SDNY TRANSCRIPT ON DECISION ON MOTION FOR PRELIMINARY INJUNCTION IN CBS V. ABC FOR L. VASEY. | 0.2 |
| 11/30/04 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER; CONFERENCE WITH L. VASEY; EMAIL TO J. ALBANO | 0.3 |
| 12/1/04 | BIS | REVIEW EMAILS FROM PLAINTIFF'S COUNSEL | 0.1 |
| 12/2/04 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER; TELEPHONE CONFERENCE WITH S. DAVIS; TELEPHONE CONFERENCES WITH N. ROSENTHAL | 0.5 |
| 12/3/04 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER; EMAIL TO B. RISHWAIN | 0.5 |
| 12/6/04 | LMV | REVIEW E-MAILS FROM B. SLOTNICK TO PLAINTIFF'S COUNSEL REGARDING PROPOSED MOTION; REVIEW DOCKET AND NEW SCHEDULE; E-MAIL TO B. SLOTNICK REGARDING SAME; TELEPHONE CONFERENCE WITH B. SLOTNICK REGARDING SCHEDULING OF DEPOSITIONS; TELEPHONE CONFERENCE WITH L. FRIEDLAND REGARDING AVAILABILITY IN JANUARY FOR DEPOSITIONS; VOICEMAIL TO D. KUMMER REGARDING FRANCIS BERWICK'S AVAILABILITY FOR DEPOSITION. | 0.4 |
| 12/7/04 | BIS | TELEPHONE CONFERENCES WITH L. VASEY; TELEPHONE CONFERENCE WITH D. KUMMER; TELEPHONE CONFERENCE WITH N. JOHNSON | 0.8 |

**LOEB&LOEB**LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES | 1/18/2005 |
|---|---|---|---|
| 10478 | | ADV. FRANK QUAGLIA | INV: 1173401 |
| | | | PAGE 2 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 12/7/04 | LMV | TELEPHONE CONFERENCE WITH B. SLOTNICK REGARDING SCHEDULING OF DEPOSITIONS; E-MAIL TO S. DAVIS REGARDING DEBBIE DEMONTREAUX'S AVAILABILITY IN JANUARY; LISTEN TO VOICE MAIL FROM D. KUMMER REGARDING PLAINTIFF'S COUNSEL'S REQUEST FOR TELEPHONIC DEPOSITIONS BEFORE CHRISTMAS; E-MAIL TO B. SLOTNICK REGARDING SAME; TELEPHONE CONFERENCE WITH DANIEL KUMMER REGARDING HIS DISCUSSION WITH B. RISHWAIN CONCERNING DEPOSITION SCHEDULE AND PLAINTIFF'S THEORY OF THE CASE; TELEPHONE CONFERENCE WITH B. SLOTNICK REGARDING SAME; TELEPHONE CONFERENCE WITH S. DAVIS REGARDING D. DEMONTREAUX'S AVAILABILITY FOR DEPOSITION IN NEXT TWO WEEKS; TELEPHONE CONFERENCE WITH L. FRIEDLAND REGARDING HER AVAILABILITY FOR DEPOSITION BEFORE CHRISTMAS. | 0.9 |
| 12/9/04 | BIS | REVIEW MATERIALS FROM ZANZIBAN; TELEPHONE CONFERENCE WITH L. VASEY; EMAIL TO D. KUMMER; TELEPHONE CONFERENCE WITH N. JOHNSON | 1.3 |
| 12/9/04 | LMV | MESSAGE TO S. DAVIS REGARDING DEBBIE DEMONTREAUX'S AVAILABILITY FOR DEPOSITION NEXT WEEK; VOICEMAIL TO B. SLOTNICK REGARDING SAME; E-MAIL TO S. DAVIS REGARDING SAME; REVIEW L. FRIEDLAND'S DOCUMENTS. | 1.7 |
| 12/9/04 | A P | PREPARING L. FRIEDLAND EMAILS FOR PRODUCTION; MEETING WITH L. VASEY REGARDING PRODUCTION OF DOCUMENTS | 0.5 |
| 12/10/04 | LMV | DRAFT E-MAILS TO L. FRIEDLAND AND S. DAVIS REGARDING SCHEDULE OF DEPOSITIONS NEXT WEEK; DRAFT E-MAIL TO PLAINTIFF'S COUNSEL RE: CONFERENCE ROOM RESERVED FOR L. FRIEDLAND'S DEPOSITION. | 0.3 |
| 12/10/04 | A P | CONSULTED WITH L. VASEY REGARDING REVIEW AND PRODUCTION OF LAUREN FRIEDLAND DOCUMENTS; REVIEWED PRODUCTION SET OF DOCUMENTS FOR SERVICE; PREPARED LETTER AND FEDERAL EXPRESS PACKAGES TO N. JOHNSON AND D. KUMAR | 2.5 |
| 12/13/04 | BIS | REVIEW DEPOSITION OUTLINE | 0.7 |

# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 1/18/2005 INV: 1173401 PAGE 3 |
|---|---|---|---|

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 12/14/04 | BIS | REVIEW EMAIL AND DRAFT BRAVO RESPONSE TO INTERROGATORIES; EMAIL TO D. KUMMER; CONFERENCES WITH L. VASEY | 1.4 |
| 12/14/04 | LMV | TELEPHONE CONFERENCE WITH D. KUMMER REGARDING PLAINTIFF'S INTERROGATORIES AND DOCUMENT REQUESTS; E-MAIL TO D. KUMMER ATTACHING DOCUMENT REQUESTS DIRECTED TO BRAVO; DISCUSSION WITH B. SLOTNICK REGARDING L. FRIEDLAND'S DEPOSITION AND REVIEW OF LATEST PRODUCTION OF DOCUMENTS WITH HER; DISCUSSION WITH B. SLOTNICK REGARDING RECENTLY PRODUCED DOCUMENTS TO REVIEW WITH L. FRIEDLAND. | 0.4 |
| 12/14/04 | A P | DEPOSITION PREPARATION FOR L. FRIEDLAND DEPOSITION; RETRIEVING DOCUMENTS FOR L. VASEY; EMAIL TO B. KING REGARDING D. CLAIR TRANSCRIPT AND EXHIBITS; PHONE CALL TO TECHNOLOGY DEPARTMENT REGARDING VIDEO CONFERENCE HOOK-UP | 0.5 |
| 12/15/04 | BIS | REVIEW DOCUMENTS, NBC/BRAVO RESPONSES TO PLAINTIFF'S DISCOVERY; REVIEW ZANZIBAR DEPOSITION TRANSCRIPTS; DEPOSITION OF L. FRIEDLAND | 7.5 |
| 12/15/04 | LMV | REVIEW L. FRIEDLAND'S AND ZANZIBAR DOCUMENT PRODUCTIONS FOR E-MAILS; WORK WITH IT DEPARTMENT REGARDING LICENSING OF SOFTWARE TO OPEN PST FILE CONTAINING E-MAILS; DISCUSSIONS WITH B. SLOTNICK REGARDING NOTICE TO PLAINTIFF'S COUNSEL THAT WE WILL BE PRODUCING ADDITIONAL DOCUMENTS; E-MAIL TO B. SLOTNICK REGARDING PRODUCTION OF L. FRIEDLAND'S E-MAILS AND WHETHER TO RESCHEDULE D. DEMONTREAUX'S DEPOSITION IF DOCUMENTS CANNOT BE PRODUCED BEFORE FRIDAY. | 2.2 |
| 12/16/04 | BIS | REVIEW EMAILS REGARDING PRODUCTION; REVIEW FRIEDLAND EMAILS; TELEPHONE CONFERENCES WITH D. KUMMER; TELEPHONE CONFERENCE WITH N. JOHNSON; PREPARE FOR DEPOSITION | 3.3 |

