# LOEB&LOEB LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 5/17/2005 INV: 1184197 |
|---|---|---|---|
| 10478 | | | PAGE 1 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 4/11/05 | BIS | REVIEW DEPOSITION TRANSCRIPT OF I. PIERCE | 0.8 |
| 4/21/05 | TBC | UPDATE OF CASE CALENDAR. | 0.2 |
| 4/27/05 | A P | REVIEW AND ORGANIZATION OF NBC DOCUMENT PRODUCTION OF CASE FILES FROM L. VASEY | 2.5 |

**Time & Fee Summary**

| Timekeeper | | Hours | Rate | Fee Value |
|---|---|---|---|---|
| B I SLOTNICK | | 0.8 | 625 | 500.00 |
| A PEPPER | | 2.5 | 250 | 625.00 |
| TB CUMMINS | | 0.2 | 230 | 46.00 |
| | TOTAL | 3.5 | | 1,171.00 |

| Date | Description of Disbursements   Ref No. | Amount |
|---|---|---|
| 4/11/05 | DEPOSITION TRANSCRIPT - Payee:ATKINSON-BAKER, INC.-CHARLES DERBUSHIRE AND FRANCES BERWICK-1/20/05 | 357.50 |

| | |
|---|---|
| Total Fees | 1,171.00 |
| Total Disbursements | 357.50 |

# LOEB&LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154-0037
(212) 407-4000  IRS #95-1780806

JUNE 7, 2005
INVOICE NO. 1185604

RAINBOW MEDIA ENTERPRISES
ATTENTION: DAVID DEITCH
200 JERICHO QUARANGLE
JERICHO, NY 11753

PAYMENT DUE UPON RECEIPT

RE: ADV. FRANK QUAGLIA
OUR FILE NO: 203503-10009

| | |
|---|---:|
| FEE FOR PROFESSIONAL SERVICES RENDERED AS PER ATTACHED DETAIL | 1,000.00 |
| DISBURSEMENTS MADE FOR YOUR ACCOUNT AS PER ATTACHED DETAIL | 523.40 |
| TOTAL CURRENT AMOUNT DUE | 1,523.40 |

PAST DUE INVOICES FOR THIS MATTER.
IF PAID, PLEASE DISREGARD.

| | | |
|---|---:|---:|
| 0 - 60 DAYS | 3,083.00 | |
| 61 - 90 DAYS | 4,376.44 | |
| 91 - 120 DAYS | 0.00 | |
| OVER 120 DAYS | 0.00 | |
| TOTAL PAST INVOICES | 7,459.44 | |
| TOTAL CURRENT AND PAST DUE INVOICES FOR THIS MATTER | | 8,982.84 |



# LOEB&LOEB LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES | 6/7/2005 |
| --- | --- | --- | --- |
| 10478 | | ADV. FRANK QUAGLIA | INV: 1185604 |
| | | | PAGE 1 |

| Date | TK | Description of Services Rendered | Hours |
| --- | --- | --- | --- |
| 5/6/05 | BIS | PREPARE STATUS REPORT OF CASE FOR S. DAVIS | 0.2 |
| 5/25/05 | BIS | REVIEW DEPOSITION TRANSCRIPTS OF C. DERBYSHIRE AND F. BOWICK | 1.4 |

**Time & Fee Summary**

| Timekeeper | | Hours | Rate | Fee Value |
| --- | --- | --- | --- | --- |
| B I SLOTNICK | | 1.6 | 625 | 1,000.00 |
| | TOTAL | 1.6 | | 1,000.00 |

| Date | Description of Disbursements   Ref No. | Amount |
| --- | --- | --- |
| 2/11/05 | AIRFARE - Payee:AMERICAN AIRLINES, INC - B. SLOTNICK - LGA-BOS-LGA | 523.40 |

|   | | |
| --- | --- | --- |
| | **Total Fees** | **1,000.00** |
| | **Total Disbursements** | **523.40** |

# LOEB&LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154-0037
(212) 407-4000  IRS #95-1780806

RAINBOW MEDIA ENTERPRISES
ATTENTION: DAVID DEITCH
200 JERICHO QUARANGLE
JERICHO, NY 11753

JULY 7, 2005
INVOICE NO. 1188024

PAYMENT DUE UPON RECEIPT

RE: ADV. FRANK QUAGLIA
OUR FILE NO: 203503-10009

| | |
|---|---:|
| FEE FOR PROFESSIONAL SERVICES RENDERED AS PER ATTACHED DETAIL | 24,032.00 |
| DISBURSEMENTS MADE FOR YOUR ACCOUNT AS PER ATTACHED DETAIL | 425.86 |
| TOTAL CURRENT AMOUNT DUE | 24,457.86 |

PAST DUE INVOICES FOR THIS MATTER.
IF PAID, PLEASE DISREGARD.

| | |
|---|---:|
| 0 - 60 DAYS | 3,051.90 |
| 61 - 90 DAYS | 0.00 |
| 91 - 120 DAYS | 0.00 |
| OVER 120 DAYS | 0.00 |
| TOTAL PAST INVOICES | 3,051.90 |

