**LOEB&LOEB**LLP

| FILE | | RAINBOW MEDIA ENTERPRISES | 9/8/2005 |
|---|---|---|---|
| NUMBER 203503-10009 | | ADV. FRANK QUAGLIA | INV: 1193678 |
| 10478 | | | PAGE 1 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 7/15/05 | OH | RESEARCHED AND RETRIEVED DECISIONS FOR B. SLOTNICK. | 0.1 |
| 7/26/05 | OH | RESEARCHED AND RETRIEVED CORPORATE INFORMATION FOR B. SLOTNICK. | 0.2 |
| 7/29/05 | LMV | DISCUSSION WITH B. SLOTNICK REGARDING LITIGATION SUMMARY FOR AUDITOR; REVISE SAME; E-MAIL SAME TO S. DAVIS. | 0.2 |
| 8/8/05 | BIS | REVIEW PLAINTIFF'S OPPOSITION BRIEF; CONFERENCE WITH L. VASEY | 0.5 |
| 8/8/05 | LMV | TELEPHONE CONFERENCE WITH J. ZELMANOVITZ REGARDING EXTENSIONS OF TIME TO RESPOND TO THE COMPLAINT FOR LEIB AND SHAINDY PINTER; E-MAIL TO M. JOHNSON, K. BALMER AND B. WOOLFLEY REGARDING AVAILABILITY TO ATTEND P. TRINIDAD'S DEPOSITION ON SEPT. 1; LEFT MESSAGE WITH ANSWERING SERVICE FOR ALFRED LUCIA REGARDING RESCHEDULING OF P. TRINIDAD'S DEPOSITION ON SEPT. 1; E-MAIL TO T. CUMMINS TO CHECK STATUS OF SERVICE OF AMENDED COMPLAINT AND LETTER TO JUDGE GO. | 0.4 |
| 8/10/05 | LMV | ANALYZE PLAINTIFF'S OPPOSITION. | 0.3 |
| 8/11/05 | LMV | -- | 2.7 |
| 8/12/05 | BIS | CONFERENCES WITH L. VASEY REGARDING MOTION FOR SUMMARY JUDGMENT | 0.1 |
| 8/12/05 | LMV | RESEARCH REGARDING THIRD-PARTY INTERMEDIARY DOCTRINE; E-MAIL TO B. SLOTNICK REGARDING SAME; OUTLINE REPLY BRIEF. | 3.2 |
| 8/14/05 | LMV | RESEARCH REGARDING STANDARD OF REVIEW FOR PRO SE PLAINTIFFS OPPOSING SUMMARY JUDGMENT; DRAFT REPLY. | 3.9 |
| 8/15/05 | BIS | REVIEW DRAFT REPLY MEMORANDUM | 0.3 |
| 8/15/05 | LMV | DRAFT REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT. | 3.7 |

# LOEB&LOEBLLP

| FILE | | | 9/8/2005 |
| NUMBER  203503-10009 | | RAINBOW MEDIA ENTERPRISES | INV: 1193678 |
| 10478 | | ADV. FRANK QUAGLIA | PAGE  2 |

| Date | TK | Description of Services Rendered | Hours |
|------|-----|----------------------------------|-------|
| 8/16/05 | BIS | REVIEW SUMMARY JUDGMENT PAPERS | 0.8 |
| 8/16/05 | LMV | DISCUSSION WITH D. KUMMER REGARDING REPLY BRIEF AND DEPOSITION TESTIMONY OF LAURA PIERCE AND FRANCES BERWICK; E-MAIL TO B. SLOTNICK SUMMARIZING SAME. | 1.3 |
| 8/16/05 | A P | PREPARING BINDER OF SUMMARY JUDGMENT CASE LAW FOR B. SLOTNICK IN PREPARATION OF ORAL ARGUMENT | 2.7 |
| 8/17/05 | BIS | REVIEW BRIEFS; PREPARE FOR ORAL ARGUMENT | 3.3 |
| 8/17/05 | LMV | DISCUSSION WITH B. SLOTNICK REGARDING REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; REVIEW DRAFT REPLY. | 0.3 |
| 8/17/05 | A P | PREPARING BINDER OF SUMMARY JUDGMENT CASE LAW FOR B. SLOTNICK IN PREPARATION OF ORAL ARGUMENT; PREPARING INDEX OF CASES BY SUBJECT HEADING IN MEMORANDUM | 3.5 |
| 8/17/05 | M C | CONFERENCE WITH A. PEPPER RE: CREATING A BINDER OF CASES FOR B. SLOTNICK; CREATED SAME. | 1.1 |
| 8/18/05 | BIS | REVIEW AND REVISE REPLY BRIEF; REVIEWS CASE LAW; CONFERENCE WITH L. VASEY | 3.5 |
| 8/18/05 | LMV | REVISE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; TELEPHONE CONFERENCE WITH D. DEMONTREUX REGARDING DECLARATION IN SUPPORT OF REPLY BRIEF; DRAFT E-MAIL TO D. KUMMER AND S. DAVIS CIRCULATING DRAFT REPLY BRIEF; VOICEMAIL TO J. ALBANO REGARDING FILING OF REPLY BRIEF; DRAFT DECLARATION OF B. SLOTNICK IN SUPPORT OF REPLY BRIEF. | 7.2 |
| 8/19/05 | LMV | REVISE AND FINALIZE REPLY BRIEF; E-MAIL EXCHANGES WITH D. KUMMER REGARDING REVISIONS TO SAME. | 1.9 |
| 8/19/05 | A P | CITE-CHECKING REPLY BRIEF ON MOTION FOR SUMMARY JUDGMENT AND SCANNING AND EMAILING DOCUMENTS TO LOCAL COUNSEL FOR SERVICE AND FILING; PREPARING COPIES OF SUMMARY JUDGMENT MOTION PAPERS FOR DISTRIBUTION TO CLIENT AND CO-COUNSEL; EMAILS TO/FROM L. VASEY | 2.7 |

