# EXHIBIT A

FRANK QUAGLIA v. BRAVO NETWORKS, NATIONAL
BROADCASTING COMPANY, INC., doing business as NBC; RAINBOW
PROGRAMMING HOLDINGS, INC., and DOES 1-10
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Action No. 04-10460 RWZ

## NBC DIRECT OUT-OF-POCKET COSTS

| Date of Invoice | Invoice number | Esquire | Atkinson-Baker | Thomson & Thomson |
|---|---|---|---|---|
| 4/20/04 | 1103909-1 | | | $547.50 |
| 11/19/04 | 9E08EB1C | | $453.50 | |
| 11/24/04 | 9E08EB2C | | $356.50 | |
| 1/12/05 | 9E0A6D9C | | $293.23 | |
| 1/25/05 | 143426 CSD | $1,025.45 | | |
| | Totals: | $1,025.45 | $1,103.23 | $547.50 |

**GRAND TOTAL: $2,676.18**

**THOMSON & THOMSON** ™

500 Victory Road
North Quincy, MA 02172-3145
Phone: 800-692-8833   617-479-1600
Fax: 617-786-8273
http://www.thomson-thomson.com

Copyright, Title and Document Services
Phone: 800-356-8630

Bill To:

ARIAN SULTAN
NATIONAL BROADCASTING CO
30 ROCKEFELLER PLZ
NEW YORK, NY 10112

MAIL PAYMENT TO:

Thomson & Thomson Inc.
P.O. Box 71892
Chicago, IL 60694-1892

Fed. ID# 03-0492946

TERMS: Net 30 DAYS

Invoice No.: 1103909-1
Invoice Date: 04/20/2004
Ref. No.:

Firm No.: 8034-2
Order Date: 04/05/2004
Team ID: 19

Please refer to invoice number on all inquiries

Ship To:

ARIAN SULTAN
NATIONAL BROADCASTING CO
30 ROCKEFELLER PLZ
NEW YORK, NY 10112

## INVOICE

| | |
|---|---|
| Total Marks: 1 | |
| THE ULTIMATE AUDITION - Deposit | |

Current Charges:    560.00
Discount:           (12.50)
SubTotal:           547.50
TOTAL DUE:          547.50  USD

*Approved 5/5/04* [handwritten signature]

*Acct #0A 6 P 702 65 732 300   J.M. 5-5-04* [handwritten]

---

**THOMSON & THOMSON** ™

500 Victory Road
North Quincy, MA 02172-3145
Phone: 800-692-8833   617-479-1600
Fax: 617-786-8273
http://www.thomson-thomson.com

VISA ☐   MASTERCARD ☐   AMEX ☐

Cardholder Name: _____
Card Number: _____
Exp. Date (MM/YY): __ / __
Signature: _____

| Firm No.: | Invoice Date: | Invoice No.: | Amount Due: | Amount Paid: |
|---|---|---|---|---|
| 8034-2 | 04/20/2004 | 1103909-1 | 547.50  USD | |

ARIAN SULTAN
NATIONAL BROADCASTING CO
30 ROCKEFELLER PLZ
NEW YORK, NY 10112

MAIL PAYMENT TO:
Thomson & Thomson Inc.
P.O. Box 71892
Chicago, IL 60694-1892

1103909-1

ORIGINAL                                                          Page 1

# THOMSON & THOMSON

| | | | | Invoice No.: 1103909-1 |
|---|---|---|---|---|
| | | | | Invoice Date: 04/20/2004 |
| | | | | Ref. No.: |

| ITEM | CODE | TYPE OF SERVICE | DESCRIPTION | QTY | UNIT $ | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 7207 | CERTIFIED COPY (C/O) | Service Base Charge: | 1.00 | | 125.00 |
| | | | SubTotal: | | | 125.00 |
| | | | Discount 10.00% | | | (12.50) |
| | | | Total Charges: | | | USD 112.50 |
| 2 | 7204 | CERTIFIED FEES (C/O) | Service Base Charge: | 1.00 | | 435.00 |
| | | | SubTotal: | | | 435.00 |
| | | | Total Charges: | | | USD 435.00 |
| | | | INVOICE TOTAL: | | | USD 547.50 |

