# EXHIBIT A

**FRANK QUAGLIA v. BRAVO NETWORKS, NATIONAL
BROADCASTING COMPANY, INC., doing business as NBC; RAINBOW
PROGRAMMING HOLDINGS, INC., and DOES 1-10**
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Action No. 04-10460 RWZ

## BINGHAM MCCUTCHEON LLP ATTORNEYS FEES AND DISBURSEMENTS

| Date of Invoice | Invoice number | Fees billed | Disbursement billed |
|---|---|---|---|
| 4/14/04 | 2093693 | $198.00 | $0 |
| 5/21/04 | 2101533 | $1,089.00 | $20.30 |
| 6/22/04 | 215567 | $1,881.00 | $246.72 |
| 7/22/04 | 2112702 | $742.50 | $20.00 |
| 9/17/04 | 2123377 | $247.50 | $0 |
| 12/15/04 | 2141185 | $724.50 | $33.60 |
| 1/31/05 | 2147205 | $198.00 | $0 |
| 3/29/05 | 2158395 | $841.50 | $14.04 |
| 7/20/05 | 2183153 | $2,548.00 | $40.70 |
| 8/16/05 | 2189859 | $800.00 | $71.01 |
| 9/22/05 | 2196500 | $2,378.00 | $85.32 |
| 10/17/05 | 2202166 | $0 | $329.86 |
| **Totals:** | | **$11,648.00** | **$861.55** |

**GRAND TOTAL: $12,509.55**

# EXHIBIT B

**BINGHAM McCUTCHEN**

National Broadcasting Company
30 Rockefeller Plaza
New York, NY 10112

Bingham McCutchen LLP
399 Park Avenue
New York, NY
10022-4689
T 212.705.7000
F 212.752.5378

Invoice: 2093693
April 14, 2004

FEDERAL I.D. NUMBER: 04-2255187

For professional services rendered in connection with Quaglia v. Bravo Networks for the period through March 31, 2004.

**Fact Investigation/Development**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/26/04 | J. Albano | 0.40 | Telephone conference with Mr. Kummer and Ms. Berwick regarding Quaglia's contacts with Bravo. |
| Total | | 0.40 | |

Total for Services                                                    $198.00

OUR REF:     0795811/0000307684.01378



National Broadcasting Company

Invoice: 2093693
April 14, 2004
Page: 2

FEDERAL I.D. NUMBER: 04-2255187

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| J. Albano | 0.40 | 495.00 | 198.00 |
| Total All Timekeepers | 0.40 | | $198.00 |

OUR REF:    0795811/0000307684.01378

**BINGHAM McCUTCHEN**

National Broadcasting Company
30 Rockefeller Plaza
New York, NY 10112

Bingham McCutchen LLP
399 Park Avenue
New York, NY
10022-4689
T 212.705.7000
F 212.752.5378

Invoice: 2101533
May 21, 2004

FEDERAL I.D. NUMBER: 04-2256187

For professional services rendered in connection with Quaglia v. Bravo Networks for the period through April 30, 2004.

**Pleadings**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/27/04 | J. Albano | 0.40 | Draft pro hac vice papers for NBC, Bravo and Rainbow and emails regarding same. |
| 04/29/04 | J. Albano | 0.20 | Finalize and file Rainbow pro hac vice papers; email to Mr. Kummer. |
| 04/30/04 | J. Albano | 1.60 | Review answers of NBC, Bravo and Rainbow for consistency; emails to Rainbow counsel regarding same; telephone conference with Mr. Kummer; prepare disclosure statements and file NBC pro hac vice papers and defendants' answers. |
| Total | | 2.20 | |

Total for Services                                              $1,089.00

Firm Charges for Disbursements

| Cost | Amount |
|------|--------|
| Copy Charges | $   20.30 |

Total for Disbursements                                          $20.30

Total for Services and Disbursements                            $1,109.30

OUR REF:     079581I/0000307684.01378



National Broadcasting Company

Invoice: 2101533
May 21, 2004
Page:  2

FEDERAL I.D. NUMBER:  04-2255187

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| J. Albano | 2.20 | 495.00 | 1,089.00 |
| Total All Timekeepers | 2.20 | | $1,089.00 |

OUR REF:     0795811/0000307684.01378

**BINGHAM McCUTCHEN**

National Broadcasting Company
30 Rockefeller Plaza
New York, NY 10112

Invoice: 2105567
June 22, 2004

Bingham McCutchen LLP
399 Park Avenue
New York, NY
10022-4689
T 212.705.7000
F 212.752.5378

FEDERAL I.D. NUMBER: 04-2255187

For professional services rendered in connection with Quaglia v. Bravo Networks for the period through May 31, 2004.

