**BINGHAM McCUTCHEN**

National Broadcasting Company  
30 Rockefeller Plaza  
New York, NY 10112

Bingham McCutchen LLP  
399 Park Avenue  
New York, NY  
10022-4689  
T 212.705.7000  

Invoice: 2183153  
July 20, 2005

F 212.752.5378

FEDERAL I.D. NUMBER: 04-2255187

For professional services rendered in connection with Quaglia v. Bravo Networks for the period through June 30, 2005.

## Case Administration

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/09/05 | J. Albano | 1.70 | Review Quaglia motion and file before status conference; attend status conference; meeting with Mr. Quaglia; email to client regarding same; respond to email from Ms. Vasey regarding filing schedule. |
| 06/13/05 | J. Albano | 0.40 | Review Rainbow opposition papers and email to Ms. Vasey regarding same. |
| 06/14/05 | J. Albano | 2.30 | Review and revise opposition and response to motion to compel on behalf of Rainbow, Bravo and NBC; multiple emails regarding filings; draft motion for leave to file fax copy of Huffman declaration; final check on Rainbow's filings; telephone conference with Mr. Kummer; finalize filings and attention to service. |
| 06/30/05 | J. Albano | 0.50 | Review Ms. Vasey's papers; emails regarding same; review Mr. Kummer's draft; email regarding same. |
| Total | | 4.90 | |

Total for Services                                                           $2,548.00

Firm Charges for Disbursements

| Cost | Amount |
|---|---|
| Copy Charges | $ 35.70 |
| Index | 5.00 |

Total for Disbursements                                                           $40.70

Total for Services and Disbursements                                       $2,588.70

OUR REF:   0795811/0000307684.01378



National Broadcasting Company

Invoice: 2183153
July 20, 2005
Page: 2

FEDERAL I.D. NUMBER: 04-2255187

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| J. Albano | 4.90 | 520.00 | 2,548.00 |
| Total All Timekeepers | 4.90 | | $2,548.00 |

OUR REF:   0795811/0000307684.01378

**BINGHAM McCUTCHEN**

National Broadcasting Company
30 Rockefeller Plaza
New York, NY 10112

Bingham McCutchen LLP
399 Park Avenue
New York, NY
10022-4689
T 212.705.7000
F 212.752.5378

Invoice: 2189859
August 16, 2005

FEDERAL I.D. NUMBER: 04-2255187

For professional services rendered in connection with Quaglia v. Bravo Networks for the period through July 31, 2005.

**Analysis/Strategy**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/21/05 | S. Madar | 0.20 | Telephone conference with Ms. Vasey regarding filing. |
| 07/22/05 | S. Madar | 2.60 | Telephone conference with Ms. Pepper and Ms. Vasey regarding filing; prepare and file for summary judgment; draft cover letter to court; prepare and serve plaintiff with motion for summary judgment. |
| 07/25/05 | S. Madar | 0.40 | Draft cover letter to clerk enclosing videotape; draft cover letter to court enclosing omitted exhibit; communicate with Ms. Vasey regarding filing. |
| Total | | 3.20 | |

Total for Services                                                                 $800.00

Firm Charges for Disbursements

| Cost | Amount |
|---|---|
| Copy Charges | $ 39.20 |
| Messenger | 24.00 |
| Postage | 3.96 |
| Telephone Charges | 3.85 |

Total for Disbursements                                                           $71.01

Total for Services and Disbursements                                           $871.01

OUR REF:   079581 1/0000307684.01378

**BINGHAM McCUTCHEN**

National Broadcasting Company

Invoice: 2189859
August 16, 2005
Page: 2

FEDERAL I.D. NUMBER: 04-2255187

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| S. Madar | 3.20 | 250.00 | 800.00 |
| Total All Timekeepers | 3.20 | | $800.00 |

OUR REF:   0795811/0000307684.01378

**BINGHAM McCUTCHEN**

National Broadcasting Company
30 Rockefeller Plaza
New York, NY 10112

Bingham McCutchen LLP
399 Park Avenue
New York, NY
10022-4689
T 212.705.7000

Invoice: 2196500
September 22, 2005

F 212.752.5378

FEDERAL I.D. NUMBER: 04-2255187

For professional services rendered in connection with Quaglia v. Bravo Networks for the period through August 31, 2005.

### Case Assessment, Development and Administration

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/08/05 | J. Albano | 0.80 | Emails and voicemail from Ms. Vasey regarding Quaglia court filing and arrange for retrieval from courthouse per Ms. Vasey's request. |
| 08/08/05 | D. Thomson | 0.20 | Coordinate retrieval of docket and requested documents from federal court per Mr. Albano. |
| 08/18/05 | J. Albano | 1.10 | Emails from Ms. Vasey regarding Quaglia filing; review draft reply brief; telephone conferences with Ms. Vasey regarding form requirements for reply brief. |
| Total | | 2.10 | |

### Pleadings

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/19/05 | J. Albano | 0.80 | Attention to filing of reply brief and declarations in Quaglia. |
| Total | | 0.80 | |

### Trial and Hearing Attendance

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/25/05 | J. Albano | 1.80 | Attend Quaglia summary judgment hearing. |
| Total | | 1.80 | |

OUR REF:   0795811/0000307684.01378

**BINGHAM McCUTCHEN**

National Broadcasting Company

Invoice: 2196500
September 22, 2005
Page: 2

FEDERAL I.D. NUMBER: 04-2255187

Total for Services $2,378.00

Firm Charges for Disbursements

| Cost | Amount |
|---|---|
| Copy Charges | $ 1.20 |
| Messenger | 39.75 |
| Postage | 2.12 |
| Overnight/Express Delivery | 42.25 |

Total for Disbursements $85.32

Total for Services and Disbursements $2,463.32

OUR REF:   0795811/0000307684.01378

**BINGHAM McCUTCHEN**

National Broadcasting Company

Invoice: 2196500
September 22, 2005
Page: 3

FEDERAL I.D. NUMBER: 04-2255187

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| J. Albano | 4.50 | 520.00 | 2,340.00 |
| D. Thomson | 0.20 | 190.00 | 38.00 |
| Total All Timekeepers | 4.70 | | $2,378.00 |

OUR REF:   0795811/0000307684.01378

**BINGHAM McCUTCHEN**

National Broadcasting Company  
30 Rockefeller Plaza  
New York, NY 10112

Bingham McCutchen LLP  
399 Park Avenue  
New York, NY  
10022-4689  
T 212.705.7000  
F 212.752.5378

Invoice: 2202166  
October 17, 2005

FEDERAL I.D. NUMBER: 04-2255187

For professional services rendered in connection with Quaglia v. Bravo Networks for the period through September 30, 2005.

Total for Services                                                                 $0.00

Firm Charges for Disbursements

| Cost | Amount |
|---|---|
| Copy Charges | $ 11.10 |
| Depositions & Transcripts | 102.30 |
| Index | 3.00 |
| Messenger | 46.59 |
| Postage | 5.80 |
| Overnight/Express Delivery | 8.57 |
| Search/Research/Filing Services | 152.50 |

Total for Disbursements                                                            $329.86

Total for Services and Disbursements                                               $329.86

OUR REF:   0795811/0000307684.01378