# Frank M Quaglia

## Town of West Boylston

### Earnings Statement

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 Terry Lane | | Employee Id | **1507** | Department | 013255100 | **Check Date** October 6, 2006 |
| Barre, MA 01005 | | Soc Sec Nbr | **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** | Branch | | **Period Beginning** September 17, 2006 |
| | | | | Department | | **Period Ending** September 30, 2006 |

| | Check Number | 147725 |
|---|---|---|
| | Net Pay | 327.78 |
| | Check Amount | 327.78 |

| Earnings | Rate | Hours | Amount | YTD Amt | Deductions | | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|---|
| Regular Ea | 60.0000 | 6.00 | 360.00 | 2,520.00 | OBRA-Ma | | 27.00 | 189.00 |

| Gross Earnings | | 6.00 | 360.00 | 2,520.00 | Deductions | | | 27.00 | 189.00 |
|---|---|---|---|---|---|---|---|---|---|

| Taxes | Status | Taxable | Amount | YTD Amt | Direct Deposits | Type | Transit | Account | Amount |
|---|---|---|---|---|---|---|---|---|---|
| MA | M-7 | 333.00 | | 3.46 | No Direct Deposits | | | | |
| MED | | 360.00 | 5.22 | 36.54 | | | | | |

| Taxes | | | 5.22 | 40.00 |
|---|---|---|---|---|

REMOVE DOCUMENT ALONG THIS PERFORATION

# Frank M Quaglia

# Town of West Boylston

## Earnings Statement

| 35 Terry Lane<br>Barre, MA 01005 | | Employee Id<br>Soc Sec Nbr | 1507<br>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 | Department<br>Branch<br>Department | 013255100 | Check Date<br>Period Beginning<br>Period Ending | September 22, 2006<br>September 3, 2006<br>September 16, 2006 |
|---|---|---|---|---|---|---|---|
| | | | | | | Check Number<br>Net Pay<br>Check Amount | 147627<br>382.22<br>382.22 |

| Earnings | Rate | Hours | Amount | YTD Amt | Deductions | | | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|---|---|
| Regular Ea | 60.0000 | 7.00 | 420.00 | 2,160.00 | OBRA-Ma | | | 31.50 | 162.00 |

| Gross Earnings | | 7.00 | 420.00 | 2,160.00 | Deductions | | | 31.50 | 162.00 |
|---|---|---|---|---|---|---|---|---|---|

| Taxes | Status | Taxable | Amount | YTD Amt | Direct Deposits | Type | Transit | Account | Amount |
|---|---|---|---|---|---|---|---|---|---|
| MA | M-7 | 388.50 | 0.19 | 3.46 | No Direct Deposits | | | | |
| MED | | 420.00 | 6.09 | 31.32 | | | | | |

| Taxes | | | 6.28 | 34.78 |
|---|---|---|---|---|

--------- REMOVE DOCUMENT ALONG THIS PERFORATION ---------

# Frank M Quaglia                 Town of West Boylston                 Earnings Statement

35 Terry Lane
Barre, MA 01005

| | | |
|---|---|---|
| Employee Id | 1507 | |
| Soc Sec Nbr | 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 | |

| | | |
|---|---|---|
| Department | 013255100 | |
| Branch | | |
| Department | | |

| | |
|---|---|
| Check Date | September 8, 2006 |
| Period Beginning | August 20, 2006 |
| Period Ending | September 2, 2006 |
| Check Number | 147534 |
| Net Pay | 218.52 |
| Check Amount | 218.52 |

| Earnings | Rate | Hours | Amount | YTD Amt | Deductions | | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|---|
| Regular Ea | 60.0000 | 4.00 | 240.00 | 1,740.00 | OBRA-Ma | | 18.00 | 130.50 |
| **Gross Earnings** | | **4.00** | **240.00** | **1,740.00** | **Deductions** | | **18.00** | **130.50** |

| Taxes | Status | Taxable | Amount | YTD Amt | Direct Deposits | Type | Transit | Account | Amount |
|---|---|---|---|---|---|---|---|---|---|
| MA | M-7 | 222.00 | | 3.27 | No Direct Deposits | | | | |
| MED | | 240.00 | 3.48 | 25.23 | | | | | |
| **Taxes** | | | **3.48** | **28.50** | | | | | |

--------- REMOVE DOCUMENT ALONG THIS PERFORATION ---------

35 Terry Lane
Barre, MA 01005

Phone:  (978) 355-3456
Fax:     (978) 355-3557
E-mail:  frank_quaglia@hotmail.com

# Frank Quaglia

**Objective**

To use my interpersonal, analytical, planning, and communication skills to benefit an employer who values a creative, ethical, entrepreneurial approach stressing leadership, teamwork, and personal accountability.

**Experience**

2002 – 2005              C. D. Productions              Worcester, MA
**Screenplay Writer / Producer**
- Contracted with an individual to write, produce, and direct a comedic screenplay based upon his life.
- Finished the screenplay and began pre-production work.
- Project ended because it lacked funding.

2000 – 2002              West Boylston High School   West Boylston, MA
**Substitute Teacher / Tutor**
- Taught all subjects to students the first year.
- Tutored special education students in all subjects the second year.

1991 – 2000              Wandering Dreamer            Worcester, MA
**President**
- Created the movies *The Ultimate Audition* and *The Quiet Song of Life*.
- Personally  fundraised to produce these movies, generating $100,000+.
- Successfully managed relationships with the media, schools, film crews, editors, actors, artists, investors, sponsors, and government officials.
- Wrote the children's books *The Quiet Song of Life* and *Nothing Really Matters*.

