RECYCLED PAPER MADE FROM 25% POST CONSUMER CONTENT

AVERY



**TOWN OF BARRE**
**Department of Public Works**
Highway • Sewer • Water

441 Wheelwright Road
Barre, MA 01005
(978) 355-5013 • Fax (978) 355-3425 • Email: barredpw@charterinternet.com

August 15, 2006

Frank Quaglia
35 Terry Lane
Barre MA 01005

                                                        **Account# 1-119B**
                                                          **35 Terry Lane**

Dear Mr. Quaglia,

At the Board of Water Commissioners meeting held on August 14, 2006, your request for payment arrangements to clear your past due water and sewer accounts was reviewed.

The Commission as agreed to accept the following payment agreement of a minimum of

$200.00 by-weekly (per your letter of July 26, 2006)(copy attached).
Your present past due balance is $1,145.13

Be advised that if a payment is not received on or before the due date, your water service will be terminated ten (10) days from that date.

Should you have any questions, you may contact the Water Commission through the DPW Office at 978-355-5013.

For the Board of Water Commissioners,

*Alanna Duquette*

Alanna M. Duquette
DPW Administrative Assistant

cc    Town Collector

*[handwritten at top: get a chance a new center, small payments m. with I center behalf]*

## TOWN OF BARRE

*[handwritten: She said to Pay $200 to Know what I'm done]*

### Department of Public Works

Highway • Sewer • Water   *[handwritten: water + sewer + let E laving]*
441 Wheelwright Road
Barre, MA 01005   *[handwritten: get shut off]*
(978) 355-5013 • Fax (978) 355-3425 • Email: barredpw@charterinternet.com

*[handwritten left: Elaina (978) 355-5007]*

### PAST DUE NOTICE
### WATER AND/OR SEWER ACCOUNT

Date:       June 23, 2006

Customer:   Frank Quaglia
            35 Terry Lane
            Barre MA 01005

*[handwritten: RT 32 Hardwick / 441 Wheelright]*

Location: **35 Terry Lane**      Account #: **1-119B**

This letter is in regard to your water and/or sewer account which currently has a past due balance of:

## Amount Past Due: **$ 1,326.94** Date of Last Payment: **06-01-2005**

Be advised that if payment has not been received by Thursday, July 27, 2006 at 2:00 p.m., we will have no other option but to take steps to terminate your water service until the past due balance is paid, per the *Massachusetts General Laws, Chapter 165, Section 11A*:

> *Procedure for shutting off the flow of water on failure to pay lawful charges except as otherwise provided in this chapter, a water company may shut off the flow of water from its mains or pipes to the premises of any customer who has failed or refused to pay the lawful charges of said company for water previously consumed. The officers, employees or agents of said company may, upon any business day between the hours of eight ante meridian and four post meridian, enter upon the premises of a customer whose payments are in arrears and close a valve, remove or disconnect a meter pipe or fitting, if necessary, for the purpose of shutting off the flow of water as above authorized, provided, however, that the customer has been given thirty-six (36) hours notice in person or by registered or certified mail directed to his last address furnished to the company. If such address is different from the address of the premises affected a copy of such notice shall also be so mailed to the address thereof.*

Payment can be mailed to; Town of Barre Collector, PO Box 387, Barre MA 01005 or in person at the office located at; Henry Woods Building, 40 West St., 2nd floor, Monday – Thursday.

For questions or concerns, please call the Town Collector's office at 978-355-5001 or the DPW Office at 978-355-5013.