**LOEB&LOEB**LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES | 1/18/2005 |
|---|---|---|---|
| 10478 | | ADV. FRANK QUAGLIA | INV: 1173401 |
| | | | PAGE 4 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 12/16/04 | LMV | REVIEW L. FRIEDLAND'S E-MAILS FOR PRODUCTION; DISCUSSIONS WITH B. SLOTNICK AND A. PEPPER REGARDING SAME; DRAFT E-MAILS AND LETTER TO PLAINTIFF'S COUNSEL REGARDING PRODUCTION OF E-MAILS PERTINENT TO D. DEMONTREAUX DEPOSITION IN .PDF FORM AND BY OVERNIGHT MAIL. | 2.1 |
| 12/16/04 | A P | DEPOSITION PREPARATION FOR DEBBIE DEMONTREAX; REVIEWING L. FRIEDLAND EMAILS FOR DEMONTREAX DEPOSITION AND FOR PRODUCTION; BATES LABELING DOCUMENTS TO BE PRODUCED; SCANNING DOCUMENTS TO BE USED AT DEMONTREAX DEPOSITION FOR L. VASEY; PREPARING COPY SET OF DOCUMENTS TO BE FEDERAL EXPRESSED TO OPPOSING COUNSEL | 6.9 |
| 12/16/04 | TBC | UPDATE OF CASE CALENDAR. | 0.2 |
| 12/17/04 | BIS | PREPARE FOR DEPOSITION; DEPOSITION OF D. DEMONTRAX | 7.6 |
| 12/17/04 | LMV | E-MAIL COMMUNICATIONS WITH D. KUMMER REGARDING DEPOSITION OF DEBBIE DEMONTREAUX AND DOCUMENTS PRODUCED IN CONNECTION THEREWITH; TELEPHONE CONFERENCES WITH B. SLOTNICK REGARDING NEED FOR TELECONFERENCE CALL-IN NUMBER AND SET-UP OF SAME FOR DEPOSITION OF DEBBIE DEMONTREAUX; DRAFT E-MAIL TO ALL COUNSEL FORWARDING TELECONFERENCE INFORMATION FOR DEPOSITION OF DEBBIE DEMONTREAUX. | 0.3 |
| 12/21/04 | BIS | EMAIL EXCHANGE WITH D. KUMMER AND N. JOHNSON | 0.2 |
| 12/22/04 | BIS | LETTER TO N. JOHNSON; TELEPHONE CONFERENCE WITH D. KUMMER; REVIEW NEILSON CONFIDENTIALITY STIPULATION; EMAILS WITH D. KUMMER | 0.7 |
| 12/22/04 | LMV | DISCUSSION WITH A. PEPPER REGARDING REMAINING DOCUMENTS TO BE PRODUCED FROM L. FRIEDLAND'S E-MAILS, UPCOMING DEPOSITIONS AND INDEXING OF DOCUMENTS IN PREPARATION FOR SUMMARY JUDGMENT BRIEFING. | 0.1 |

# LOEB&LOEB LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES | 1/18/2005 |
| 10478 | | ADV. FRANK QUAGLIA | INV: 1173401 |
| | | | PAGE 5 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 12/22/04 | A P | SEARCHING COURT DOCKET FOR SCHEDULING ORDER AS REQUESTED BY L. VASEY; REVIEWING AND ORGANIZING CASE FILES FROM L. VASEY | 2.4 |
| 12/30/04 | BIS | PREPARE DEPOSITION OUTLINE | 2.4 |

| Date | Description of Disbursements   Ref No. | Amount |
|---|---|---|
| 12/2/04 | OUTSIDE COPYING - Payee:COPY CORPS OF NEW YORK COPIES - A PEPPER - 12/2/04 | 366.50 |
| 12/7/04 | LOCAL TRAVEL - Payee:LOEB & LOEB-NY PETTY CASH TAXI SVC - C MONTEIRO - 11/4/04 | 10.00 |
| 12/29/04 | COMPUTER RESEARCH - Payee:THOMSON WEST - ACCT #1000239028- RESEARCH -MONTEIRO-11/4/04 | 582.10 |
| 12/30/04 | DEPOSITION TRANSCRIPT - Payee:ESQUIRE DEPOSITION SERVICES, LLC - PA SVC PROVIDED - B SLOTNICK - 12/30/04 | 120.00 |
| 12/30/04 | OUTSIDE COPYING - Payee:WORLD OF VIDEO & AUDIO-8717 WILSHIRE (CORP) | 81.19 |
| 12/31/04 | OUTSIDE COPYING - Payee:COPY CORPS OF NEW YORK HVY LITIGATION - A PEPPER - 1/3/05 | 229.42 |
| 12/31/04 | PHOTOCOPY | 483.75 |
| 12/31/04 | TELECOPY | 2.00 |
| 12/31/04 | TELEPHONE CHARGES | 0.18 |