TOTAL CURRENT AND PAST DUE INVOICES FOR THIS MATTER   27,509.76



**LOEB&LOEB**LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 7/7/2005 INV: 1188024 PAGE 1 |
|---|---|---|---|

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 6/6/05 | BIS | REVIEW PLAINTIFF'S MOTION; CONFERENCE WITH L. VASEY; TELEPHONE CONFERENCE WITH D. KUMMER; EMAIL TO J. ALBANO | 0.8 |
| 6/6/05 | LMV | REVIEW QUAGLIA'S MOTION TO COMPEL, RAINBOW'S DISCOVERY RESPONSES AND DOCKET; E-MAIL TO B. SLOTNICK REGARDING RESPONSE TO MOTION TO COMPEL. | 0.8 |
| 6/6/05 | A P | REVIEW OF CASE FILES AND RETRIEVAL OF DEPOSITION TRANSCRIPT FOR REPRODUCTION PER L. VASEY | 0.5 |
| 6/9/05 | BIS | TELEPHONE CONFERENCE WITH D. KUMMER; EMAIL TO L. SPYEL; PREPARE FOR COURT CONFERENCE; COURT CONFERENCE; TELEPHONE CONFERENCE WITH S. DAVIS | 2.4 |
| 6/9/05 | LMV | REVIEW DOCUMENTS IN RAINBOW PRODUCTION AND DISCOVERY RESPONSES IN PREPARATION FOR CONFERENCE WITH J. ZOBEL AND OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL; TELEPHONE CONFERENCE WITH J. ZOBEL FOR STATUS AND SCHEDULING; FOLLOW-UP TELEPHONE CONFERENCE WITH D. KUMMER REGARDING SAME AND SETTING MEETING TO DISCUSS MOTION FOR SUMMARY JUDGMENT. | 1.0 |
| 6/9/05 | A P | CONFERENCE WITH L. VASEY; RETRIEVING CASE DOCUMENTS FOR L. VASEY; REPRODUCTION OF DEPOSITION TRANSCRIPTS; REVIEW OF DOCUMENT PRODUCTION FILES | 2.3 |
| 6/10/05 | BIS | ANALYSIS OF SUMMARY JUDGMENT MOTION AGREEMENTS; TELEPHONE CONFERENCE WITH CLIENT | 3.3 |

**LOEB&LOEB**LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 7/7/2005 INV: 1188024 |
|---|---|---|---|
| 10478 | | | PAGE 2 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 6/10/05 | LMV | DRAFT RESPONSE TO PLAINTIFF'S MOTION TO COMPEL; E-MAIL TO S. DAVIS REGARDING PLAINTIFF'S SPECIFIC DOCUMENT DEMANDS; MEETING WITH B. SLOTNICK AND D. KUMMER TO DISCUSS DRAFTING OF JOINT MOTION FOR SUMMARY JUDGMENT; TELEPHONE CONFERENCE WITH B. SLOTNICK, S. DAVID AND T. HUFFMAN REGARDING PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS REGARDING REVENUES, PROFITS AND LOSSES ON THE IT FACTOR; DRAFT DECLARATION FOR T. HUFFMAN IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION TO COMPEL. | 6.3 |
| 6/10/05 | A P | CONFERENCE WITH L. VASEY; RETRIEVING CASE DOCUMENTS FOR L. VASEY; REPRODUCTION OF DEPOSITION TRANSCRIPTS; REVIEW AND ORGANIZATION OF DOCUMENT PRODUCTION FILES | 3.2 |
| 6/10/05 | TBC | CONFERENCES WITH B. SLOTNICK RE: MOTION FOR SUMMARY JUDGMENT. | 0.2 |
| 6/13/05 | LMV | REVISE DECLARATION FOR J. HUFFMAN; DISCUSSION WITH D. KUMMER REGARDING RESPONSE TO PLAINTIFF'S MOTION TO COMPEL AND DOCUMENT PRODUCTION; DISCUSSION WITH J. ALBANO REGARDING RAINBOW'S RESPONSE TO QUAGLIA'S MOTION TO COMPEL; DISCUSSION WITH S. DAVIS REGARDING J. HUFFMAN DECLARATION; REVISE LETTER TO QUAGLIA ENCLOSING DEPOSITION TRANSCRIPT AND EXHIBITS. | 5.8 |
| 6/13/05 | A P | REVIEW OF CASE FILES TO ORGANIZE NBC AND BRAVO PRODUCTION FILES; REPRODUCTION OF DEPOSITIONS AND PREPARATION OF ERRATA SHEET FOR QUAGLIA DEPOSITION; COORDINATING FOR REPRODUCTION OF VIDEO TAPES FOR QUAGLIA | 1.0 |