# LOEB&LOEBLLP

FILE
NUMBER 203503-10009
10478

RAINBOW MEDIA ENTERPRISES
ADV. FRANK QUAGLIA

9/8/2005
INV: 1193678
PAGE 3

| Date | TK | Description of Services Rendered | Hours |
|------|-----|----------------------------------|-------|
| 8/20/05 | BIS | REVIEW CASE LAW; PREPARE FOR MOTION FOR SUMMARY JUDGMENT | 1.5 |
| 8/22/05 | BIS | REVIEW CASES; PREPARATION FOR SUMMARY JUDGMENT ORAL ARGUMENT | 3.2 |
| 8/22/05 | A P | PREPARING LETTERS AND FEDERAL EXPRESS PACKAGES TO L. FRIEDLAND, D. KUMMER AND S. DAVIS ENCLOSING SUMMARY JUDGMENT MOTION PAPERS | 1.5 |
| 8/23/05 | BIS | PREPARE FOR ORAL ARGUMENT | 6.3 |
| 8/23/05 | R L | CONFERENCE WITH L. VASEY RE: ORGANIZING DOCUMENTS TO BE SENT TO STORAGE; ORGANIZED DOCUMENTS TO BE SENT TO STORAGE | 0.9 |
| 8/24/05 | BIS | PREPARATION FOR ORAL ARGUMENT | 4.0 |
| 8/25/05 | BIS | TRAVEL TO AND FROM BOSTON; ORAL ARGUMENT AND SUMMARY JUDGMENT MOTION | 11.0 |

**Time & Fee Summary**

| Timekeeper | Hours | Rate | Fee Value |
|------------|-------|------|-----------|
| B I SLOTNICK | 34.5 | 625 | 21,562.50 |
| L M VASEY | 25.1 | 425 | 10,667.50 |
| A PEPPER | 10.4 | 250 | 2,600.00 |
| O. HAMELSDORF | 0.3 | 200 | 60.00 |
| M CLOONAN | 1.1 | 135 | 148.50 |
| R LAGUERRE | 0.9 | 135 | 121.50 |
| TOTAL | 72.3 | | 35,160.00 |

# LOEB&LOEBLLP

| | | | |
|---|---|---|---|
| FILE | | RAINBOW MEDIA ENTERPRISES | 9/8/2005 |
| NUMBER | 203503-10009 | ADV. FRANK QUAGLIA | INV: 1193678 |
| 10478 | | | PAGE 4 |