MARKS:   THE ULTIMATE AUDITION - Deposit



# NBC A/P Buckslip

NBC  CNBC  MSNBC

**SUBMIT (with Invoice) To:**

*Internal Mail:* NBC Accounts Payable - ACS
Cape Coral, FL

*External Mail:* ACS - BPS
NBC Accounts Payable
PO Box 152428
Cape Coral, FL 33990

| Invoice No. | |
|---|---|
| GSL# (customer # optional) | |

* One Buckslip per Invoice

(Shaded Areas Must Be Filled In)

| AMOUNT | Apply Tax | BU 3-digits | DEPT 4-digits | ACCOUNT 8-digits | SHOW CODE | PROD CODE | CA 8-digits | LINE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 547.50 | | 0A6 | 8702 | 65732300 | | | | Quaglia, Brown |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | Total Sales Tax | | | | | | |
| | | **INVOICE TOTAL** | | | | | | |

**Payment Message** (Check Stub Message. Must be less than 30 characters):

| Preparer | Name: Joyce Maffettone | Dial Comm: 324-3415 | Room No. 1088E | Loc: NY |
|---|---|---|---|---|
| Approver (1st Level) | Name: Daniel Kummer | Dial Comm: 324-4017 | Room No. 1000E | Loc: NY |
| Approver (2nd Level - if required) | Name: | Dial Comm: | Room No. | Loc: |

**Please Complete this Section for New Vendors**

1099 Applicability ☐ YES → SS # ___ TIN # ___

W-9 Required ☐ YES ☐ NO
(W-9 required if Vendor not Incorporated or Amount > $10,000)

**Sales and Use Tax Section**

(Any Questions? Call the NBC Tax Department at (212) 664-2227)

Use Tax Accrual ☐ YES ☐ NO
If YES
Use Tax Code: ___
Use Tax Rate: ___

**Special Check Handling Instructions**

Send Check To:
- NY CF&A - 30 Rock ☐ (1)
- Burbank - Treasury ☐ (2)
- CNBC - Ft Lee ☐ (3)
- MSNBC - Secaucus ☐ (4)
- TV Station Location ☐ (5)

Please complete the recipient name and dial-comm/ext for locations (1), (2), (3), (4)
(name)    (dial-comm/ext)

$0.00   Remarks:   12/18/01

Atkinson-Baker, Inc. -- Main Office
500 N. Brand Boulevard, Third Floor
Glendale, CA  91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Deb Ryan, dryan@depo.com.

ABI's Federal ID#:  95-4189037

Setting Firm:  Johnson & Rishwain
Taking Attorney:  Neville L. Johnson
Case Name:  Quaglia vs Bravo
Case #:  04 10460 GAO



INVOICE # 9E08EB1C
FIRM # 1187139
INVOICE DATE 11/19/2004
DUE UPON RECEIPT

Michelle Fang
National Broadcasting Company, Inc.
330 Bob Hope Drive
Burbank, CA  91523

*Quaglia v Bravo*

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of David Clair, taken November 4, 2004. | $ 453.50 |
| OA6 8702-657 32300  Q.M. 12-15-04 | |
| BALANCE DUE | $ 453.50 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

Approved 12/15/04
Dalia Kamaga

· · · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · · ·

BALANCE DUE  $453.50

INVOICE # 9E08EB1C
FIRM # 1187139

For:  Certified copy of the reporter's transcript of the deposition of David Clair, taken November 4, 2004.

From:

Michelle Fang
National Broadcasting Company, Inc.
330 Bob Hope Drive
Burbank, CA  91523

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA  91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.