### Case Assessment, Development and Administration

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/11/04 | J. Albano | 0.50 | Review notice of recusal order and scheduling conference from Judge Zobel and requirements for joint statement filing; email to counsel regarding same. |
| 05/21/04 | J. Albano | 0.80 | Conference with co-counsel to prepare for scheduling conference and required conference with opposing counsel; telephone conference with opposing counsel regarding scheduling conference filings. |
| Total | | 1.30 | |

### Pre-Trial Pleadings and Motions

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/25/04 | J. Albano | 2.50 | Review and revise draft joint statement; draft Rule 16.1 certifications; multiple calls and emails with co-counsel and opposing counsel regarding filings; attention to finalizing and filing joint statement and certifications on behalf of defendants. |
| Total | | 2.50 | |

OUR REF:    0795811/0000307684.01378

**BINGHAM McCUTCHEN**

National Broadcasting Company

Invoice: 2105567
June 22, 2004
Page: 2

FEDERAL I.D. NUMBER: 04-2255187

Total for Services                                    $1,881.00

Firm Charges for Disbursements

| Cost | | Amount |
|---|---|---|
| Copy Charges | $ | 7.00 |
| Fax | | 28.50 |
| Filing Fees | | 150.00 |
| Messenger | | 51.68 |
| Postage | | 9.54 |

Total for Disbursements                              $246.72

Total for Services and Disbursements                 $2,127.72

OUR REF:     0795811/0000307684.01378

**BINGHAM McCUTCHEN**

National Broadcasting Company

Invoice: 2105567
June 22, 2004
Page: 3

FEDERAL I.D. NUMBER: 04-2255187

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| J. Albano | 3.80 | 495.00 | 1,881.00 |
| Total All Timekeepers | 3.80 | | $1,881.00 |

OUR REF:    079581 1/0000307684.01378



National Broadcasting Company
30 Rockefeller Plaza
New York, NY 10112

Bingham McCutchen LLP
399 Park Avenue
New York, NY
10022-4689
T 212.705.7000
F 212.752.5378

Invoice: 2112702
July 22, 2004

FEDERAL I.D. NUMBER: 04-2255187

For professional services rendered in connection with Quaglia v. Bravo Networks for the period through June 30, 2004.

**Court Mandated Conferences**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/02/04 | J. Albano | 1.50 | Meeting with Mr. Kummer and Mr. Slotnick and attend Rule 16 conference in federal court. |
| Total | | 1.50 | |

Total for Services                                              $742.50

Firm Charges for Disbursements

| Cost | | Amount |
|------|---|--------|
| Messenger | $ | 20.00 |

Total for Disbursements                                         $20.00

Total for Services and Disbursements                            $762.50

OUR REF:      0795811/0000307684.01378



National Broadcasting Company

Invoice: 2112702
July 22, 2004
Page: 2

FEDERAL I.D. NUMBER: 04-2255187

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| J. Albano | 1.50 | 495.00 | 742.50 |
| Total All Timekeepers | 1.50 | | $742.50 |

OUR REF:    0795811/0000307684.01378

**BINGHAM McCUTCHEN**

National Broadcasting Company
30 Rockefeller Plaza
New York, NY 10112

Bingham McCutchen LLP
399 Park Avenue
New York, NY
10022-4689
T 212.705.7000
F 212.752.5378

Invoice: 2123377
September 17, 2004

FEDERAL I.D. NUMBER: 04-2255187

For professional services rendered in connection with Quaglia v. Bravo Networks for the period through August 31, 2004.