1989 –1990              Grafton Job Corps              Grafton, MA
**Instructor**
- Taught reading skills to adolescents and young adults.
- Successfully managed relationships with a student population typically characterized as aggressive, violent, and, in some cases, criminal.

1988 – 1989              Fleet of Painters               Holden, MA
**Owner**
- Established a business and employed college students to paint houses.
- Developed all marketing strategies and advertising text.

1986 – 1987              FotoMat Corporation          Grafton, MA
**Supervisor**
- Trained and supervised 10 employees at five locations.
- Significantly increased sales of camera products and accessories.

**Education**

1986                      Worcester State College      Worcester, MA
- BA English

**References**         Available upon request

RECYCLED PAPER MADE FROM 50% POST-CONSUMER CONTENT

AVERY



*Main Office*
*444 Main Street*
*P.O. Box 937 · Athol, MA 01331*
*Tel (978) 249-3200 · (888) 830-3200*
*Fax (978) 249-2467*

*Loan Servicing*
*112 Central Street · Winchendon, MA 01475*
*Tel (978) 297-0260*
*Fax (978) 297-0718*

October 5, 2006

To Whom It May Concern:

The below named Athol Savings Bank customer has Social Security direct deposit for the benefit of Jory Quaglia, Zachary Quaglia, and Forest Quaglia (including SSI Disability direct deposit) in the amount of $2,057.40 to their account #880803226.

Customer Name:    Janet Quaglia
                  35 Terry Lane
                  Barre MA 01005-9265

Sincerely,

Dana Hardy
Customer Service Representative
Barre Branch
Athol Savings Bank

ASHBURNHAM · ATHOL · BALDWINVILLE · GARDNER · WINCHENDON
*MEMBER FDIC*
*MEMBER DIF*



RECYCLED PAPER MADE FROM 50% POST CONSUMER CONTENT

AVERY

| 1. Mass. Division of Unemployment Assistance | 2. BENEFIT DETERMINATION (ALT) REVISED | 3. Page: |
|---|---|---|
| **TEL CLAIMS CTR  P.O. BOX 9694** **BOSTON           MA  02114** Tel.: **\*877-626-6800**  Fax: **617-727-7837** | | **1** **OF** **1** |

MASSACHUSETTS DIVISION OF UNEMPLOYMENT ASSISTANCE

**\*IN AREA CODES 617, 781, 857 AND 339 CALL 617-626-6800.**
**REFER TO THE INSERT "HOW TO READ YOUR BENEFIT DETERMINATION" FOR AN EXPLANATION OF HOW YOUR BENEFITS ARE CALCULATED. CALL THE NUMBER ABOVE WITH QUESTIONS. THIS IS A DETERMINATION OF MONETARY ELIGIBILITY ONLY. IT DOES NOT NECESSARILY ENTITLE YOU TO BENEFITS. YOU HAVE THE RIGHT TO APPEAL THIS DETERMINATION.**

| 4. SSA No.: **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** | 7. Name and Address: | FOR D.U.A. USE ONLY |
|---|---|---|
| 5. Date Mailed:  **12-22-05** | **FRANK      QUAGLIA** **35 TERRY LANE** **BARRE           MA 01005** | **00985** |
| 6. Effective Date: **12-11-05** | | |

| 8. Employer Name | 9. Employer Identification Number | 10. Wg. Cd. | 11. Af. Cd. | 12. Sp. Cd. | 13. Latest Separation Date | 14. BASE PERIOD WAGES PAID BY EACH EMPLOYER | | | | | TOTAL BASE PERIOD WAGES PAID BY EMPLOYER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | XX-XX-XX 01-01-05 TO XX-XX-XX 03-31-05 | 04-01-05 TO 06-30-05 | 07-01-05 TO 09-30-05 | 10-01-05 TO 12-10-05 | LAG | |
| **W H GRAH** | **82-240090** | **S** | **N** | **L** | **12-10-05** | **0.00** | **0.00** | **0.00** | **5567.00** | **8574.00** | **14141.0(** |
| | | | | | | | | | | | 16. TOTAL WAGES |
| 15.  TOTAL ELIGIBLE WAGES BY QUARTER ➡ | | | | | | **0.00** | **0.00** | **0.00** | **5567.00** | **8574.00** | **14141.0(** |

**\* State Law limits potential duration to 26 weeks beginning 03-10-02**

| 17. BENEFIT RATE **330.00** | + | 18. DEPENDENCY ALLOWANCE **75.00** | − | 19. WEEKLY PENSION DEDUCTION **0.00** | = | 20. PAY RATE **405.00** |
|---|---|---|---|---|---|---|

| 21.\* BENEFIT CREDIT **5090** | 22.\* POTENTIAL DURATION **16.0** | 23. EARNINGS EXCLUSION **110.00** | 24. TYPE COMP. FORMULA **%** | 25. AVERAGE WEEKLY WAGE **660.00** |
|---|---|---|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**YOU ARE MONETARILY ELIGIBLE FOR BENEFITS USING YOUR ALTERNATE BASE PERIOD ONLY.  THE BASE PERIOD ELECTION DOES NOT APPLY TO YOUR CLAIM.**

| D.U.A. USE ONLY | | | |
|---|---|---|---|
| Office #: **26** | Claimant Name, Social Security Number: **FRANK    QUAGLIA** | **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** | Determination Mail Date: **12-22-05** |

*Commonwealth of Massachusetts*
Form 1075-8 Rev. 01-21-04



*Massachusetts Department of*
**Workforce**
Development
*Division of Unemployment Assistance*

**TeleCert/WebCert**
**Unemployment Insurance**
**Benefit Claim Certification by Telephone or Web**

Your unemployment insurance benefit check
is attached below. Before you cash the check,
detach it and keep the stub for your records.