Town of Barre Water & Sewer Commissioners

Water Commissioners – Ronald Higgins, Ronald Hosley and John Pimental
Sewer Commissioners – John DiPilato, Kathlyn Inman and Paul Donahue

amd

# Town Of Barre, Massachusetts

### Office of the Tax Collector
### 40 West Street, P.O. Box 387
### Barre, Massachusetts 01005
Phone (978)-355-5001  fax (978)-355-5032
Email: *www.barrecollector@nat1plus.com*
Home Page: *www.town.barre.ma.us/townhall*

APRIL 12, 2006

THIS LETTER IS TO REMIND YOU THAT YOUR WATER/SEWER
ACCOUNT HAS A PAST DUE BALANCE. NEW BILLS WILL BE
SENT OUT SOON. PLEASE SEND YOUR PAYMENT TO:

TOWN COLLECTOR
PO BOX 387
BARRE, MA 01005

CUSTOMER    *Douglas Franks JR*

AMOUNT PAST DUE

RECYCLED PAPER MADE FROM 30% POST CONSUMER CONTENT

AVERY™

PO Box 18056
Hauppauge, NY 11788-8856

4 4 29
407891

2679184

Return Service Requested

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*MIXED AADC 117

2679184
FRANK QUAGLIA
35 TERRY LN
BARRE MA 01005-9265



# Atlantic

## CREDIT & FINANCE INCORPORATED
**PO Box 13386  \*  Roanoke, VA 24033-3386**
**866-397-4100  \*  Fax 540-772-7895**
**http://www.atlanticcreditfinance.com**

Original Creditor ▸ HOUSEHOLD BANK
Acct# ▸ 5491100003844092
AC&F Acct # ▸ 2679184
Balance ▸ $1,047.05

July 27, 2006

Dear Mr./Ms. Frank Quaglia:

Please allow this letter to serve as an introduction to **Atlantic Credit & Finance, Inc. (ACF).** ACF has purchased the above referenced account (the "Account").

Our records reflect you are obligated on the Account. The Account is currently in default. Accordingly, ACF as owner and holder of the Account, is entitled to be paid the entire balance due. The current balance on the Account is $1,047.05. All payments on the Account should be sent as noted below.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If the original creditor is different from the current creditor ACF will provide you with the name and address of the original creditor if a written request is received by ACF within 30 days of you receiving this notice.  Please refer this letter to your attorney for a response if you are represented by an attorney in regard to this debt.  Likewise, if you are in an active bankruptcy case, or this debt has been discharged in a bankruptcy case, refer this letter to your bankruptcy attorney for a response.

**To discuss this debt, please call ACF at 866-397-4100, John Wright, Ext. 4104, between the hours of 9:00 A.M. - 9:00 P.M. EST Monday - Thursday and 9:00 A.M. - 5:00 P.M. EST on Friday.**

**Mail all Payments and Correspondence to:**
**Atlantic Credit & Finance, Inc.**
**PO Box 13386**
**Roanoke, VA 24033-3386**

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

**Please See the Reverse Side....**

12

# national**grid**

6/15/06 gone to ewol
to reuse payent

**To Reach Us**
Customer Service:        1-800-322-3223
Credit Department:      1-866-395-0315
E-mail:        CustomerService@us.ngrid.com
Website:        www.nationalgrid.com

| Pay This Amount |

FOR SERVICE AT: 35 TERRY LN
BARRE MA 01

WESTERN UNION
RUTLAND PHARMACY # 000000
RUTLAND, MA
National Grid
Z172192 2110 06/16/06 1:32PM 167 169000
CURRENCY: USD
205331 08519B001
00 CHECK  PD        $0.00        Cash $194.65
STATEMENT    $194.65    CASH  PD    $194.65
CHARGE DUE        $0.00    TOTAL PD    $194.65
                                    EMP01

**394.65**
Account Number

**CURRENT:**        $90.27
**ARREARS:**        $304.38

**33108 51880 01**
Bill Date

**TOTAL ACCOUNT BALANCE:**        $394.65

JUN 01, 2006

# T E R M I N A T I O N
# N O T I C E

IF YOU MAIL YOUR PAYMENT OR PAY AT AN AGENCY,
PLEASE NOTIFY US AT 1-866-395-0315.

OUR RECORDS INDICATE YOUR ACCOUNT IS OVERDUE, AND UNLESS
PAYMENT OF $   304.38 IS RECEIVED BY    JUNE 07, 2006, YOUR
SERVICE WILL BE TERMINATED. IF SERVICE IS TERMINATED, A
FIFTEEN DOLLAR RECONNECTION CHARGE MAY BE ASSESSED TO YOUR
ACCOUNT.