**Total Fees** 22,610.50
**Total Disbursements** 1,875.14

# LOEB&LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154-0037
(212) 407-4000  IRS #95-1780806

RAINBOW MEDIA ENTERPRISES
ATTENTION: DAVID DEITCH
200 JERICHO QUARANGLE
JERICHO, NY 11753

FEBRUARY 8, 2005
INVOICE NO. 1174647

PAYMENT DUE UPON RECEIPT

RE: ADV. FRANK QUAGLIA
OUR FILE NO: 203503-10009

| | |
|---|---:|
| FEE FOR PROFESSIONAL SERVICES RENDERED AS PER ATTACHED DETAIL | 27,768.00 |
| DISBURSEMENTS MADE FOR YOUR ACCOUNT AS PER ATTACHED DETAIL | 2,602.21 |
| TOTAL CURRENT AMOUNT DUE | 30,370.21 |

PAST DUE INVOICES FOR THIS MATTER.
IF PAID, PLEASE DISREGARD.

| | |
|---|---:|
| 0 - 60 DAYS | 24,485.64 |
| 61 - 90 DAYS | 0.00 |
| 91 - 120 DAYS | 0.00 |
| OVER 120 DAYS | 0.00 |
| TOTAL PAST INVOICES | 24,485.64 |

TOTAL CURRENT AND PAST DUE INVOICES FOR THIS MATTER      54,855.85



# LOEB&LOEB LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 2/8/2005 INV: 1174647 |
|---|---|---|---|
| 10478 | | | PAGE 1 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 1/3/05 | BIS | EMAILS TO D. KUMMER | 0.2 |
| 1/5/05 | LMV | REVIEW L. FRIEDLAND'S E-MAILS FOR PRODUCTION TO PLAINTIFF; DISCUSSION WITH B. SLOTNICK REGARDING SAME; DISCUSSIONS WITH A. PEPPER REGARDING SAME AND RE-BATES NUMBERING OF PREVIOUSLY PRODUCED DOCUMENTS. | 4.1 |
| 1/5/05 | A P | REVIEWING L. FRIEDLAND DOCUMENTS TO BE PRODUCED; WITHHOLDING NON-RESPONSIVE DOCUMENTS PER L. VASEY; SUBSTITUTING PREVIOUSLY PRODUCED DEMONTREUX DOCUMENTS; COORDINATING WITH COPY SERVICE FOR LABELING AND REPRODUCTION OF DOCUMENTS TO BE PRODUCED; MET WITH B. SLOTNICK REGARDING DEPOSITION PREPARATION FOR FRANK QUAGLIA | 2.3 |
| 1/6/05 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER AND L. VASEY | 0.3 |
| 1/6/05 | LMV | TELEPHONE CONFERENCE WITH D. KUMMER AND B. SLOTNICK REGARDING QUAGLIA DEPOSITION AND VOIR DIRE REGARDING ALLEGEDLY PRIVILEGED DOCUMENT PREPARED BY QUAGLIA AND STATE OF THE LAW IN NEW YORK AND MASSACHUSETTS PER C. MONTEIRO'S MEMORANDUM REGARDING SAME; E-MAIL EXCHANGES WITH D. KUMMER REGARDING DOCUMENTS MISSING FROM HIS COPY OF PLAINTIFF'S PRODUCTION AND COPYING OF SAME; DRAFT LETTER ENCLOSING PRODUCTION OF L. FRIEDLAND'S E-MAILS; E-MAIL TO D. KUMMER REGARDING SAME. | 0.8 |
| 1/6/05 | A P | REVIEWING FRANK QUAGLIA DEPOSITION PREPARATION FILES TO PREPARE B. SLOTNICK FOR UPCOMING DEPOSITION; RETRIEVING PLAINTIFF'S PRODUCTION DOCUMENTS AS REQUESTED BY L. VASEY FOR D. KUMMER; PREPARING FRIEDLAND PRODUCTION DOCUMENTS FOR SERVICE ON PARTIES | 1.9 |
| 1/10/05 | BIS | TELEPHONE CONFERENCES WITH D. KUMMER; TELEPHONE CONFERENCE WITH S. DAVIS; REVIEW DEPOSITION OUTLINE | 1.8 |

# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 2/8/2005 INV: 1174647 PAGE 2 |
|---|---|---|---|

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 1/10/05 | A P | PREPARING NOTICE OF DEPOSITION FOR QUAGLIA DEPOSITION; PREPARING FAX TO N. JOHNSON ENCLOSING NOTICE; PREPARING EMAIL ATTACHING NOTICE OF DEPOSITION TO ALL PARTIES; PREPARED E-MAIL TO D. KUMMER REGARDING COPYING COSTS FOR PLAINTIFF'S PRODUCTION; REVIEW OF RAINBOW PRODUCTION FOR DOCUMENT REQUESTED BY D. KUMMER; SCANNING AND E-MAILING DOCUMENT TO D. KUMMER; REVIEW AND ORGANIZATION OF CASE FILES FROM L. VASEY | 4.6 |
| 1/11/05 | BIS | TRAVEL TO AND FROM BOSTON; DEPOSITION OF F. QUAGLIA | 15.6 |
| 1/11/05 | BRK | E-MAIL FROM AND TELEPHONE TO LAURA VASEY RE TORRE/CLAIRE DEPOSITION TRANSCRIPTS; TELEPHONE TO NICOLE TORRE RE REVIEW OF DEPOSITION TRANSCRIPTS; LETTER TO NICOLE TORRE RE REVIEW OF DEPOSITION TRANSCRIPTS. | 0.6 |
| 1/11/05 | A P | CONTINUED REVIEW AND ORGANIZATION OF CASE FILES FROM L. VASEY; INDEXING L. FRIEDLAND DOCUMENT PRODUCTION | 5.8 |
| 1/12/05 | BIS | TELEPHONE CONFERENCE WITH S. DAVIS | 0.2 |
| 1/13/05 | BIS | CONFERENCE WITH L. VASEY | 0.1 |
| 1/13/05 | LMV | REVIEW SCHEDULE OF UPCOMING DEADLINES; E-MAIL TO B. SLOTNICK REGARDING SAME; TELEPHONE CONFERENCE WITH D. KUMMER REGARDING DEPOSITION OF LAURA PIERCE AND RETENTION OF EXPERT WITNESS; E-MAIL TO B. SLOTNICK REGARDING SAME. | 0.4 |
| 1/13/05 | A P | REVIEW AND ORGANIZATION OF L. VASEY'S CASE FILES; PREPARING PDFS OF DOCUMENTS TO BE EMAILED TO COUNSEL FOR NBC (D. KUMMER); EMAIL TO D. KUMMER | 1.2 |
| 1/13/05 | TBC | UPDATE OF CASE CALENDAR. | 0.3 |
| 1/14/05 | A P | ORGANIZING AND LABELING VARIOUS DOCUMENT PRODUCTIONS, DEPOSITION FILES AND CASE FILES | 1.8 |
| 1/18/05 | BIS | EMAILS TO D. KUMMER, L. VASEY AND S. DAVIS; CONFERENCE WITH L. VASEY | 0.3 |

# LOEB&LOEB LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 2/8/2005 |
|---|---|---|---|
| 10478 | | | INV: 1174647 |
| | | | PAGE 3 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 1/19/05 | LMV | PREPARE (WITH D. KUMMER) LAURA PIERCE FOR HER DEPOSITION; DEFEND DEPOSITION ON BEHALF OF RAINBOW; DISCUSSION WITH D. KUMMER REGARDING HIS PROPOSED EXPERT WITNESS AND PRIOR EXPERIENCE. | 4.4 |
| 1/20/05 | BIS | ATTEND DEPOSITIONS OF C. DERBYSHIRE AND F. BERWEK | 5.5 |
| 1/20/05 | A P | ORGANIZING AND LABELING CASE FILES FROM L. VASEY | 1.0 |
| 1/21/05 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER | 0.1 |
| 1/24/05 | A P | ORGANIZING COURT PAPERS AND CORRESPONDENCE FILES; PREPARING PLEADINGS AND DISCOVERY BINDERS; PREPARING INDEX OF BINDERS | 5.3 |
| 1/26/05 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER; CONFERENCE WITH L. VASEY; EMAIL TO S. DAVIS; REVIEW PLAINTIFF'S DEMANDS; TELEPHONE CONFERENCE WITH N. KUNTZ | 1.0 |
| 1/27/05 | BIS | REVIEW STIPULATION REGARDING NIELSON RATINGS | 0.2 |
| 1/28/05 | BIS | TELEPHONE CONFERENCE WITH S. DAVIS; EMAIL TO L. SPIGEL; TELEPHONE CONFERENCE WITH L. KURTZ | 0.4 |
| 1/30/05 | BIS | REVIEW TRANSCRIPT OF QUAGLIA DEPOSITION | 1.2 |
| 1/31/05 | BIS | REVIEW QUAGLIA DEPOSITION TRANSCRIPT; TELEPHONE CONFERENCE WITH D. KUMMER; TELEPHONE CONFERENCE WITH L. SPIGEL | 1.3 |