# LOEB&LOEB LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES | 7/7/2005 |
| 10478 | | ADV. FRANK QUAGLIA | INV: 1188024 |
| | | | PAGE 3 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 6/14/05 | LMV | FINALIZE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL; DISCUSSION WITH J. HUFFMAN REGARDING REVISIONS TO HIS DECLARATION AND FILING OF SAME; E-MAIL COMMUNICATIONS WITH J. ALBANO AND D. KUMMER REGARDING RESPONSE TO PLAINTIFF'S MOTION TO COMPEL, FILING AND SERVICE; E-MAIL COMMUNICATIONS WITH A. PEPPER REGARDING INDEXING OF BETA TAPES AND LIST OF DEPOSITION EXHIBITS TO BE PREPARED FOR QUAGLIA. | 2.1 |
| 6/14/05 | A P | CONFERRING WITH ATTORNEY REGARDING UPCOMING PROJECTS | 0.5 |
| 6/14/05 | M C | CONFERENCE WITH L. VASEY RE: ARRANGING FOR A MESSENGER TO PICK UP AND DELIVER TAPES SENT OUT FOR DUPLICATING; ARRANGED SAME. | 0.3 |
| 6/15/05 | A P | INDEXING FIRST SEASON BETA TAPES FOR PLAINTIFF; PREPARING LIST OF EXHIBITS MARKED AT DEPOSITIONS | 3.2 |
| 6/16/05 | A P | INDEXING FIRST SEASON BETA TAPES PRIOR TO PRODUCTION TO PLAINTIFF | 1.9 |
| 6/17/05 | BIS | REVIEW JUDGE'S DECISION OF DISCOVERY; CONFERENCE WITH L. VASEY | 0.3 |
| 6/17/05 | LMV | REVIEW E-MAIL FROM J. ALBANO CONTAINING COURT'S ORDER ON PLAINTIFF'S MOTION TO COMPEL; E-MAIL TO S. DAVIS REGARDING SAME AND REQUEST THAT J. HUFFMAN PREPARE AD REVENUE ALLOCATION FOR THE IT FACTOR; TELEPHONE CONFERENCE WITH D. BARROW AT DUART REGARDING DELIVERY OF MINI DV'S FOR COPYING BY PLAINTIFF; DRAFT LETTER TO D. BARROW AT DUART REGARDING SAME. | 0.6 |
| 6/17/05 | A P | REVIEW OF DEPOSITION FILES; RETRIEVAL OF EXHIBIT PAGE INDICES TO BE FORWARD TO PLAINTIFF; PREPARED LETTER AND FAX TO PLAINTIFF; PREPARED COPIES OF DEPOSITION TRANSCRIPTS FOR L. VASEY; ORGANIZED AND FILED CORRESPONDENCE | 4.1 |

**LOEB&LOEB**LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES | 7/7/2005 |
|---|---|---|---|
| 10478 | | ADV. FRANK QUAGLIA | INV: 1188024 |
| | | | PAGE 4 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 6/17/05 | M C | CONFERENCE WITH A. PEPPER RE: INDEXING BETA TAPES; INDEXED SAME | 1.8 |
| 6/20/05 | LMV | TELEPHONE CONFERENCE WITH F. QUAGLIA REGARDING RETURN OF DEPOSITION TRANSCRIPT AND COPYING OF MINI DV TAPES AT DUART; E-MAIL TO B. SLOTNICK, D. KUMMER AND J. ALBANO REGARDING SAME; TELEPHONE CONFERENCE WITH J. HUFFMAN REGARDING ALLOCATION OF AD REVENUE TO THE IT FACTOR; E-MAIL TO B. SLOTNICK REGARDING SAME; TELEPHONE CONFERENCE WITH L. FRIEDLAND REGARDING STATUS OF SUIT AND WHETHER THERE ARE ANY VHS COPIES OF THE MINI DVS; E-MAIL TO B. SLOTNICK REGARDING SAME; E-MAIL TO F. QUAGLIA ADVISING HIM THAT THE MINI DVS AT DUART CONCERN THE FIRST EPISODE ONLY; TELEPHONE CONFERENCE WITH DUART (IKE WEISBERG) TO CONFIRM REQUEST FOR COPIES OF ANY TAPES QUAGLIA SELECTS FOR COPYING; REVIEW TRANSCRIPT OF F. QUAGLIA'S DEPOSITION FOR TESTIMONY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; REVIEW SPREADSHEET OF AD REVENUES ATTRIBUTABLE TO THE IF FACTOR; E-MAIL TO S. DAVID REQUESTING ADDITION OF COSTS TO THE SPREADSHEET. | 1.5 |
| 6/21/05 | BIS | CONFERENCE WITH L. VASEY; REVIEW OF DISCOVERY REQUEST FOR QUAGLIA | 0.2 |
| 6/21/05 | LMV | REVIEW QUAGLIA'S ADDENDUM TO HIS 5/31/05 MOTION TO COMPEL; DRAFT E-MAIL TO S. DAVIS AND J. HUFFMAN REGARDING SAME; DRAFT RESPONSE TO QUAGLIA'S MOTION TO COMPEL; DRAFT E-MAIL TO L. FRIEDLAND REGARDING QUAGLIA'S MOTION TO COMPEL PRODUCTION OF VHS TAPES OF RAW FOOTAGE FROM FIRST EPISODE OF THE IT FACTOR; REVIEW DEPOSITION TRANSCRIPT OF L. FRIEDLAND; DRAFT L. FRIEDLAND'S DECLARATION IN SUPPORT OF RESPONSE TO PLAINTIFF'S AMENDED MOTION TO COMPEL. | 1.2 |