| Date | Description of Disbursements    Ref No. | Amount |
|---|---|---|
| 8/5/05 | LOCAL TRAVEL - Payee:TEL-A-CAR OF NEW YORK, LLC. TAXI  SVC Fr  345  PARK  To    SCARSDALE WE -  L  VASEY - 6/30/05 | 82.65 |
| 8/9/05 | AIR EXPRESS - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr  L VASEY   To  J  ALBANO - 6/30/05 | 15.04 |
| 8/9/05 | AIR EXPRESS - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT  Fr  A PEPPER  To  L  FRIEDLAND - 6/27/05 | 14.83 |
| 8/9/05 | AIR EXPRESS - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT  Fr LOEB  To   A  PEPPER -  7/5/05 | 16.17 |
| 8/9/05 | AIR EXPRESS - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT  Fr A PEPPER  RETURNED - 7/15/05 | 14.70 |
| 8/9/05 | AIR EXPRESS - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT  Fr  L ESKELIN  To  J  ALBANO   - 6/30/05 | 12.40 |
| 8/9/05 | AIR EXPRESS - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT  Fr L VASEY  To  F  QUAGLIA -  6/24/05 | 13.19 |
| 8/9/05 | AIR EXPRESS - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT  Fr  A PEPPER  To D KLAIR  &  D  DEMINTREUX - 6/28/05 | 32.41 |
| 8/9/05 | AIR EXPRESS - Payee:FEDEX CORPORATION/NY-0100-3020-0  FEDEX SENT  Fr  A PEPPER  To  S MADAR - 7/21/05 | 82.63 |
| 8/9/05 | AIR EXPRESS - Payee:FEDEX CORPORATION/NY-0100-3020-0  FEDEX SENT  Fr A PEPPER   To  L  PIERCE - 7/20/05 | 13.54 |
| 8/15/05 | MISCELLANEOUS - Payee:D&B-DUN & BRADSTREET(75542) INTERNET INFORMATION REPORT - B SLOTNICK -  7/26/05 | 74.78 |
| 8/15/05 | MESSENGER - Payee:DELUXE  DELIVERY  SYSTEMS, INC MESSENGER  SENT  To  IFC  TV  FR  L VASEY - 7/15/05 | 88.80 |
| 8/15/05 | MESSENGER - Payee:DELUXE  DELIVERY  SYSTEMS, INC MESSENGER  SENT  To  DUART FILM & VIDEO Fr  L VASEY - 6/17/05 | 18.00 |
| 8/15/05 | MESSENGER - Payee:DELUXE  DELIVERY  SYSTEMS, INC MESSENGER  SENT  Fr  IFC  &  L  FRIEDLAND To  A PEPPER - 7/21/05 | 14.50 |

**LOEB&LOEB**LLP

| FILE | | | |
|---|---|---|---|
| NUMBER | 203503-10009 | RAINBOW MEDIA ENTERPRISES | 9/8/2005 |
| 10478 | | ADV. FRANK QUAGLIA | INV: 1193678 |
| | | | PAGE 5 |

| Date | Description of Disbursements    Ref No. | Amount |
|---|---|---|
| 8/15/05 | MESSENGER - Payee:DELUXE DELIVERY SYSTEMS, INC MESSENGER SENT To L FREEDMAN - 6/29/05 | 7.25 |
| 8/15/05 | MESSENGER - Payee:DELUXE DELIVERY SYSTEMS, INC MESSENGER SENT To ACE DUPLICATION Fr A PEPPER - 6/13 & 14 /05 | 25.25 |
| 8/15/05 | MESSENGER - Payee:DELUXE DELIVERY SYSTEMS, INC MESSENGER SENT To ACE DUP Fr A PEPPER - 7/15,18 & 19/05 | 39.75 |
| 8/23/05 | MISCELLANEOUS - Payee:SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC FOOD SVC - O/T MEALS - L VASEY, A PEPPER, M CLOONAN & B SLOTNICK - 7/21/05 1 | 79.55 |
| 8/23/05 | MISCELLANEOUS - Payee:SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC FOOD SVC - O/T MEALS - A PEPPER - 7/16/05 | 18.31 |
| 8/31/05 | LOCAL TRAVEL - Payee:LAURA VASEY - PARKING 7/4 & 7/10 | 74.00 |
| 8/31/05 | MISCELLANEOUS - Payee:LOEB & LOEB-NY PETTY CASH AIRPORT PARKING & COFFEE  / TRIP TO BOSTON - B SLONICK - 8/25/05 | 54.61 |
| 8/31/05 | COMPUTER RESEARCH - Payee:THOMSON WEST - ACCT #1000239028- RESEARCH -LASEY-7/10-12/05 | 592.40 |
| 8/31/05 | COMPUTER RESEARCH - Payee:LEXISNEXIS - ACCT. #100380 - RESEARCH -CLOONAN-7/21, HAMELSDORF-7/15,26/05, VASEY-7/4/05 | 237.96 |
| 8/31/05 | COMPUTER RESEARCH - Payee:THOMSON WEST - ACCT #1000239028- RESEARCH -CLOONAN-7/20,21,LACKMAN-7/14,15,MONTEIRO-7/14, PEPPER-7/20,22,VASEY-7/7-22/05 | 3,597.21 |
| 8/31/05 | PHOTOCOPY | 203.10 |
| 8/31/05 | TELEPHONE CHARGES | 2.64 |

|  | Total Fees | 35,160.00 |
|---|---|---|
|  | Total Disbursements | 5,425.67 |