# NBC
## A/P Buckslip

**SUBMIT (with Invoice) To:**

Internal Mail: NBC Accounts Payable - ACS
Cape Coral, FL

External Mail: ACS - BPS
NBC Accounts Payable
PO Box 152428
Cape Coral, FL 33990

Invoice No.
GSL# (customer # optional)

* One Buckslip per Invoice

(Shaded Areas Must Be Filled In)

| AMOUNT | Apply Tax | BU 3-digits | DEPT 4-digits | ACCOUNT 8-digits | SHOW CODE | PROD CODE | CA 8-digits | LINE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 453.50 | | 0A6 | 8702 | 65732300 | | | | Puglia v Bravo |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | Total Sales Tax | | | | | | |
| | | INVOICE TOTAL | | | | | | |

**Payment Message** (Check Stub Message. Must be less than 30 characters):

| | Name: | Dial Comm: | Room No. | Loc: |
|---|---|---|---|---|
| Preparer | Joyce Maffettone | 324-3415 | 1088E | NY |
| Approver (1st Level) | Daniel Kummer | 324-4017 | 1000E | NY |
| Approver (2nd Level - if required) | | | | |

**Please Complete this Section for New Vendors**

1099 Applicability  ☐ YES   SS# ___  TIN # ___

W-9 Required  ☐ YES  ☐ NO
(W-9 required if Vendor not Incorporated or Amount > $10,000)

**Sales and Use Tax Section**

(Any Questions? Call the NBC Tax Department at (212) 664-2227)
Use Tax Accrual  ☐ YES  ☐ NO
If YES
Use Tax Code: ___
Use Tax Rate: ___

**Special Check Handling Instructions**

Please complete the recipient name and dial-comm/ext for locations (1), (2), (3), (4)
(name)   (dial-comm/ext)

Send Check To:
NY CF&A - 30 Rock ☐ (1)
Burbank - Treasury ☐ (2)
CNBC - Ft Lee ☐ (3)
MSNBC - Secaucus ☐ (4)
TV Station Location ☐ (5)

$0.00   Remarks:   12/18/01

Atkinson-Baker, Inc. -- Main Office
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Deb Ryan, dryan@depo.com.

ABI's Federal ID#: 95-4189037

Setting Firm: Johnson & Rishwain
Taking Attorney: Neville L. Johnson
Case Name: Quaglia vs Bravo
Case #: 04-10460 GAO



Michelle Fang
National Broadcasting Company, Inc.
330 Bob Hope Drive
Burbank, CA 91523

*Quaglia v Bravo*

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Nicole Torre, taken November 5, 2004. | $ 356.50 |
| 0A68702 6573230 Q.M. 12-15-04 | |
| BALANCE DUE | $ 356.50 |

Approved 12/15/04

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · ·

BALANCE DUE  $356.50

INVOICE # 9E08EB2C
FIRM # 1187139

For: Certified copy of the reporter's transcript of the deposition of Nicole Torre, taken November 5, 2004.

From:

Michelle Fang
National Broadcasting Company, Inc.
330 Bob Hope Drive
Burbank, CA 91523

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

RECEIVED
DEC 0 2 2004

If you have already paid for this service by COD, then this invoice is for your records only.

MICHELLE R. FANG



# NBC A/P Buckslip

**SUBMIT (with Invoice) To:**

*Internal Mail:* NBC Accounts Payable – ACS
Cape Coral, FL

*External Mail:* ACS – BPS
NBC Accounts Payable
PO Box 152428
Cape Coral, FL 33990

| Invoice No. | |
|---|---|
| GSL# (customer # optional) | |

* One Buckslip per Invoice

(Shaded Areas Must Be Filled In)

| AMOUNT | Apply Tax | BU 3-digits | DEPT 4-digits | ACCOUNT 8-digits | SHOW CODE | PROD CODE | CA 8-digits | LINE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 356.50 | | 0A6 | 8702 | 65732300 | | | | Quaglia v Rienzo |
| | | | | | | | | |
| | | Total Sales Tax | | | | | | |
| | | INVOICE TOTAL | | | | | | |

**Payment Message** (Check Stub Message. Must be less than 30 characters):

| | Name: | Dial Comm: | Room No. | Loc: |
|---|---|---|---|---|
| Preparer | Joyce Maffettone | 324-3415 | 1088E | NY |
| Approver (1st Level) | Daniel Kummer | 324-4017 | 1000E | NY |
| Approver (2nd Level - if required) | | | | |

**Please Complete this Section for New Vendors**

1099 Applicability  ☐ YES → SS# _____  TIN # _____

W-9 Required  ☐ YES  ☐ NO
(W-9 required if Vendor not Incorporated or Amount > $10,000)