**Discovery Motions**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/05/04 | J. Albano | 0.20 | Review draft confidentiality agreement and local rules; email to defense counsel regarding same. |
| 08/09/04 | J. Albano | 0.30 | Revise page 6 of confidentiality agreement. |
| Total | | 0.50 | |

Total for Services                                                      $247.50

OUR REF:      0795811/0000307684.01378

**BINGHAM McCUTCHEN**

National Broadcasting Company

Invoice: 2123377
September 17, 2004
Page: 2

FEDERAL I.D. NUMBER: 04-2255187

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| J. Albano | 0.50 | 495.00 | 247.50 |
| Total All Timekeepers | 0.50 | | $247.50 |

OUR REF:     079581I/0000307684.01378

**BINGHAM McCUTCHEN**

National Broadcasting Company
30 Rockefeller Plaza
New York, NY 10112

Bingham McCutchen LLP
399 Park Avenue
New York, NY
10022-4689
T 212.705.7000
F 212.752.5378

Invoice: 2141185
December 15, 2004

FEDERAL I.D. NUMBER: 04-2255187

For professional services rendered in connection with Quaglia v. Bravo Networks for the period through November 30, 2004.

<u>Case Administration</u>

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/11/04 | M. Mitchell | 2.10 | Strategy conference with Mr. Albano regarding request for extension of discovery schedule; draft motion regarding the same; discussions with co-counsel and clerk regarding same. |
| Total | | 2.10 | |

Total for Services                                   $724.50

Firm Charges for Disbursements

| Cost | | Amount |
|------|---|--------|
| Copy Charges | $ | 1.60 |
| Fax | | 24.00 |
| Messenger | | 8.00 |

Total for Disbursements                           <u>$33.60</u>

Total for Services and Disbursements          <u>$758.10</u>

OUR REF:    0795811/0000307684.01378

**BINGHAM McCUTCHEN**

National Broadcasting Company

Invoice: 2141185
December 15, 2004
Page: 2

FEDERAL I.D. NUMBER: 04-2255187

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| M. Mitchell | 2.10 | 345.00 | 724.50 |
| Total All Timekeepers | 2.10 | | $724.50 |

OUR REF:    0795811/0000307684.01378

**BINGHAM McCUTCHEN**

National Broadcasting Company
30 Rockefeller Plaza
New York, NY 10112

Invoice: 2147205
January 31, 2005

Bingham McCutchen LLP
399 Park Avenue
New York, NY
10022-4689
T 212.705.7000
F 212.752.5378

FEDERAL I.D. NUMBER: 04-2255187

For professional services rendered in connection with Quaglia v. Bravo Networks for the period through December 31, 2004.

**Analysis/Strategy**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/01/04 | J. Albano | 0.40 | Emails to co-counsel, opposing counsel and court regarding scheduling conference. |
| Total | | 0.40 | |

Total for Services                                                    $198.00

OUR REF:     0795811/0000307684.01378

**BINGHAM McCUTCHEN**

National Broadcasting Company

Invoice: 2147205
January 31, 2005
Page: 2

FEDERAL I.D. NUMBER: 04-2255187

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| J. Albano | 0.40 | 495.00 | 198.00 |
| Total All Timekeepers | 0.40 | | $198.00 |

OUR REF:    0795811/0000307684.01378

**BINGHAM McCUTCHEN**

National Broadcasting Company
30 Rockefeller Plaza
New York, NY 10112

Bingham McCutchen LLP
399 Park Avenue
New York, NY
10022-4689
T 212.705.7000
F 212.752.5378

Invoice: 2158395
March 29, 2005

FEDERAL I.D. NUMBER: 04-2256187

For professional services rendered in connection with Quaglia v. Bravo Networks for the period through February 28, 2005.

### Case Assessment, Development and Administration

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/08/05 | J. Albano | 0.20 | Emails to and from client and telephone conference with clerk regarding scheduling conference. |
| Total | | 0.20 | |

### Trial and Hearing Attendance

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/10/05 | J. Albano | 1.50 | Attend scheduling conference. |
| Total | | 1.50 | |

Total for Services                                              $841.50

Firm Charges for Disbursements

| Cost | Amount |
|------|--------|
| Overnight/Express Delivery | $  14.04 |

Total for Disbursements                                         $14.04

Total for Services and Disbursements                            $855.54

OUR REF:    0795811/0000307684.01378



National Broadcasting Company

Invoice: 2158395
March 29, 2005
Page: 2

FEDERAL I.D. NUMBER: 04-2255187

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| J. Albano | 1.70 | 495.00 | 841.50 |
| Total All Timekeepers | 1.70 | | $841.50 |

OUR REF:     0795811/0000307684.01378