☞ **File every week that you are unemployed or working part-time.** (If you worked full-time, you are not eligible for benefits
for that week and should not file.)

**Here's how to file for benefits.**

✓ **Call:** 617-626-6338 or use the Internet. Go to www.mass.gov/dua (follow the instructions on the screen).

✓ **Days/times to file:** Sunday to Friday, from 7:00 a.m. to 7:00 p.m. (same hours on the Internet)
Sunday is the first day of the week you can call to claim benefits for the previous week.
Not available on Saturdays or legal holidays.

✓ **Information you will need:**
☐ Your Social Security Number
☐ For Telecert use your 4-digit Personal Identification Number (PIN). For WebCert log in with a User Name & Password.
☐ The amount of your gross earnings if you worked during the week claimed. Include holiday pay.

✓ **Answer these three questions:**
You are answering these questions only for the week that you are claiming benefits.

☐ During the week claimed, did you look for work?

☐ During the week claimed, were you able to work and available for work?

☐ During the week claimed, did you work or earn holiday pay?
Failure to report employment and wages while collecting Unemployment Insurance may result in penalties and/or prosecution.
(If you answer "yes" to this question, you will be asked to enter the amount of your earnings in dollars and cents. Include holiday
pay. If you do not know how much you earned, you will need to call Telecert again or use WebCert again to report your earnings.
This may delay your benefits).

**To reactivate your claim:**

If you do not claim benefits for even one week - because you returned to work or another reason - your claim will
"close". You may reactivate it by calling the DUA TeleClaim Center. Call one of the numbers below to speak to a claims agent.

Form 1042  Rev 03-29-06

 **TeleClaim Center: Call one of these numbers when you need to speak to a claims agent. Call 1-877-626-6800 if you are calling
from area codes 351, 413, 508, 774, and 978. From any other area code, call 617-626-6800.**

| WEEK ENDING | GROSS EARNINGS | DEP ALLOW | DEDUCTIONS | | | | | | | NET PAYMENT | SEE OTHER |
| | | | EARNINGS | PENSION | CHILD SUPP | OVER PYMT | FED TAX | STATE TAX | HEALTH INS | | SIDE FOR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/06 | 0.00 | 75.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 215.00 | REMINDERS |

| SOC SEC ACCT NO | BENEFIT RATE | CHECK NO | CHECK DATE | CHECK AMOUNT | BALANCE |
|---|---|---|---|---|---|
| XXX-XX-7064 | 330.00 | 24-326994 | 04/10/06 | 215.00 | 0.00 |



 **MASSACHUSETTS DIVISION OF UNEMPLOYMENT ASSISTANCE**

**TeleCert/WebCert**
**Unemployment Insurance**
**Benefit Claim Certification by Telephone or Web**

Your unemployment insurance benefit check
is attached below. Before you cash the check,
detach it and keep the stub for your records.



☞ **File every week that you are unemployed or working part-time.** (If you worked full-time, you are not eligible for benefits for that week and should not file.)

**Here's how to file for benefits.**

✓ **Call:** 617-626-6338 or use the Internet. Go to www.mass.gov/det (follow the instructions on the screen).

✓ **Days/times to file:** Sunday to Friday, from 7:00 a.m. to 7:00 p.m. (same hours on the Internet)
   Sunday is the first day of the week you can call to claim benefits for the previous week.
   Not available on Saturdays or legal holidays.

✓ **Information you will need:**
   ☐ Your Social Security Number
   ☐ For Telecert use your 4-digit Personal Identification Number (PIN). For WebCert log in with a User Name & Password.
   ☐ The amount of your gross earnings if you worked during the week claimed. Include holiday pay.

✓ **Answer these three questions:**
   You are answering these questions only for the week that you are claiming benefits.
   ☐ During the week claimed, did you look for work?
   ☐ During the week claimed, were you able to work and available for work?
   ☐ During the week claimed, did you work or earn holiday pay?
      Failure to report employment and wages while collecting Unemployment Insurance may result in penalties and/or prosecution.
      (If you answer "yes" to this question, you will be asked to enter the amount of your earnings in dollars and cents. Include holiday
      pay. If you do not know how much you earned, you will need to call Telecert again or use WebCert again to report your earnings.
      This may delay your benefits).

**To reactivate your claim:**

If you do not claim benefits for even one week - because you returned to work or another reason - your claim will
"close". You may reactivate it by calling the DUA TeleClaim Center. Call one of the numbers below to speak to a claims agent.