PLEASE BE ADVISED THAT EFFECTIVE JUNE 1, 2006, NATIONAL GRID
REPRESENTATIVES WILL NO LONGER ACCEPT PAYMENTS AT THE CUSTOMERS
PREMISES. IF YOUR SERVICE IS TERMINATED, THE PAST DUE BALANCE MUST
BE PAID AT AN AUTHORIZED PAYMENT AGENCY PRIOR TO THE RESTORATION OF
YOUR SERVICE AND WE CANNOT GUARANTEE SAME DAY RECONNECTION.

IF YOU ARE HAVING DIFFICULTY PAYING YOUR BILL, PLEASE CONTACT
US AT 1-866-395-0315 FOR AVAILABLE PAYMENT OPTIONS.

                        CUSTOMER SERVICES DEPARTMENT

Make check payable to: *National Grid*
*Mail to:* **Processing Center, Woburn MA 01807-0005** • See reverse side.

RECYCLED PAPER MADE FROM 20% POST CONSUMER CONTENT

AVERY

Billing Date: **05/04/06**    Page 1 of 2
Telephone Number: 978 355 3456
Account:    978 355 3456 797 009 8

**verizon**

*We never stop working for you.*

*5/M 00*  *Phy 11:5*  *$376.03*  *6/2/06  Nancy*  *$153.30 / (48.66) → Past due*

JANET QUAGLIA

*→ Past due plus May 17th statement*

## Notice of Discontinuance

**Amount Overdue**                                    **$283.09**

· **Your account is seriously overdue.**
· Payment of the overdue amount must be received by 5:00 P.M. on May 8, 2006 or your service will be disconnected.
· You can avoid disconnection by paying in full or making acceptable payment arrangements on or before that date.
· Your basic local and Verizon service **will not** be interrupted if you pay all your Verizon charges. Your ability to dial long distance calls, however, **may be restricted** if you do not pay the long distance charges on your bill.
· In addition, a deposit (initial or additional) which equals two times the average monthly bill is a condition of the restoral of service. A restoral charge of $10.00 will be applied to your account. After 15 days the maximum reconnection charge is $13.50.
· Using Touch-Tone, you should report payments, make payment arrangements, or obtain account information from 7:30 am Sunday through 7:30 pm Saturday by calling 1-800-244-3737.
· Or call your service representative at 1-800-750-3553 Monday thru Friday 8:00 am to 6:00 pm.
· For details about Link-Up and Lifeline Telephone Assistance for eligible low income residence households, call your service representative.

**See page 2 of this bill for more information.**

**Pay your bill quickly by phone.**
Call 1-800-345-6563 any time day or night.

*$153.40  pd on 6/2*

**Save Time!**
*Manage your account online at verizon.com*

*Conf. # 110470*

**Authorized Payment Agents:**
Call 1-800-244-3737 for a location near you.

*phone check*

*1 stop mini mart 1406 manst. work*
*McGoverns Release*
*82 milbury St*

*5/19/06 Darleen*
*5/19/06 Luke*

*283.09*

**Mail payments to:**
Verizon, PO BOX 1, WORCESTER MA 01654-0001

*6/22/06  $284.00*
*Call with confirmation #*

**Change of address?**
See page 2.

*fjquaglia@verizon.net*

*FJ5683*

**verizon**

*Yam -*

▼ Detach & return payment slip with your check, payable to Verizon.

Account: 978 355 3456 797 009 8
**Charges Due: 05/08/06**

**Total Overdue**        **$283.09**

**Amount Paid:**

$ ☐☐☐.☐☐

JANET QUAGLIA                    52
35 TERRY LN
BARRE MA    01005-9265

VERIZON
PO BOX 1
WORCESTER  MA 01654-0001

0200978355345679700911102    000000000028309000002830902

14

RECYCLED PAPER MADE FROM 30% POST CONSUMER CONTENT

AVERY

AMC Mortgage Services, Inc.