| Date | Description of Disbursements   Ref No. | Amount |
|---|---|---|
| 1/4/05 | LOCAL TRANSPORTATION - Payee:LOEB & LOEB-NY PETTY CASH PARKING TRAVEL TO DEPOSITION - B SLOTNICK - 12/17/04 | 17.50 |
| 1/7/05 | LOCAL TRAVEL - Payee:CORP TRANSPORTATION GROUP (N.Y.C. TWO WAY INT'L). TAXI SVC Fr 345 PARK AVE To GLENCOVE LI - A PEPPER - 12/16/04 | 91.80 |
| 1/14/05 | AIR EXPRESS - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY To N JOHNSON - 1/6/05 | 50.74 |

# LOEB&LOEB LLP

| FILE NUMBER 203503-10009 | RAINBOW MEDIA ENTERPRISES | 2/8/2005 |
| 10478 | ADV. FRANK QUAGLIA | INV: 1174647 |
| | | PAGE 4 |

| Date | Description of Disbursements   Ref No. | Amount |
|---|---|---|
| 1/14/05 | AIR EXPRESS - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr A PEPPER To N JOHNSON - 12/10/04 | 48.57 |
| 1/14/05 | AIR EXPRESS - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY To N JOHNSON - 12/16/04 | 75.71 |
| 1/14/05 | AIR EXPRESS - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr A PEPPER To D KUMMAR - 12/10/04 | 17.82 |
| 1/15/05 | MR. DAVID CLAIR            011105 | 29.00 |
| 1/18/05 | LOCAL TRANSPORTATION - Payee:LOEB & LOEB-NY PETTY CASH PARKING - B SLOTNICK - 1/11/05 | 24.00 |
| 1/21/05 | MISCELLANEOUS - Payee:SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC FOOD SVC CLIENT MEETING - L VASEY - 12/15/04 | 150.65 |
| 1/24/05 | OUTSIDE COPYING - Payee:COPY CORPS OF NEW YORK HVY LITIGATION - A PEPPER - 1/24/05 | 413.92 |
| 1/24/05 | OUTSIDE COPYING - Payee:COPY CORPS OF NEW YORK HVY LITIGATION - A PEPPER - 1/24/05 | 110.02 |
| 1/25/05 | DEPOSITION TRANSCRIPT - Payee:ATKINSON-BAKER, INC.- NICOLE TORRE-11/5/04 | 476.50 |
| 1/25/05 | DEPOSITION TRANSCRIPT - Payee:ATKINSON-BAKER, INC.-DAVID CLAIR-11/4/04 | 624.75 |
| 1/28/05 | AIR EXPRESS - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY To N JOHNSON - 1/10/05 | 48.50 |
| 1/28/05 | AIR EXPRESS - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY To D KUMMER - 1/10/05 | 41.80 |
| 1/28/05 | CERTIFIED COPY - Payee:ATKINSON-BAKER, INC. CERTIFIED COPIES - B SLOTNICK - 1/28/05 | 288.90 |
| 1/31/05 | PHOTOCOPY | 85.50 |
| 1/31/05 | TELECOPY | 6.00 |

**LOEB&LOEB**LLP

| FILE NUMBER 203503-10009 | RAINBOW MEDIA ENTERPRISES | 2/8/2005 |
| 10478 | ADV. FRANK QUAGLIA | INV: 1174647 |
| | | PAGE 5 |

| Date | Description of Disbursements | Ref No. | Amount |
|---|---|---|---|
| 1/31/05 | TELEPHONE CHARGES | | 0.53 |

| | | |
|---|---|---|
| | Total Fees | 27,768.00 |
| | Total Disbursements | 2,602.21 |