# LOEB&LOEB LLP

| | | | |
|---|---|---|---|
| FILE NUMBER 203503-10009 10478 | | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 7/7/2005 INV: 1188024 PAGE 5 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 6/23/05 | LMV | TELEPHONE CONFERENCE WITH J. HUFFMAN REGARDING ADDITION OF COSTS TO CHART ALLOCATING REVENUE TO THE IT FACTOR; DRAFT L. FRIEDLAND'S AND MY OWN DECLARATIONS IN SUPPORT OF RESPONSE TO PLAINTIFF'S AMENDED MOTION TO COMPEL. | 1.0 |
| 6/24/05 | LMV | REVIEW E-MAIL FROM S. DAVIS REGARDING COSTS ASSOCIATED WITH THE IT FACTOR; E-MAIL TO B. SLOTNICK REGARDING SAME; OUTLINE MOTION FOR SUMMARY JUDGMENT; RESEARCH REGARDING FIRST CIRCUIT LAW. | 3.8 |
| 6/26/05 | LMV | OUTLINE MOTION FOR SUMMARY JUDGMENT; RESEARCH REGARDING ACCESS BASED ON CORPORATE RECEIPT AND UNPROTECTABILITY OF SPONTANEOUS DIALOGUE; REVIEW DEPOSITION OF CHARLES DERBYSHIRE AND DEBBIE DEMONTREUX. | 3.8 |
| 6/27/05 | LMV | FINALIZE DECLARATIONS IN SUPPORT OF RESPONSE TO PLAINTIFF'S AMENDED MOTION TO COMPEL; DRAFT MOTION FOR SUMMARY JUDGMENT. | 3.0 |
| 6/27/05 | M C | CONFERENCE WITH A. PEPPER RE: CREATING PLAINTIFF AND DEFENDANT EXHIBIT BINDERS FOR L. VASEY; CREATED SAME. | 3.1 |
| 6/28/05 | LMV | FINALIZE DECLARATIONS OF JOHN HUFFMAN, DEBBIE DEMONTREUX AND LAUREN FRIEDLAND; DRAFT LETTER TO L. FRIEDLAND ENCLOSING SAME; VOICEMAIL TO L. FRIEDLAND REGARDING SAME; E-MAILS TO J. HUFFMAN AND D. DEMONTREUX REGARDING DECLARATIONS. | 2.1 |
| 6/28/05 | A P | REVIEW OF DEPOSITION TRANSCRIPTS AND PREPARATION OF LETTERS AND TRANSCRIPTS TO BE SENT TO DEPONENTS FOR EXECUTION; PREPARATION OF ERRATA SHEETS; PREPARING FEDERAL EXPRESS PACKAGES TO D. DEMONTREUX, D. CLAIR AND L. FRIEDLAND | 3.3 |
| 6/29/05 | LMV | TELEPHONE CONFERENCE WITH L. FRIEDLAND; REVISE DECLARATION OF SAME; REVISE DECLARATION OF J. HUFFMAN. | 1.1 |

# LOEB&LOEB LLP

| | | | |
|---|---|---|---|
| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 7/7/2005 INV: 1188024 PAGE 6 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 6/30/05 | LMV | TELEPHONE CONFERENCE WITH D. KUMMER REGARDING RESPONSE TO PLAINTIFF'S ADDENDUM TO HIS MOTION TO COMPEL. | 0.2 |
| 6/30/05 | M C | CONFERENCE WITH L. VASEY RE: PREPARATION OF PLAINTIFF'S ADDENDUM TO HIS MOTION TO BE SENT TO D. KUMMER; PREPARED SAME. CONFERENCE WITH L. VASEY RE: PREPARATION OF DEFENDANT'S RESPONSE TO BE SENT TO J. ALBANO; PREPARED SAME. | 1.4 |

**Time & Fee Summary**

| Timekeeper | Hours | Rate | Fee Value |
|---|---|---|---|
| B I SLOTNICK | 7.0 | 625 | 4,375.00 |
| L M VASEY | 34.3 | 400 | 13,720.00 |
| A PEPPER | 20.0 | 250 | 5,000.00 |
| TB CUMMINS | 0.2 | 230 | 46.00 |
| M CLOONAN | 6.6 | 135 | 891.00 |
| TOTAL | 68.1 | | 24,032.00 |

| Date | Description of Disbursements    Ref No. | Amount |
|---|---|---|
| 6/16/05 | MISCELLANEOUS - Payee:LOEB & LOEB-NY PETTY CASH VHS TAPES - L VASEY - 6/13/05 | 8.66 |
| 6/30/05 | PHOTOCOPY | 410.25 |
| 6/30/05 | TELECOPY | 4.50 |
| 6/30/05 | TELEPHONE CHARGES | 2.45 |