# LOEB&LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154-0037
(212) 407-4000  IRS #95-1780806

OCTOBER 17, 2005
INVOICE NO.  1198142

RAINBOW MEDIA ENTERPRISES
ATTENTION:  DAVID DEITCH
200 JERICHO QUARANGLE
JERICHO, NY 11753

PAYMENT DUE UPON RECEIPT

RE:  ADV. FRANK QUAGLIA
OUR FILE NO:  203503-10009

| | |
|---|---:|
| FEE FOR PROFESSIONAL SERVICES<br>RENDERED AS PER ATTACHED DETAIL | 62.50 |
| DISBURSEMENTS MADE FOR YOUR<br>ACCOUNT AS PER ATTACHED DETAIL | 2,291.55 |
| TOTAL CURRENT AMOUNT DUE | 2,354.05 |

PAST DUE INVOICES FOR THIS MATTER.
IF PAID, PLEASE DISREGARD.

| | | |
|---|---:|---:|
| 0 - 60 DAYS | 40,585.67 | |
| 61 - 90 DAYS | 0.00 | |
| 91 - 120 DAYS | 24,457.86 | |
| OVER 120 DAYS | 3,051.90 | |
| TOTAL PAST INVOICES | 68,095.43 | |
| TOTAL CURRENT AND PAST DUE INVOICES FOR THIS MATTER | | 70,449.48 |



# LOEB&LOEBLLP

| FILE | RAINBOW MEDIA ENTERPRISES | 10/17/2005 |
|---|---|---|
| NUMBER  203503-10009 | ADV. FRANK QUAGLIA | INV: 1198142 |
| 10478 | | PAGE  1 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 9/8/05 | BIS | TELEPHONE CONFERENCE WITH N. ROSENTHAL, ATTORNEY FOR ZANZIBAR PRODUCTIONS | 0.1 |

**Time & Fee Summary**

| Timekeeper | | Hours | Rate | Fee Value |
|---|---|---|---|---|
| B I SLOTNICK | | 0.1 | 625 | 62.50 |
| | TOTAL | 0.1 | | 62.50 |

| Date | Description of Disbursements      Ref No. | Amount |
|---|---|---|
| 9/16/05 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0  - TO: DANIEL M KUMMER ESQ 8/22 | 21.80 |
| 9/16/05 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 - TO: SHARON DAVIS ESQ 8/22 | 25.44 |
| 9/19/05 | AIR COURIER - Payee:FEDEX CORPORATION/NY-0100-3020-0 - JONAHTHAN M ALIBANO 8/18 | 45.51 |
| 9/21/05 | LOCAL TRAVEL - Payee:ELITE LIMOUSINE PLUS INC. TAXI  SVC  Fr 345 PARK  To    CHAPPAQUA NY - B SLOTNICK - 7/21/05 | 124.85 |
| 9/21/05 | LOCAL TRAVEL - Payee:ELITE LIMOUSINE PLUS INC. TAXI  SVC  Fr 345 PARK   To   BK - 11215 - KUMMER - 7/21/05 | 49.95 |
| 9/21/05 | LOCAL TRAVEL - Payee:ELITE LIMOUSINE PLUS INC. TAXI  SVC  Fr 345 PARK   To    GLEN COVE LI - A PEPPER - 7/20 & 21/05 | 232.40 |
| 9/21/05 | LOCAL TRAVEL - Payee:ELITE LIMOUSINE PLUS INC. TAXI  SVC  Fr 345 PARK  To   ROCKVILLE CTR , NY  - M CLOONAN - 7/20 & 21/05 | 170.20 |
| 9/26/05 | OUTSIDE COPYING - Payee:ACE DUPLICATION & EDITING GROUP LLC VIDEO DUPLICATION - A PEPPER - 9/26/05 | 78.21 |
| 9/26/05 | OUTSIDE COPYING - Payee:ACE DUPLICATION & EDITING GROUP LLC VIDEO DUPLICATION - A PEPPER - 9/26/05 | 555.62 |

# LOEB&LOEB LLP

| FILE | | RAINBOW MEDIA ENTERPRISES | 10/17/2005 |
|---|---|---|---|
| NUMBER | 203503-10009 | ADV. FRANK QUAGLIA | INV: 1198142 |
| 10478 | | | PAGE 2 |

| Date | Description of Disbursements    Ref No. | Amount |
|---|---|---|
| 9/27/05 | AIR EXPRESS - Payee:FEDEX CORPORATION/NY-0100-3020-0 FEDEX SENT Fr A PEPPER To S MADAR & F QUAGLA - 7/22/05 | 59.66 |
| 9/27/05 | OUTSIDE COPYING - Payee:COPY CORPS OF NEW YORK / C 2 LEGAL HVY LITIGATION - M CLOONAN - 9/27/05 | 163.39 |
| 9/30/05 | COMPUTER RESEARCH - Payee:THOMSON WEST - ACCT #1000239028- RESEARCH -PEPPER-8/17,18, VASEY-8/12-19/05 | 741.57 |
| 9/30/05 | PHOTOCOPY | 22.95 |

|  | **Total Fees** | **62.50** |
|---|---|---|
|  | **Total Disbursements** | **2,291.55** |