**Sales and Use Tax Section**

(Any Questions? Call the NBC Tax Department at (212) 664-2227)

Use Tax Accrual  ☐ YES  ☐ NO
IF YES
Use Tax Code: _____
Use Tax Rate: _____

**Special Check Handling Instructions**

Send Check To:
- NY CF&A - 30 Rock ☐ (1)
- Burbank - Treasury ☐ (2)
- CNBC - Ft Lee ☐ (3)
- MSNBC - Secaucus ☐ (4)
- TV Station Location ☐ (5)

Please complete the recipient name and dial-comm/ext for locations (1), (2), (3), (4)
(name)                   (dial-comm/ext)

$0.00    Remarks:                                         12/18/01

4/14/2005 13:19    1818-551-7336    Atkinson-Baker, Inc.    Deborah Ryan →    2/2

Atkinson-Baker, Inc.  
Court Reporters  
500 N. Brand Boulevard, Third Floor  
Glendale, CA 91203-4725

800-288-3376  
800-925-5910 fax  
www.depo.com

Federal ID#: 95-4189037

Invoice To:

Daniel Kummer  
National Broadcasting Company, Inc.  
30 Rockefeller Plaza  
New York, NY 10112

Your Firm#: 1208388  
Invoice#: 9E0A6D9C  
Invoice Date: January 12, 2005  
Due Date: On Receipt

Case: Quaglia vs Bravo    #: 04-10460-GAO

---- Item ---------------------------------------------- Amount
---------------

Certified copy of the reporter's    $    288.90
transcript of the deposition of
Debbie DeMontreux, taken December
17, 2004.

Balance Due . . . . . . . . . . . . . . . . .    $    293.23

Approval — Ok to pay  
Daniel Kummer 5/4/05

0A6870265732300  
gm 5-4-05



# NBC A/P Buckslip

NBC   CNBC   MSNBC

**SUBMIT (with Invoice) To:**

*Internal Mail:* NBC Accounts Payable - ACS
Cape Coral, FL

*External Mail:* ACS - BPS
NBC Accounts Payable
PO Box 152428
Cape Coral, FL. 33990

| Invoice No. | |
|---|---|
| GSL# (customer # optional) | |

* One Buckslip per Invoice

(Shaded Areas Must Be Filled In)

| AMOUNT | Apply Tax | BU 3-digits | DEPT 4-digits | ACCOUNT 8-digits | SHOW CODE | PROD CODE | CA 8-digits | LINE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 293.23 | | 0A6 | 8702 | 65732300 | | | | Quaglia |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | Total Sales Tax | | | | | | |
| | | INVOICE TOTAL | | | | | | |

**Payment Message** (Check Stub Message. Must be less than 30 characters):

| Preparer | Name: Joyce Maffettone | Dial Comm: 324-3415 | Room No. 1088E | Loc: NY |
|---|---|---|---|---|
| Approver (1st Level) | Name: Daniel Kummer | Dial Comm: 324-4017 | Room No. 1000E | Loc: NY |
| Approver (2nd Level - if required) | Name: | Dial Comm: | Room No. | Loc: |

1099 Applicability  ☐ YES → SS# / TIN#

W-9 Required  ☐ YES  ☐ NO
(W-9 required if Vendor not Incorporated or Amount > $10,000)

(Any Questions? Call the NBC Tax Department at (212) 664-2227)
Use Tax Accrual  ☐ YES  ☐ NO
If YES
Use Tax Code:
Use Tax Rate:

Send Check To:
NY CF&A - 30 Rock ☐ (1)
Burbank - Treasury ☐ (2)
CNBC - Ft Lee ☐ (3)
MSNBC - Secaucus ☐ (4)
TV Station Location ☐ (5)

Please complete the recipient name and dial-comm/ext for locations (1), (2), (3), (4)
(name)     (dial-comm/ext)

$0.00   Remarks:   12/18/01



**Esquire Corporate Services Division**
**Esquire Deposition Services**
A Hobart West Company
5410 NW 33rd Avenue, Suite 100
Ft. Lauderdale, Florida 33309
(888) 486-4044/(888)486-6007
Tax ID# 22-3779684