Form 1042 Rev 06-15-04

 **TeleClaim Center: Call one of these numbers when you need to speak to a claims agent. Call 1-877-626-6800 if you are calling
from area codes 351, 413, 508, 774, and 978. From any other area code, call 617-626-6800.**

| WEEK ENDING | GROSS EARNINGS | DEP ALLOW | DEDUCTIONS | | | | | | | NET PAYMENT | SEE OTHER SIDE FOR REMINDERS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | EARNINGS | PENSION | CHILD SUPP | OVER PYMT | FED TAX | STATE TAX | HEALTH INS | | |
| 12/24/05 | 0.00 | 75.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 405.00 |  |

| SOC SEC ACCT NO | BENEFIT RATE | CHECK NO | CHECK DATE | CHECK AMOUNT | BALANCE |
|---|---|---|---|---|---|
| XXX-XX-7064 | 330.00 | 23-031179 | 12/27/05 | 405.00 | 4760.00 |

RECYCLED PAPER MADE FROM 20% POST-CONSUMER CONTENT

AVERY

## Form W-2 (2005)

| a Control number | | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. |
|---|---|---|---|

| b Employer identification number (EIN) 04-198 3255 | | 1 Wages, tips, other compensation 14,141.00 | 2 Federal income tax withheld 0 |
|---|---|---|---|

| c Employer's name, address, and ZIP code | 3 Social security wages 14,141.00 | 4 Social security tax withheld 877.65 |
|---|---|---|
| W. H. GRAHAM CORP. 838 MAIN ST. WORCESTER, MA 01140-1444 | 5 Medicare wages and tips 14,141.00 | 6 Medicare tax withheld 205.91 |
| | 7 Social security tips | 8 Allocated tips |

| d Employee's social security number 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 | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

| e Employee's first name and initial   Last name FRANK   QUAGLIA | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| 35 TERRY LANE | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| BARRE, MA 01005 | 14 Other | 12c |
| | | 12d |

| f Employee's address and ZIP code | | |
|---|---|---|

| 15 State MA  Employer's state ID number 041-383-255 | 16 State wages, tips, etc. 14,141.00 | 17 State income tax 557.44 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|

**Form W-2 Wage and Tax Statement**   **2005**

Copy C—For EMPLOYEE'S RECORDS. (See Notice to Employee on back of Copy B.)

Department of the Treasury—Internal Revenue Service
Safe, accurate, FAST! Use   IRS e-file

---

## Form 1099-MISC (2005)

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. CLUB DEAD PRODUCTIONS PETER A. STEFAN 838 MAIN STREET WORCESTER, MA 01610-1444 | 1 Rents $ | OMB No. 1545-0115 **2005** Form 1099-MISC | **Miscellaneous Income** |
|---|---|---|---|
| | 2 Royalties $ | | **Copy B For Recipient** |
| | 3 Other income $ | 4 Federal income tax withheld $ | |

| PAYER'S Federal identification number 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 | RECIPIENT'S identification number 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 | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
|---|---|---|---|---|

| RECIPIENT'S name FRANK QUAGLIA | 7 Nonemployee compensation $ 5000.00 | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| Street address (including apt. no.) 35 TERRY LANE | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| City, state, and ZIP code BARRE MA 01005 | 11 | 12 | |
| Account number (see instructions) | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |

| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ 0 | 17 State/Payer's state no. 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 | 18 State income $ 5000.00 |
|---|---|---|---|---|

Form 1099-MISC          (keep for your records)          Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| W. H. GRAHAM CORP.<br>838 MAIN ST.<br>WORCESTER, MA 01610-1444 | $ | **2005** | **Miscellaneous Income** |
| | 2 Royalties<br>$ | Form **1099-MISC** | |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ *0* | **Copy B**<br>**For Recipient** |

| PAYER'S Federal identification number<br>04-1383255 | RECIPIENT'S identification number<br>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 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
|---|---|---|---|---|

| RECIPIENT'S name<br>FRANK QUAGLIA | 7 Nonemployee compensation<br>$ *12,500.00* | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| Street address (including apt. no.)<br>35 TERRY LANE | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| City, state, and ZIP code<br>BARRE, MA 01005 | 11 | 12 | |
| Account number (see instructions) | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |

| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ *0* | 17 State/Payer's state no.<br>*041-383-255* | 18 State income<br>$ *12,500.00* |
|---|---|---|---|---|

Form **1099-MISC**                    (keep for your records)                    Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| CLUB DEAD PRODUCTIONS<br>PETER A. STEFAN<br>838 MAIN STREET<br>WORCESTER MA 01610-1444 | $ | **2004** | |
| | 2 Royalties<br>$ | Form **1099-MISC** | |
| | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ 0 | Copy B<br>For Recipient |
| PAYER'S Federal identification number<br>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 | RECIPIENT'S identification number<br>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 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name<br>FRANK QUAGLIA | | 7 Nonemployee compensation<br>$ 30,000.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>35 TERRY LANE | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| City, state, and ZIP code<br>BARRE, MA 01005 | | 11 | 12 | |
| Account number (optional) | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| 15 | | 16 State tax withheld<br>$ 0<br>$ | 17 State/Payer's state no.<br>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 | 18 State income<br>$ 30,000.00<br>$ |

Form **1099-MISC**                  (keep for your records)                  Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| CLUB DEAD PRODUCTIONS<br>PETER A. STEFAN<br>838 MAIN STREET<br>WORCESTER MA 01610-1444 | $ | **2004** | |
| | 2 Royalties<br>$ | Form **1099-MISC** | |
| | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ 0 | Copy 2<br>To be filed with recipient's state income tax return, when required. |
| PAYER'S Federal identification number<br>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 | RECIPIENT'S identification number<br>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 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name<br>FRANK QUAGLIA | | 7 Nonemployee compensation<br>$ 30,000.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | |
| Street address (including apt. no.)<br>35 TERRY LANE | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| City, state, and ZIP code<br>BARRE, MA 01005 | | 11 | 12 | |
| Account number (optional) | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| 15 | | 16 State tax withheld<br>$ 0<br>$ | 17 State/Payer's state no.<br>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 | 18 State income<br>$ 30,000.00<br>$ |

Form **1099-MISC**                  Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| | |
|---|---|
| te; ZIP code, and telephone no.<br>PRODUCTIONS<br>STREAM<br>9TH STREET<br>TEA MA 01610-1444 | **1** Rents<br>$<br>**2** Royalties<br>$<br>**3** Other income<br>$ |