P.O. Box 11056
Orange, CA  92856-8165
Phone (877) 389-3175
Fax (714) 973-3303

May 16, 2006


Frank M Quaglia Jr
35 Terry Ln
Barre, MA 01005


Property Address: 35 Terry Ln, Barre MA 01005
Cancel Date: 05-27-06
Type of Coverage: Fire
RE: Loan Number 0090533621

Dear Borrower(s):

We were recently notified by your insurance carrier that the insurance
policy that covers your property will no longer be in force as of the
cancel date above. As you know, sufficient insurance coverage is required
to be in force at all times.

Please contact your insurance agent and request that a reinstatement be
sent to the above fax number or mailed to the above address. If you are
changing insurance companies, please have  your agent send a copy of
your new policy to the above address.  Your response is required by
05-31-06 to prevent the necessity of securing a lender placed policy.
A policy placed by the lender is usually more expensive than one placed
by the owner and will only cover the lender's interest in the property
and not provide additional coverage for your personal items.

If you have any questions regarding this notice please call our Insurance
Center at (877) 389-3175.


Sincerely,


Insurance Department


AM003/009/Z60



RECYCLED PAPER MADE FROM 30% POST CONSUMER CONTENT

AVERY

see Exhibit #5

for ~~the~~ Mortgage Info.

16

**LEOMINSTER Credit Union**  20 ADAMS ST.  LEOMINSTER, MA. 01453

Page:    1

Loan:          5167210896   09/15/2006


FRANK M QUAGLIA
LUCILLE A. QUAGLIA
35 TERRY LANE
BARRE MA   01005-9265


\* P a s t   D u e   N o t i c e \*

| | | | |
|---|---|---|---|
| Loan Type: | USED CAR | | |
| Principal Balance: | 4,917.54 | Original Loan Date: | 11/10/2004 |
| Current Rate: | 5.9900 | Original Loan Amount: | 7,012.25 |
| Interest Thru 09/17/2006: | 44.38 | Last Payment Received: | 07/25/2006 |
| One Day's Interest: | .80 | Last Payment Amount: | 135.86 |
| Late Charge Balance: | 35.00 | | |
| Collateral/Property: | 2000 NISSAN QUEST GLE | | |

Past Due Date:            08/25/2006
Amount Past Due:             135.86
Late Charges:                 35.00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Total Amount Due:   \*        170.86 \* \* Second Notice \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

"YOUR LOAN IS NOW SERIOUSLY PAST DUE.  PLEASE CALL US UPON RECEIPT OF THIS
NOTICE AT (800) 649-4646 EXT 7313."

     If Payment Has Been Made, Kindly Disregard This Notification
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* Your automatic loan payment of $170.86 could not be made.              \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RECYCLED PAPER MADE FROM 30% POST CONSUMER CONTENT

AVERY



# THE COMMONWEALTH OF MASSACHUSETTS
## REGISTRY OF MOTOR VEHICLES
### P.O. BOX 55889 BOSTON, MA 02205-5889
#### www.mass.gov/rmv

REGISTRATION FEE INCLUDES $ 5.00
RENEWAL PROCESSING FEE

## CERTIFICATE OF REGISTRATION
PASSENGER

| PLATE TYPE | REGISTRATION NUMBER | EXPIRES LAST DAY OF → | MONTH | YEAR |
|---|---|---|---|---|
| PAN | 63MN26 | | 06 | 08 |

EFFECTIVE DATE 07/01/06

| FEES: | | NAME(S) OF OWNER(S) AND MAILING ADDRESS |
|---|---|---|
| REGISTRATION | 41.00 | QUAGLIA, FRANK M |
| TITLE | 0.00 | 35 TERRY LANE |
| SPECIAL PLATES | 0.00 | BARRE, MA 01005-9265 |
| SALES TAX | 0.00 | |
| TOTAL | 41.00 | |