# LOEB&LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154-0037
(212) 407-4000  IRS #95-1780806

RAINBOW MEDIA ENTERPRISES
ATTENTION: DAVID DEITCH
200 JERICHO QUARANGLE
JERICHO, NY 11753

MARCH 9, 2005
INVOICE NO. 1177351

PAYMENT DUE UPON RECEIPT

RE: ADV. FRANK QUAGLIA
OUR FILE NO: 203503-10009

| | |
|---|---:|
| FEE FOR PROFESSIONAL SERVICES RENDERED AS PER ATTACHED DETAIL | 4,112.50 |
| DISBURSEMENTS MADE FOR YOUR ACCOUNT AS PER ATTACHED DETAIL | 263.94 |
| TOTAL CURRENT AMOUNT DUE | 4,376.44 |

PAST DUE INVOICES FOR THIS MATTER.
IF PAID, PLEASE DISREGARD.

| | | |
|---|---:|---:|
| 0 - 60 DAYS | 54,855.85 | |
| 61 - 90 DAYS | 0.00 | |
| 91 - 120 DAYS | 0.00 | |
| OVER 120 DAYS | 0.00 | |
| TOTAL PAST INVOICES | 54,855.85 | |
| TOTAL CURRENT AND PAST DUE INVOICES FOR THIS MATTER | | 59,232.29 |



# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 3/9/2005 INV: 1177351 PAGE 1 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 2/1/05 | BIS | REVIEW QUAGLIA DEPOSITION TRANSCRIPT | 1.0 |
| 2/2/05 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER; EMAIL TO V. KNIGHT | 0.3 |
| 2/5/05 | BIS | REVIEW EMAIL FROM L. SPIGELL EMAIL TO D. KUMMER | 0.1 |
| 2/8/05 | BIS | EMAILS TO D. KUMMER AND J. ALBANO; TELEPHONE CONFERENCE WITH D. KUMMER | 0.4 |
| 2/8/05 | A P | ORGANIZING AND LABELING DEPOSITION CASE FILES RECEIVED FROM B. SLOTNICK; FILING CORRESPONDENCE | 0.8 |
| 2/10/05 | BIS | TELEPHONE CONFERENCES WITH D. KUMMER; CONFERENCE CALL WITH JUDGE ZOBEL; CONFERENCE WITH L. VASEY | 0.9 |
| 2/11/05 | BIS | EMAIL TO S. DAVIS; EMAIL TO L. SPIGEL | 0.3 |
| 2/14/05 | A P | PREPARING ERRATA SHEETS AND LETTERS TO DEPONENTS ENCLOSING DEPOSITIONS FOR EXECUTION | 2.9 |
| 2/15/05 | A P | REVIEWING D. CLAIR AND N. TORRE DEPOSITION TRANSCRIPTS FOR CHANGES MADE; TRANSFERRING CHANGES TO ERRATA SHEET FOR D. CLAIR | 1.3 |
| 2/16/05 | A P | REVIEWING AND ORGANIZING BRAVO DOCUMENT PRODUCTION | 3.2 |
| 2/25/05 | BIS | TELEPHONE CONFERENCE WITH J. HELLER; CONFERENCE WITH D. KUMMER | 0.3 |

| Date | Description of Disbursements   Ref No. | Amount |
|---|---|---|
| 2/7/05 | AIR EXPRESS - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr L VASEY To J KROUPA - 1/6/05 | 31.89 |
| 2/16/05 | AIR COURIER/FEDEX/TO: BENJAMIN KING 2/8 | 14.30 |
| 2/25/05 | CERTIFIED COPY - Payee:ATKINSON-BAKER, INC. CERTIFIED COPY OF TRANSCRIPT - B SLOTNICK - 2/25/05 | 217.15 |
| 2/28/05 | PHOTOCOPY | 0.60 |

**LOEB&LOEB**LLP

| | | |
|---|---|---|
| FILE | RAINBOW MEDIA ENTERPRISES | 3/9/2005 |
| NUMBER   203503-10009 | ADV. FRANK QUAGLIA | INV: 1177351 |
| 10478 | | PAGE  2 |