**LOEB&LOEB**LLP

| | | |
|---|---|---|
| FILE | RAINBOW MEDIA ENTERPRISES | 7/7/2005 |
| NUMBER 203503-10009 | ADV. FRANK QUAGLIA | INV: 1188024 |
| 10478 | | PAGE 7 |

|  |  |
|---|---:|
| **Total Fees** | 24,032.00 |
| **Total Disbursements** | 425.86 |

# LOEB&LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154-0037
(212) 407-4000  IRS #95-1780806

|  |  |
|---|---|
| RAINBOW MEDIA ENTERPRISES<br>ATTENTION: DAVID DEITCH<br>200 JERICHO QUARANGLE<br>JERICHO, NY 11753 | AUGUST 9, 2005<br>INVOICE NO. 1191668 |

PAYMENT DUE UPON RECEIPT

RE: ADV. FRANK QUAGLIA
OUR FILE NO: 203503-10009

| | |
|---|---:|
| FEE FOR PROFESSIONAL SERVICES<br>RENDERED AS PER ATTACHED DETAIL | 84,280.00 |
| DISBURSEMENTS MADE FOR YOUR<br>ACCOUNT AS PER ATTACHED DETAIL | 3,248.53 |
| TOTAL CURRENT AMOUNT DUE | 87,528.53 |

PAST DUE INVOICES FOR THIS MATTER.
IF PAID, PLEASE DISREGARD.

| | | |
|---|---:|---:|
| 0 - 60 DAYS | 24,457.86 | |
| 61 - 90 DAYS | 3,051.90 | |
| 91 - 120 DAYS | 0.00 | |
| OVER 120 DAYS | 0.00 | |
| TOTAL PAST INVOICES | 27,509.76 | |
| TOTAL CURRENT AND PAST DUE INVOICES FOR THIS MATTER | | 115,038.29 |



**LOEB&LOEB**LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 8/9/2005 INV: 1191668 |
|---|---|---|---|
| 10478 | | | PAGE 1 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 7/4/05 | LMV | READ TRANSCRIPT OF D. CLAIR DEPOSITION; RESEARCH FOR FACTUALLY SIMILAR CASES; DRAFT STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; VIEW THE IT FACTOR AND THE ULTIMATE AUDITION TO IDENTIFY SIMILARITIES/DIFFERENCES. | 6.1 |
| 7/6/05 | LMV | TELEPHONE CONFERENCE WITH F. QUAGLIA REGARDING WHETHER TAPES DELIVERED TO DUART CONSTITUTE ONLY THE FIRST EPISODE; TELEPHONE CONFERENCE WITH DUART (IKE AND MONICA) REGARDING PICK UP OF TAPES AND PAYMENT; E-MAIL TO ACCOUNTING REQUESTING PAYMENT OF INVOICE; | 0.2 |
| 7/7/05 | BIS | REVIEW OPPOSITION TO PLAINTIFF'S MOTION AND DISCOVERY RELATED EMAILS | 0.3 |
| 7/7/05 | LMV | DRAFT PRELIMINARY STATEMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; RESEARCH FIRST CIRCUIT LAW REGARDING COPYRIGHT INFRINGEMENT; E-MAIL L. ESKELIN ABOUT PLAINTIFFS' INQUIRY REGARDING WHETHER TAPES PROVIDED WERE FROM FIRST EPISODE ONLY; E-MAIL TO D. DEMONTREUX TO CONFIRM AVAILABILITY TO SIGN DECLARATION; E-MAIL TO D. KUMMER RE: SAME FOR LAURA PIERCE; VOICEMAIL TO D. CLAIR REGARDING AVAILABILITY TO SIGN DECLARATION. | 2.0 |
| 7/10/05 | LMV | DRAFT BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; RESEARCH REGARDING 1ST CIRCUIT LAW ON SUMMARY JUDGMENT AND COPYRIGHT INFRINGEMENT; ANALYZE PLAINTIFF'S DEPOSITION TRANSCRIPT AND DRAFT STATEMENT OF FACTS. | 8.7 |
| 7/11/05 | LMV | DRAFT MOTION FOR SUMMARY JUDGMENT; REVIEW THE IT FACTOR SUBMISSION TAPES; ANALYZE QUAGLIA DEPOSITION TRANSCRIPT, DRAFT NO SIMILARITY ARGUMENT; REVIEW DEPOSITION TRANSCRIPT OF L. FRIEDLAND. | 8.2 |
| 7/12/05 | BIS | CONFERENCE WITH L. VASEY; REVIEW DRAFT OF BRIEF | 0.8 |

# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 8/9/2005 INV: 1191668 PAGE 2 |
|---|---|---|---|