04/01/2005

557261   BORRJ01

| INVOICE NUMBER | DATE |
|---|---|
| 143426 CSD | 01/25/2005 |

To:

NBC/NY
30 Rockefeller Plaza
Suite 1088 East
New York   , NY    10112
ATTN:  DANIEL KUMMER, ESQ

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER N/A          NON CORP - BILL LAW FIRM

CAPTION:  QUAGLIA VS. NBC
   SERVICES PROVIDED ON:     01/11/2005

| | | |
|---|---|---|
| CONDENSED TRANSCRIPT | | 25.00 |
| FRANK QUAGLIA | 1 - 297  297.00 PGS @ $2.60 | 772.20 |
| ASCII DISK | | 25.00 |
| EXHIBITS & TABS | | 173.25 |
| SHIPPING & HANDLING | | 20.00 |
| ADMINISTRATIVE FEE | | 10.00 |
| MBX BILL LAW FIRM | | |

**PLEASE NOTE INV # ON REMIT**
INVOICED BY DC
THANK YOU

ENCL: 1CC

PAYMENTS RECEIVED   **PAST DUE** 0.00   PLEASE SEND PAYMENT

TOTAL   **1,025.45**   Thank You!

(We accept VISA, Mastercard & American Express cards)
**For Invoice Questions Please Call**
(800) 833-4011   Fax (973) 377-9543

Please detach and send with payment

*Approved - OK to pay*
*Daniel Kummer  5/4/05*
0468 702-657 32300
5-4-05

Remit To:

**ESQUIRE CORPORATE SERVICES DIVISION**
P.O. BOX 827829
Philadelphia PA 19182-7829
Tax ID # 22-3779684

NBC/NY
ATTN: DANIEL KUMMER, ESQ
30 Rockefeller Plaza
Suite 1088 East
New York   , NY   10112

JOB:   557261   TOT:   $1,025.45
INVOICE#:   143426 CSD
DATE:   04/01/2005

**ESQUIRE**
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



# NBC A/P Buckslip

NBC  CNBC  MSNBC

**SUBMIT (with Invoice) To:**

*Internal Mail:* NBC Accounts Payable - ACS
Cape Coral, FL

*External Mail:* ACS - BPS
NBC Accounts Payable
PO Box 152428
Cape Coral, FL 33990

| Invoice No. | |
|---|---|
| GSL# (customer # optional) | |

* One Buckslip per Invoice

(Shaded Areas Must Be Filled In)

| AMOUNT | Apply Tax | BU 3-digits | DEPT 4-digits | ACCOUNT 8-digits | SHOW CODE | PROD CODE | CA 8-digits | LINE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 1,025.45 | | 0A6 | 8702 | 65732300 | | | | Quaglia |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | Total Sales Tax | | | | | | |
| | | INVOICE TOTAL | | | | | | |

**Payment Message** (Check Stub Message. Must be less than 30 characters):

| Preparer | Name: Joyce Maffettone | Dial Comm: 324-3415 | Room No. 1088E | Loc: NY |
|---|---|---|---|---|
| Approver (1st Level) | Name: Daniel Kummer | Dial Comm: 324-4017 | Room No. 1000E | Loc: NY |
| Approver (2nd Level - if required) | Name: | Dial Comm: | Room No. | Loc: |

1099 Applicability  ☐ YES → SS# / TIN#

W/-9 Required  ☐ YES  ☐ NO
(W-9 required if Vendor not incorporated or Amount > $10,000)

(Any Questions? Call the NBC Tax Department at (212) 664-2227)
Use Tax Accrual  ☐ YES  ☐ NO
if YES
Use Tax Code:
Use Tax Rate:

Send Check To:
NY CF&A - 30 Rock ☐ (1)
Burbank - Treasury ☐ (2)
CNBC - Ft Lee ☐ (3)
MSNBC - Secaucus ☐ (4)
TV Station Location ☐ (5)

Please complete the recipient name and dial-comm/ext for locations (1), (2), (3), (4)
(name)    (dial-comm/ext)

$0.00    Remarks:    12/18/01