OMB No. 1545-0115

2003

Form **1099-MISC**

**Miscellaneous Income**

Copy B
For Recipient

**4** Federal income tax withheld
$ 0

RECIPIENT'S Identification
umber
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

**5** Fishing boat proceeds
$

**6** Medical and health care payments
$

QUAGLIA

**7** Nonemployee compensation
$ 27,944.00

**8** Substitute payments in lieu of dividends or interest
$

LAND

MA 01005

**9** Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐

**10** Crop insurance proceeds
$

**11**

**12**

**13** Excess golden parachute payments
$

**14** Gross proceeds paid to an attorney
$

**16** State tax withheld
$ 0
$

**17** State/Payer's state no.
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

**18** State income
$ 27,944.00
$

(keep for your records)

Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| Club Dead Productions<br>c/o Peter A. Stefan<br>838 Main Street<br>Worcester, MA 01610-1444 | $ | **2002** | **Miscellaneous Income** |
| | 2 Royalties<br>$ | Form **1099-MISC** | |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ 0 | **Copy B For Recipient** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | |
|---|---|---|---|---|
| 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 | 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 | $ | $ | |

| RECIPIENT'S name | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| Frank Quaglia | $ 12,000.00 | $ | |
| Street address (including apt. no.) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer. (recipient) for resale ☐ | 10 Crop insurance proceeds | |
| 35 Terry Lane | $ | | |
| City, state, and ZIP code | 11 //////// | 12 //////// | |
| Barre, MA 01005 | | | |
| Account number (optional) | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| | $ | $ | |

| 15 | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|
| | $ 0 | | $ 12,000.00 |
| | $ | | $ |

Form **1099-MISC**                    (keep for your records)                    Department of the Treasury - Internal Revenue Service

**Copy B To Be Filed With Employee's Federal Tax Return** | **2002** OMB No. 1545-0008

| a Control Number | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 2350 1507 | 6612.43 | |
| | 3 Social security wages | 4 Social security tax withheld |
| b Employer ID number | | |
| 04-6001348 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7150.82 | 103.69 |

c Employer's name, address, and ZIP code

Town of West Boylston
120 Prescott Street
West Boylston, MA 01583

d Employee's social security number
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

e Employee's name, address, and ZIP code

Frank M. Quaglia
35 Terry Lane
Barre, MA 01005

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code G  538.39 |
| 13 Statutory employee 14 Other | S125  27.00 | 12b Code |
| Retirement plan | | 12c Code |
| 3rd party sick pay | | 12d Code |

| MA | 046001348*08 | 6612.43 | 175.38 |
|---|---|---|---|
| 15 State Emplr's state I.D. # | 16 State wages, tips, etc. | 17 State income tax | |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Form W-2 Wage and Tax Statement          Dept. of the Treasury - IRS
This information is being furnished to the Internal Revenue Service

---

**Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.)** | **2002** OMB No. 1545-0008

| a Control Number | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 2350 1507 | 6612.43 | |
| | 3 Social security wages | 4 Social security tax withheld |
| b Employer ID number | | |
| 04-6001348 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7150.82 | 103.69 |

c Employer's name, address, and ZIP code

Town of West Boylston
120 Prescott Street
West Boylston, MA 01583

d Employee's social security number
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

e Employee's name, address, and ZIP code

Frank M. Quaglia
35 Terry Lane
Barre, MA 01005

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code G  538.39 |
| 13 Statutory employee 14 Other | S125  27.00 | 12b Code |
| Retirement plan | | 12c Code |
| 3rd party sick pay | | 12d Code |

| MA | 046001348*08 | 6612.43 | 175.38 |
|---|---|---|---|
| 15 State Emplr's state I.D. # | 16 State wages, tips, etc. | 17 State income tax | |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Form W-2 Wage and Tax Statement          Dept. of the Treasury - IRS
This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.

---

**Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return** | **2002** OMB No. 1545-0008

| a Control Number | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 2350 1507 | 6612.43 | |
| | 3 Social security wages | 4 Social security tax withheld |
| b Employer ID number | | |
| 04-6001348 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7150.82 | 103.69 |

c Employer's name, address, and ZIP code

Town of West Boylston
120 Prescott Street
West Boylston, MA 01583

d Employee's social security number
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

e Employee's name, address, and ZIP code

Frank M. Quaglia
35 Terry Lane
Barre, MA 01005

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code G  538.39 |
| 13 Statutory employee 14 Other | S125  27.00 | 12b Code |
| Retirement plan | | 12c Code |
| 3rd party sick pay | | 12d Code |

| MA | 046001348*08 | 6612.43 | 175.38 |
|---|---|---|---|
| 15 State Emplr's state I.D. # | 16 State wages, tips, etc. | 17 State income tax | |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

---

**Extra Employee Copy** | **2002** OMB No. 1545-0008

| a Control Number | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 2350 1507 | 6612.43 | |
| | 3 Social security wages | 4 Social security tax withheld |
| b Employer ID number | | |
| 04-6001348 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7150.82 | 103.69 |

c Employer's name, address, and ZIP code

Town of West Boylston
120 Prescott Street
West Boylston, MA 01583

d Employee's social security number
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

e Employee's name, address, and ZIP code

Frank M. Quaglia
35 Terry Lane
Barre, MA 01005

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code G  538.39 |
| 13 Statutory employee 14 Other | S125  27.00 | 12b Code |
| Retirement plan | | 12c Code |
| 3rd party sick pay | | 12d Code |

| MA | 046001348*08 | 6612.43 | 175.38 |
|---|---|---|---|
| 15 State Emplr's state I.D. # | 16 State wages, tips, etc. | 17 State income tax | |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