TRANSACTION NUMBER

02618115100111

Anne L. Collins

REGISTRAR

RESIDENTIAL ADDRESS (IF DIFFERENT)

| IF VEHICLE CARRYING PASSENGERS FOR HIRE MAXIMUM NUMBER OF PASSENGERS THAT CAN BE SEATED. | IF VEHICLE USED FOR TRANSPORTING GOODS, WARES, OR MERCHANDISE: TOTAL REGISTERED WEIGHT. |
|---|---|

| MFRS MODEL YEAR | MAKE | MODEL NAME | BODY STYLE/TYPE | COLOR |
|---|---|---|---|---|
| 1987 | VOLV | 245 | STWAG | RED |

| VEHICLE IDENTIFICATION NUMBER | INSURANCE COMPANY | TITLE NUMBER |
|---|---|---|
| YV1AX8855H1742540 | AMICA MUTUAL INS | BA865306 |

NOT VALID UNTIL STAMPED WITH OFFICIAL SIGNATURE STAMP OR SIGNATURE OF THE REGISTRAR

RECYCLED PAPER MADE FROM 50% POST CONSUMER CONTENT

AVERY

RECORDED
I 132869

02 JUL 12 PM 1: 13

ANTHONY J. VIGLIOTTI
REGISTER

COPY

## QUITCLAIM DEED

I, LUCILLE A. QUAGLIA, INDIVIDUALLY
OF, WORCESTER COUNTY, MASSACHUSETTS

For consideration paid LESS THAN ONE HUNDRED AND 00/100 ($100.00) DOLLARS

Grant to LUCILLE A. QUAGLIA AND FRANK MARIO QUAGLIA, AS JOINT TENANTS

of 86 MOUNT VIEW DRIVE, HOLDEN, WORCESTER COUNTY, MASSACHUSETTS

With quitclaim covenants:

A CERTAIN PARCEL OF LAND SITUATED IN HOLDEN ON THE EASTERLY SIDE OF MOUNT
VIEW DRIVE, BEING SHOWN AS LOT 30 ON "PLAN OF LOTS OFMATTHEW G. CIOCIOLO
IN HOLDEN, MASS., DATED JANUARY, 1955, BY ROBINSON ENGINEERING INC."
RECORDED IN PLAN BOOK 203, PLAN 111, MORE PARTICULARLY BOUNDED AND
DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE EASTERLY SIDE OF MOUNT VIEW DRIVE AT THE
SOUTHWESTERLY CORNER OF LOT 32 AS SHOWN ON SAID PLAN AND THE
NORTHWESTERLY CORNER OF THE LOT TO BE CONVEYED;

THENCE N. 72 DEG. 04' 20" E. BY LOT 32 A DISTANCE OF ONE HUNDRED SIX AND
TWENTY-THREE HUNDREDTHS (106.23) FEET TO LAND OF W.T.A.G. INC., NOW OR
FORMERLY;

THENCE S. 22 DEG. 29' 30" E. ONE HUNDRED TEN AND THIRTY-FIVE HUNDREDTHS
(110.35) FEET TO SAID W.T.A.G. INC. LAND, NOW OR FORMERLY, TO LOT 28;

THENCE S. 72 DEG. 04' 20" W. BY LOT 28 A DISTANCE OF ONE HUNDRED FOURTEEN AND
NINETY-THREE HUNDREDTH (114.93) FEET TO MOUNT VIEW DRIVE;

THENCE N. 17 DEG. 55' 40" W. BY SAID MOUNT VIEW DRIVE ONE HUNDRED NINE (109)
FEET TO LOT 32 AND THE POINT OF BEGINNING.

Being the same premises conveyed to the Grantor by deed dated AUGUST 12, 1965 and
recorded with the Worcester District Registry of Deeds in Book 4635, Page 569.

Return to :
Lucille Quaglia
86 Mount View Drive
Holden, MA

Locus :: 86 Mount View Drive, Holden, MA

Witness my/our hands and seals this 3rd  day of        July    ,2002

_Lucille A. Quaglia_
LUCILLE A. QUAGLIA

## COMMONWEALTH OF MASSACHUSETTS

*WORCESTER* , *ss.*                              July 3      ,2002

Then personally appeared the above-named LUCILLE A. QUAGLIA acknowledged the foregoing instrument to be HER free act and deed, before me,

Notary Public:  ALAN MASON
My commission expires: 3/21/2008