        **Total Fees**                                            4,112.50
        **Total Disbursements**                       263.94

**LOEB&LOEB**LLP

# LOEB&LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154-0037
(212) 407-4000  IRS #95-1780806

|  |  |
|---|---|
| RAINBOW MEDIA ENTERPRISES<br>ATTENTION: DAVID DEITCH<br>200 JERICHO QUARANGLE<br>JERICHO, NY 11753 | APRIL 8, 2005<br>INVOICE NO. 1180077 |

PAYMENT DUE UPON RECEIPT

RE: ADV. FRANK QUAGLIA
OUR FILE NO: 203503-10009

| | |
|---|---:|
| FEE FOR PROFESSIONAL SERVICES<br>RENDERED AS PER ATTACHED DETAIL | 337.50 |
| DISBURSEMENTS MADE FOR YOUR<br>ACCOUNT AS PER ATTACHED DETAIL | 1,217.00 |
| TOTAL CURRENT AMOUNT DUE | 1,554.50 |

PAST DUE INVOICES FOR THIS MATTER.
IF PAID, PLEASE DISREGARD.

| | | |
|---|---:|---:|
| 0 - 60 DAYS | 34,746.65 | |
| 61 - 90 DAYS | 0.00 | |
| 91 - 120 DAYS | 0.00 | |
| OVER 120 DAYS | 0.00 | |
| TOTAL PAST INVOICES | 34,746.65 | |
| TOTAL CURRENT AND PAST DUE INVOICES FOR THIS MATTER | | 36,301.15 |



# LOEB&LOEB LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES | 4/8/2005 |
| 10478 | | ADV. FRANK QUAGLIA | INV: 1180077 |
| | | | PAGE 1 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 3/11/05 | BIS | PREPARATION OF AUDIT LETTER | 0.2 |
| 3/21/05 | BIS | REVIEW NOTICE FROM PLAINTIFF; EMAIL TO S. DAVIS | 0.1 |
| 3/23/05 | A P | REVIEW AND ORGANIZATION OF CASE FILES FROM L. VASEY | 0.6 |

| Date | Description of Disbursements    Ref No. | Amount |
|---|---|---|
| 3/2/05 | PROFESSIONAL SERVICE - Payee:ESQUIRE DEPOSITION SERVICES LLC- NY  VENDOR SVC PROVIDED -  B SLOTNICK -  3/7/05 | 1,194.50 |
| 3/31/05 | LOCAL TRAVEL - Payee:BENJAMIN R. KING - PARKING AT DEPOSITION ON 11/4/04 & 11/5/04 | 21.00 |
| 3/31/05 | TELECOPY | 1.50 |

|  | Total Fees | 337.50 |
|---|---|---|
|  | Total Disbursements | 1,217.00 |

# LOEB&LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154-0037
(212) 407-4000  IRS #95-1780806

|  |  |
|---|---|
| RAINBOW MEDIA ENTERPRISES<br>ATTENTION: DAVID DEITCH<br>200 JERICHO QUARANGLE<br>JERICHO, NY 11753 | MAY 17, 2005<br>INVOICE NO. 1184197 |

PAYMENT DUE UPON RECEIPT

RE: ADV. FRANK QUAGLIA
OUR FILE NO: 203503-10009

| | |
|---|---:|
| FEE FOR PROFESSIONAL SERVICES<br>RENDERED AS PER ATTACHED DETAIL | 1,171.00 |
| DISBURSEMENTS MADE FOR YOUR<br>ACCOUNT AS PER ATTACHED DETAIL | 357.50 |
| TOTAL CURRENT AMOUNT DUE | 1,528.50 |

PAST DUE INVOICES FOR THIS MATTER.
IF PAID, PLEASE DISREGARD.

| | | |
|---|---:|---:|
| 0 - 60 DAYS | 1,554.50 | |
| 61 - 90 DAYS | 4,376.44 | |
| 91 - 120 DAYS | 0.00 | |
| OVER 120 DAYS | 0.00 | |
| TOTAL PAST INVOICES | 5,930.94 | |
| TOTAL CURRENT AND PAST DUE INVOICES FOR THIS MATTER | | 7,459.44 |