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 7/12/05 | LMV | REVIEW DEPOSITION TRANSCRIPTS OF D. DEMONTREUX, D. CLAIR AND N. TORRE; DISCUSSION WITH B. SLOTNICK REGARDING SAME. | 8.5 |
| 7/12/05 | A P | REVIEW AND ORGANIZATION OF DEPOSITION TRANSCRIPTS, EXHIBITS AND DOCUMENT PRODUCTIONS IN PREPARATION OF FILING SUMMARY JUDGMENT MOTION | 0.7 |
| 7/13/05 | BIS | ANALYSIS AND REVIEW OF SUMMARY JUDGMENT MOTION; CONFERENCE WITH L. VASEY | 2.7 |
| 7/13/05 | LMV | DISCUSSION WITH B. SLOTNICK; TELEPHONE CONFERENCE WITH L. FRIEDLAND REGARDING DATES ON WHICH THE DEMO TAPE WAS FILMED AND DECLARATION; DRAFT E-MAIL TO N. TORRE REGARDING MOTION SUMMARY JUDGMENT AND SUPPORTING DECLARATION; DISCUSSIONS WITH B. SLOTNICK REGARDING MOTION FOR SUMMARY JUDGMENT. | 0.8 |
| 7/14/05 | BIS | REVISE SUMMARY JUDGMENT PAPERS | 4.3 |
| 7/14/05 | EML | RESEARCH AND ANALYZE CASE LAW ON CHOICE OF LAW AND PREEMPTION OF IMPLIED CONTRACT AND BREACH OF CONFIDENCE CLAIMS. | 1.8 |
| 7/14/05 | LMV | REVIEW DEPOSITION TRANSCRIPTS OF N. TORRE AND D. CLAIR AND DRAFT STATEMENT OF FACTS; TELEPHONE CONFERENCE WITH D. DEMONTREUX; RESEARCH REGARDING SCENES-A-FAIRE, SUBSTANTIAL SIMILARITY, ACCESS AND INDEPENDENT CREATION; DRAFT LETTER TO D. DEMONTREUX ENCLOSING PLANTIFF'S COMPARATIVE ANALYSIS. | 8.7 |
| 7/14/05 | CSM | TELEPHONE CONFERENCE WITH L. VASEY RE: MOTION FOR SUMMARY JUDGMENT AND COMMON LAW CLAIMS; REVIEWED RESEARCH RE: BREACH OF IMPLIED CONTRACT AND CONFIDENCE; ADDITIONAL CASE LAW RESEARCH RE: SAME; CONFERENCE WITH L. VASEY RE: SAME | 1.8 |
| 7/15/05 | BIS | REVIEW AND REVISE BRIEF FOR SUMMARY JUDGMENT; REVIEW CASE LAW; CONFERENCES WITH L. VASEY | 4.8 |

**LOEB&LOEB**LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES | 8/9/2005 |
| --- | --- | --- | --- |
| 10478 | | ADV. FRANK QUAGLIA | INV: 1191668 |
| | | | PAGE 3 |

| Date | TK | Description of Services Rendered | Hours |
| --- | --- | --- | --- |
| 7/15/05 | EML | FOLLOW UP RESEARCH ON CHOICE OF LAW, IMPLIED CONTRACTS, BREACH OF CONFIDENCE AND PREEMPTION. ANALYZE CASES. REVIEW C. MONTEIRO MEMO ON IDEA SUBMISSION. CONFERENCE WITH L. VASEY RE: CASES. | 3.1 |
| 7/15/05 | LMV | DRAFT E-MAIL TO L. FRIEDLAND REGARDING DEMO TAPE PRODUCTION; DRAFT MOTION FOR SUMMARY JUDGMENT; TELEPHONE CONFERENCE WITH SHARON DAVIS REGARDING STATUS OF THE CASE. | 10.4 |
| 7/15/05 | A P | PREPARING FOR SUMMARY JUDGMENT MOTION - RETRIEVING ATTORNEY NOTES AND DOCUMENTS USED AT DEPOSITIONS FOR B. SLOTNICK; COORDINATED WITH VENDOR REGARDING DUPLICATION OF FIRST AND SECOND SEASON VIDEO TAPES; CONTACTED COURT REPORTERS FOR MINUSCRIPTS OF DEPOSITIONS | 1.8 |
| 7/16/05 | BIS | REVISE MEMO OF LAW ON SUMMARY JUDGMENT MOTION | 2.5 |
| 7/16/05 | LMV | ANALYZE SCENES A FAIRE CASES AND DRAFT SUBSTANTIAL SIMILARITY ARGUMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT. | 6.8 |
| 7/17/05 | BIS | REVISE BRIEF | 2.7 |
| 7/17/05 | LMV | ANALYZE RESEARCH REGARDING PLAINTIFF'S BREACH OF CONFIDENCE AND BREACH OF IMPLIED CONTRACT CLAIMS; DRAFT SUMMARY JUDGMENT ARGUMENT REGARDING SAME; REVIEW B. SLOTNICK'S REVISIONS AND REVISE BRIEF. | 9.6 |
| 7/18/05 | BIS | REVIEW AND REVISE MOTION PAPERS; CONFERENCES WITH L. VASEY; TELEPHONE CONFERENCE WITH D. KUMMER | 2.0 |
| 7/18/05 | LMV | REVISE BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; DRAFT RULE 56.1 STATEMENT OF FACTS | 9.9 |
| 7/18/05 | A P | SUMMARY JUDGMENT PREPARATION; REVIEW OF DOCUMENT PRODUCTIONS AND PREPARING EXHIBITS TO DECLARATION; ASSEMBLING DEPOSITION TRANSCRIPTS; EMAILS TO/FROM L. VASEY; CITE-CHECKING AND QUOTE-CHECKING LEGAL CITATIONS | 7.3 |

# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 8/9/2005 INV: 1191668 PAGE 4 |
|---|---|---|---|

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 7/18/05 | TBC | UPDATE OF CASE CALENDAR. | 0.3 |
| 7/19/05 | BIS | CONFERENCES WITH L. VASEY; REVIEWS L. PIERCE DECLARATION; REVISE BRIEF; TELEPHONE CONFERENCE WITH F. QUAGLIA; REVIEW AND REVISE STATEMENT OF FACTS | 2.8 |
| 7/19/05 | LMV | DRAFT STATEMENT OF FACTS; REVIEW DEPOSITION TRANSCRIPTS AND DOCUMENTS; DRAFT DECLARATION OF D. DEMONTREUX; TELEPHONE CONFERENCE WITH D. DEMONTREUX'S ASSIST REGARDING DELIVERY OF DRAFT DECLARATION; TELEPHONE CONFERENCE WITH L. FRIEDLAND ESKELIN REGARDING DECLARATION. | 9.4 |
| 7/19/05 | A P | SUMMARY JUDGMENT PREPARATION; REVIEW OF DOCUMENT PRODUCTIONS AND PREPARING EXHIBITS TO DECLARATION; ASSEMBLING DEPOSITION TRANSCRIPTS | 7.5 |
| 7/20/05 | BIS | REVISE BRIEF; REVIEW COMMENTS FROM D. KUMMER; REVISE DEMONTREUX DECLARATION | 2.8 |
| 7/20/05 | LMV | REVIEW DOCUMENT PRODUCTIONS OF ZANZIBAR, CLAIR, TORRE, FRIEDLAND AND RAINBOW; DRAFT DECLARATION OF L. FRIEDLAND; DRAFT DECLARATION FOR D. DEMONTREUX; REVISE DECLARATION OF L. PIERCE; TELEPHONE CONFERENCE WITH D. KUMMER REGARDING SAME; REVISE STATEMENT OF FACTS. | 13.3 |
| 7/20/05 | A P | SUMMARY JUDGMENT PREPARATION; REVIEW OF DOCUMENT PRODUCTIONS AND PREPARING EXHIBITS TO DECLARATION; ASSEMBLING DEPOSITION TRANSCRIPTS; DRAFTING SLOTNICK DECLARATION; CITE-CHECKING AND QUOTE-CHECKING MEMO OF LAW | 8.5 |
| 7/20/05 | M C | CONFERENCE WITH A. PEPPER RE: CITE CHECKING DEFENDANT'S JOINT MOTION FOR SUMMARY JUDGMENT; CITE CHECKED SAME. CONFERENCE WITH A. PEPPER RE: QUOTE CHECKING DEFENDANT'S JOINT MOTION FOR SUMMARY JUDGMENT; QUOTE CHECKED SAME. | 3.3 |

# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 8/9/2005 INV: 1191668 PAGE 5 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 7/21/05 | BIS | REVIEW AND REVISE STATEMENT OF FACTS AND L. FRIEDLAND DECLARATION | 3.5 |
| 7/21/05 | LMV | DRAFT AND REVISE L. FRIEDLAND'S DECLARATION; FINALIZE STATEMENT OF FACTS; FINALIZE BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; DRAFT MOTION FOR SUMMARY JUDGMENT AND RULE 7.1 STATEMENT; FINALIZE EXHIBITS TO BE APPENDED TO BRIEF. | 11.9 |
| 7/21/05 | A P | SUMMARY JUDGMENT PREPARATION; REVIEW OF DOCUMENT PRODUCTIONS AND PREPARING EXHIBITS TO DECLARATION; ASSEMBLING DEPOSITION TRANSCRIPTS; EDITING SLOTNICK DECLARATION; REVIEW OF STATEMENT OF FACTS TO PREPARE EXHIBITS TO SLOTNICK DECLARATION | 12.5 |
| 7/21/05 | M C | CONFERENCE WITH A. PEPPER RE: REVISIONS TO BE MADE TO THE MOTION FOR SUMMARY JUDGMENT; REVISED SAME. CONFERENCE WITH A. PEPPER RE: REVIEW OF EXHIBITS FOR THE MOTION FOR SUMMARY JUDGMENT; REVIEWED SAME. CONFERENCE WITH A. PEPPER RE: PREPARATION OF EXHIBITS FOR THE MOTION; PREPARED SAME. CONFERENCE WITH A. PEPPER RE: PREPARATION OF VHS EXHIBITS TO BE PRODUCED WITH MOTION; PREPARED SAME. | 8.8 |
| 7/22/05 | LMV | FINALIZED BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, RECORD CITES AND CASE CITES; DRAFT LETTER TO PLAINTIFF ENCLOSING ZANZIBAR PITCH TAPE; TELEPHONE DISCUSSIONS WITH D. KUMMER REGARDING REVISIONS; TELEPHONE DISCUSSIONS WITH A. PEPPER REGARDING FINALIZING MOTION PAPERS; TELEPHONE DISCUSSION WITH SERENA MADAR (BINGHAM MCCUTCHEN). | 5.7 |
| 7/22/05 | A P | EDITING BRIEF; FINALIZING TABLES OF AUTHORITIES AND CONTENTS; PHONE CONVERSATIONS WITH L. VASEY TO MAKE EDITS TO BRIEF; E-MAIL TO D. KUMMER; E-MAILS AND PHONE CONVERSATIONS WITH S. MADAR OF BINGHAM MCCUTCHEN TO DISCUSS DECLARATIONS AND EXHIBITS | 6.5 |