AVERY®    RECYCLED PAPER MADE FROM 30% POST CONSUMER CONTENT

| TOTAL AMOUNT DUE | | MONTHLY PAYMENT FACTORS | | BALANCES | |
|---|---|---|---|---|---|
| Past Due Monthly Payments: | $2,012.12 | (For Payment Due: 10/01/06) | | Principal Balance: | $156,762.13 |
| Due 08/01/06 - 09/01/06 | | | | Escrow Balance: | $.00 |
| Suspense Balance: | $.00 | Interest Rate: | 6.45000% | | |
| Total Amount Past Due: | $2,012.12 | Monthly Payment: | $1,006.06 | | |
| Payment Due on 10/01/06 | $1,006.06 | Escrow: | $.00 | **Amounts Paid Year-To-Date** | |
| | | Insurance Products/Misc: | $.00 | Principal: | $1,276.64 |
| Expenses Paid by AMC: | $.00 | Monthly Total: | $1,006.06 | Interest: | $6,771.84 |
| Unpaid Late Charges: | $174.50 | | | Late Charges: | $127.30 |
| Other Fees & Charges: | $.00 | | | Hazard Insurance: | $.00 |
| Total Expenses/Fees Due: | $174.50 | Next Monthly Payment | | Taxes/Liens: | $.00 |
| | | Change Date: | 11/01/06 | | |
| Total Amount Due: | $3,192.68 | | | | |

To avoid late charges of $30.18 we must receive
your payment by 10/16/06 during business hours.

*Visit www.myamcloan.com.*

## ACTIVITY SINCE YOUR LAST STATEMENT

| DATE | DESCRIPTION | AMOUNT | PRINCIPAL | INTEREST | ESCROW | INSURANCE PRODUCTS/MISC | LATE CHARGES/ CORP ADV/FEES | SUSPENSE |
|---|---|---|---|---|---|---|---|---|
| 09-18 | LT CHG ASSESSMT | . | | | | | $30.18 | |

## IMPORTANT MESSAGES

A late charge has been assessed. Your loan is past due. Please remit your payment immediately or contact our office at 1-800-430-5262.

There may be additional charges assessed to your loan after the date of this statement. Any funds received that do not include payment for these additional charges are subject to return.

If you are experiencing problems in making your payments, we would like to notify you of the availability of government-approved counseling agencies designed to assist homeowners going through financial difficulties. To obtain the name of an approved counseling agency near you, please call (800) 569-4287, or access an online directory at www.hudhcc.org. This does not, in any way, amend the terms of your contract with AMC Mortgage Services.

Funds received, in excess of your required monthly payment amount, will be applied in the following order: Expenses paid by AMC, Outstanding fees, Late charges, Escrow advances, and finally additional principal.

Federal Law requires us to notify you that we are acting as a debt collector. If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.

## Detach And Return This Portion With Your Payment



**LOAN NUMBER: 0090533621**

FRANK M QUAGLIA JR

◯ *I am thinking about refinancing!*
Contact me about the benefits of
refinancing my current loan. (Fill in circle completely)

**Make Check Payable To:**

։|Ili։|ıl։|ıll։|lıl։|ıll։|ıll։|ıll։|ıll։|ıll։|ıll

AMC MORTGAGE SERVICES
P O BOX 5926
CAROL STREAM IL 60197-5926

|ılı|llıııılllılııll։l։lılıııılılll։ıııılılıl։ıl։ıll

| | |
|---|---|
| Date Due: | **10/01/06** |
| Past Due Monthly Payments: | $2,012.12 |
| Payment Due On: 10/01/06 | $1,006.06 |
| Total Expenses/Fees Due: | $174.50 |
| **TOTAL AMOUNT DUE:** | **$3,192.68** |
| Late Charge Due After:10/16/2006 | $30.18 |
| (Optional) Additional Principal: | |
| (Optional) Additional Escrow Advance: | |
| (Optional) Additional Payment: | |
| **TOTAL AMOUNT ENCLOSED:** | |

RECYCLED PAPER MADE FROM 30% POST CONSUMER CONTENT

AVERY

```
)9/14/06                        TOWN OF BARRE                          PAGE    1
)9:13:12                 REAL ESTATE TAX STATEMENT                      MUTX168  9.4
```

PARCEL: 000H-0451                        LOCATION: 00035 TERRY LANE

```
CURRENT OWNER:                           CURRENT STATUS:
   QUAGLIA FRANK M JR                       ACRES              :        1.62
   35 TERRY LANE                            LAND VALUATION     :       48,300
   BARRE           MA   01005               BUILDING VALUATION:       146,800
                                            EXEMPTIONS         :            0
                                            TAXABLE VALUATION  :      195,100
```

DEED DATE: 11/01/99 BOOK: 22009 PAGE:  139        INTEREST DATE: 11/05/06

| YEAR TYPE | FREQUENCY | BILLED | PRIN DUE | INT/COST | TOTAL DUE |
|---|---|---|---|---|---|
| 2004 RE | FIRST HALF | 940.78 | .00 | | |
| 2004 RE | SECOND HALF | 940.77 | .00 | | |
| | TOTAL 2004 | 1,881.55 | .00 | | |
| 2005 RE | FIRST HALF | 1,063.59 | .00 | | |
| 2005 RE | SECOND HALF | 1,063.59 | .00 | | |
| | TOTAL 2005 | 2,127.18 | .00 | | |
| 2006 RE | FIRST HALF | 1,090.61 | 1,090.61 | 133.44 | 1,224.05 |
| 2006 RE | SECOND HALF | 1,090.61 | 1,090.61 | 96.19 | 1,186.80 |
| | TOTAL 2006 | 2,181.22 | 2,181.22 | 229.63 | 2,410.85 |
| | GRAND TOTALS | 6,189.95 | 2,181.22 | 229.63 | 2,410.85 |