# LOEB&LOEB LLP

| FILE NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES | 8/9/2005 |
|---|---|---|---|
| 10478 | | ADV. FRANK QUAGLIA | INV: 1191668 |
| | | | PAGE 6 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 7/22/05 | M C | PHONE CALL FROM L. VASEY RE: REVIEW OF PIERCE DEPOSITION FOR CITE ACCURACY; REVIEWED SAME. CONFERENCE WITH A. PEPPER RE: REVIEW OF F. QUAGLIA'S DEPOSITION FOR CITE ACCURACY; REVIEWED SAME. | 0.6 |
| 7/28/05 | TBC | UPDATE OF PLEADINGS FILE. | 0.5 |

**Time & Fee Summary**

| Timekeeper | Hours | Rate | Fee Value |
|---|---|---|---|
| B I SLOTNICK | 29.2 | 625 | 18,250.00 |
| L M VASEY | 120.2 | 425 | 51,085.00 |
| E M LACKMAN | 4.9 | 285 | 1,396.50 |
| C S MONTEIRO | 1.8 | 250 | 450.00 |
| A PEPPER | 44.8 | 250 | 11,200.00 |
| TB CUMMINS | 0.8 | 230 | 184.00 |
| M CLOONAN | 12.7 | 135 | 1,714.50 |
| TOTAL | 214.4 | | 84,280.00 |

| Date | Description of Disbursements   Ref No. | Amount |
|---|---|---|
| 7/8/05 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr  L VASEY  To  F QUAGLIA & J ALBANO -  6/13/05 | 40.65 |
| 7/11/05 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr  L VASEY  To   L VASEY -  6/20/05 | 14.19 |
| 7/12/05 | MISCELLANEOUS - Payee:SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC FOOD  SVC O/T MEAL - B SLOTNICK - 6/9/05 | 82.49 |
| 7/26/05 | LOCAL TRAVEL - Payee:LOEB & LOEB-NY PETTY CASH PARKING - B SLOTNICK - 7/17/05 | 15.00 |

# LOEB&LOEB LLP

| FILE NUMBER 10478 | 203503-10009 | RAINBOW MEDIA ENTERPRISES ADV. FRANK QUAGLIA | 8/9/2005 INV: 1191668 PAGE 7 |
|---|---|---|---|

| Date | Description of Disbursements    Ref No. | Amount |
|---|---|---|
| 7/27/05 | OUTSIDE COPYING - Payee:DUART FILM & VIDEO VHS DUB - L VASEY - 7/27/05 | 1,831.54 |
| 7/31/05 | LOCAL TRAVEL - Payee:LAURA VASEY - TOLLS FOR 7/1 - WORKED ON SUNDAY | 82.78 |
| 7/31/05 | COMPUTER RESEARCH - Payee:THOMSON WEST - ACCT #1000239028- RESEARCH -VASEY-6/26,27/05 | 568.46 |
| 7/31/05 | PHOTOCOPY | 606.75 |
| 7/31/05 | TELEPHONE CHARGES | 6.67 |

|   |   |
|---|---|
| Total Fees | 84,280.00 |
| Total Disbursements | 3,248.53 |

# LOEB&LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154-0037
(212) 407-4000  IRS #95-1780806

RAINBOW MEDIA ENTERPRISES
ATTENTION: DAVID DEITCH
200 JERICHO QUARANGLE
JERICHO, NY 11753

SEPTEMBER 8, 2005
INVOICE NO. 1193678

PAYMENT DUE UPON RECEIPT

RE: ADV. FRANK QUAGLIA
OUR FILE NO: 203503-10009

| | |
|---|---:|
| FEE FOR PROFESSIONAL SERVICES RENDERED AS PER ATTACHED DETAIL | 35,160.00 |
| DISBURSEMENTS MADE FOR YOUR ACCOUNT AS PER ATTACHED DETAIL | 5,425.67 |
| TOTAL CURRENT AMOUNT DUE | 40,585.67 |

PAST DUE INVOICES FOR THIS MATTER.
IF PAID, PLEASE DISREGARD.

| | | |
|---|---:|---:|
| 0 - 60 DAYS | 87,528.53 | |
| 61 - 90 DAYS | 24,457.86 | |
| 91 - 120 DAYS | 3,051.90 | |
| OVER 120 DAYS | 0.00 | |
| TOTAL PAST INVOICES | 115,038.29 | |
| TOTAL CURRENT AND PAST DUE INVOICES FOR THIS MATTER | | 155,623.96 |