AMC MORTGAGE SERVICES                          September 27, 2006
PO BOX 5218
PASADENA, CA 91107-0218


                                               Property at:
                                               35 TERRY  LN
                                               BARRE, MA 010050000


FRANK M  JR QUAGLIA                            Lender No: 10032
35 TERRY LN                                    Loan No: 0090533621
BARRE, MA  010050000                           Investor: 307
                                               Delinquent Property Taxes


We previously notified you that delinquent taxes and/or assessments have
been attached to your property.  To date, we have not received proof of
payment.

If the delinquent taxes have been paid, please forward a copy of the
receipt(s) or canceled check(s) to our office immediately.  If you have
not paid the delinquent item(s) please contact the tax collector noted
below for an exact amount to pay and forward proof to our office.

                    PLEASE DO NOT SEND TAX PAYMENT TO THIS OFFICE!

If we do not receive a response within 15 days, further action may be
taken to pay these delinquent taxes and any related fees; an escrow
account may be required for payment of future property taxes.
Your prompt attention to this matter is greatly appreciated. If
you have questions regarding this letter, please contact our Property
Tax Department at (866) 300-8022.

Federal Law requires us to notify you that we are acting as a debt
collector. If you are currently in a bankruptcy or have received a
discharge in bankruptcy as to this obligation, this communication is
intended for informational purposes only and is not an attempt to collect
a debt in violation of the automatic stay or the discharge injunction.

--------------------------------------------------------------------------------
Taxing Agency: BARRE TOWN**                                 (978) 355-5001
              PO BOX 387, BARRE, MA  1005
       APN 000H-0451

       Information as of 07/21/06:                 TOTAL #
-------TAX IDENTIFICATION --------            TAX YR  OF INST       BASE AMT
000H-0451                                     2005    2            $2,181.22


M03375.27678859.0                                                CONTINUED

RECYCLED PAPER MADE FROM 30% POST-CONSUMER CONTENT

AVERY®

```
                                                          Page:    1
                                     Customer:      37906  09/29/2006
```

**LEOMINSTER Credit Union**    20 ADAMS ST.
LEOMINSTER, MA. 01453

```
          FRANK M QUAGLIA
          35 TERRY LANE
          BARRE MA   01005-9265
```

```
**************************************************
* A c c o u n t   O v e r d r a w n   A d v i c e *
**************************************************
```

```
     Type: PREFERRED CHECKING

     Account Number:            1000237979
     Current Balance:               324.77-
     Date of Last Deposit:      08/21/2006
     Last Deposit Amount:            23.16
     Date of Overdraft:         08/21/2006
```

YOUR ACCOUNT IS STILL OVERDRAWN.  PLEASE MAKE A DEPOSIT TO THIS ACCOUNT
WITHIN THE NEXT TEN DAYS IN ORDER TO AVOID ANY ADDITIONAL FEES.  IF A
DEPOSIT IS NOT MADE TO THIS ACCOUNT IT WILL BE CLOSED.



**LEOMINSTER**
**Credit Union**    20 ADAMS ST.
LEOMINSTER, MA. 01453

FRANK M QUAGLIA
35 TERRY LANE
BARRE MA   01005-9265

```
* P a s t   D u e   N o t i c e *
```

```
Loan Type:                    OVERDRAFT
Principal Balance:              500.00   Original Loan Date:        03/13/2004
Current Rate:                18.0000   Credit Limit:                 500.00
Interest Thru 09/24/2006:       12.75   Last Payment Received:      07/24/2006
One Day's Interest:               .24   Last Payment Amount:          477.70
Late Charge Balance:             1.05
```

```
            Past Due Date:               09/01/2006
            Amount Past Due:                21.05
            Late Charges:                   1.05

                     ********************
            Total Amount Due:   *         22.10 * * Second Notice *
                     ********************
```

"YOUR LOAN IS NOW SERIOUSLY PAST DUE.  PLEASE CALL US UPON RECEIPT OF THIS
NOTICE AT (800) 649-4646 EXT 7313."

    If Payment Has Been Made, Kindly Disregard This Notification

        * Please return this portion with your payment *

            P a s t   D u e   N o t i c e

```
                                Amount Past Due:              21.05
                                Late Charges:                  1.05
FRANK M QUAGLIA                 Total Amount Due:             22.10
35 TERRY LANE
BARRE MA   01005-9265
                                Amount Enclosed:      $
```

```
Date Payment Was Due:09/01/2006
Loan Type:        OVERDRAFT           LEOMINSTER CREDIT UNION
Loan Number:     1000237979           20 ADAMS STREET
Regular Payment T/C:      375         LEOMINSTER, MA 01453
```

RECYCLED PAPER MADE FROM 20% POST CONSUMER CONTENT

AVERY



**20 Adams Street • Leominster, MA 01453**

FRANK M QUAGLIA
LUCILLE A. QUAGLIA
35 TERRY LANE
BARRE MA  01005-9265


REPOSSESSION NOTICE
RIGHTS OF DEFAULTING DEBTOR UNDER MASSACHUSETTS LAW

You May cure your default on loan number 5167210896 dated 11/10/04
secured by: 2000 NISSAN QUEST GLE
by paying to the Leominster Credit Union, 20 Adams Street, Leominster,
MA 01453 the amount of $ 271.72 before 10/17/06.  If you pay this
amount within the time allowed you will no longer be in default and may
continue with the transaction as though no default had occurred.

If you do not cure your default by the date stated in the above
paragraph Leominster Credit Union may sue you to obtain a judgement
for the amount of the debt or may take possession of the collateral.
If Leominster Credit Union takes possession of the collateral you
may get it back by paying, within twenty (20) days of the date of the
repossession, the full amount of your debt plus any reasonable
expenses incurred by us.

Sincerely,


DAVID RICHTER
COLLECTION DEPARTMENT
978-466-7324
CC:File sent by regular and certified mail.

---

**NCUA**          **Leominster • Worcester • Clinton • Holden • Sterling • North Leominster**
          **978-537-8021 • 800-649-4646 • www.leominstercu.com**          

9

RECYCLED PAPER MADE FROM 30% POST CONSUMER CONTENT

AVERY™

# CREDIT PROTECTION ASSOCIATION, L.P.

A NATIONWIDE COLLECTION COMPANY

(C) Copyright 1977-2005
By Credit Protection Association, L.P.

# NOTICE

09/21/2006

#BWNFMBY *******MIXED AADC 752
#01277155890#
Illulllllulllullllullllllllllllllllllll
Frank Quaglia
35 Terry Ln
Barre, MA  01005-9265


01277155890

01-014080-8350120380126073-00
Your SSN # XXX-XX-7084

Our records show that there continues to be a remaining unpaid balance on this account.
Continuing to ignore our requests for payment will not make this debt go away. Our
client, Charter Comm-Worcester, is recommending that this debt and the remaining
balance due be transferred to another agency for further action.

Now is the time to put an end to this outstanding debt. Do not wait any longer - take
action today. Use this letter as a chance to pay your balance in full and have your
records updated with your payment information.

Once payment is received and settlement made by your financial institution, Credit
Protection Association will process your payment and change this account's status to
Paid.

To take advantage of this opportunity, mail your payment today and include the attached
payment coupon for proper credit or call 877-332-2432 to make payment by phone.

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Credit Protection Association, L.P.  13355 Noel Rd., Dallas, TX 75240
(972) 991-3171 / Dallas Office Hours:  8:00 am to 5:30 pm CST Monday - Friday

6207-0001

FOLD, TEAR AND RETURN THIS PORTION WITH YOUR PAYMENT

01-014080-8350120380126073-00
01277155890
Frank Quaglia

| | |
|---|---|
| Service balance: | $354.86 |
| Equipment at: | $45.00 |
| Total amount due: | $399.86 |
| Amount Paid: | |

09/21/2006
Remit to:

NOTICE: Please see reverse side of letter for
important information regarding check payments.

Credit Protection Assoc.
PO Box 9037
Addison, TX  75001-9037

02 01014080 00000000001277155890 0039986 5

# CREDIT PROTECTION ASSOCIATION, L.P.

**- A NATIONWIDE COLLECTION COMPANY -**

(C) Copyright 1977-2005
By Credit Protection Association, L.P.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

CPA    800 Hingham #200N    Rockland, MA  02370    (800) 255-6775
(972) 991-3171 / Dallas Office Hours:  8:00am to 5:30pm CST Monday - Friday

01277155890

**#BWNFMBY ********MIXED AADC 752**
**#01277155890#**

Frank Quaglia
35 Terry Ln
Barre, MA  01005-9265

12/23/2005

**For convenient payment options
call (800) 418-8144 or
go to www.paycpa.com**

RE:  Your account with Charter Comm-Worcester
      Toll Free #          95 Higgins St
      (800) 634-1008      Worcester MA  01606-1913

01-014080-8350120380126073-00
Your SSN # XXX-XX-7064

Dear Frank Quaglia:

Charter Comm-Worcester has informed us that no payment or arrangement was made to settle your overdue account in the amount of $399.86, which includes 1 non-returned equipment valued at $45.00.  Be advised that the thirty (30) day validation period discussed in our first letter concerning the validity of your debt will pass within the next three (3) weeks.  If you do not seek validation, we will assume that your debt is valid at the end of that period.

Please note that unless you resolve your overdue account, Credit Protection Association will continue all collection efforts.

To insure proper credit, include the bottom portion of this letter with your payment.  If payment has already been made, please contact Charter Comm-Worcester.

For your convenience Credit Protection Association accepts Visa®, MasterCard® and Check payments by phone or web 24 hours a day, 7 days a week via our Automated Payment System.  To use the system, please call toll free at (800) 418-8144 or visit our web site at www.paycpa.com.  Please have your 11 digit reference number **01277155890** available.

Very truly yours,

J W Preston

5102-0001

**Credit Protection Association, L.P.  13355 Noel Rd.,  Dallas, TX  75240**

**FOLD, TEAR AND RETURN THIS PORTION WITH YOUR PAYMENT**

01-014080-8350120380126073-00
01277155890
Frank Quaglia
Service balance:                    $354.86

Equipment at:                       $45.00

Total Amount Due:                   $399.86

Amount Paid:

12/23/2005
Remit to:

NOTICE: Please see reverse side of letter for important information regarding check payments.

Charter Comm-Worcester
95 Higgins St
Worcester MA  01606-1913

02  01014080  0000000001277155890  0039986  5