UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10460-RWZ

FRANK QUAGLIA

v.

BRAVO NETWORKS, et al.

MEMORANDUM OF DECISION AND ORDER

November 9, 2006

ZOBEL, D.J.

Plaintiff Frank Quaglia ("Quaglia") brought this action for copyright infringement, breach of confidence and breach of implied contract against defendants Rainbow Media Holdings LLC ("Rainbow Media") and National Broadcasting Company, Inc. ("NBC") and Bravo Company ("Bravo"), alleging, inter alia, that defendants infringed the copyright on plaintiff's film, "The Ultimate Audition," in violation of the 1976 Copyright Act, 17 U.S.C. §§ 501 et seq.

Defendants jointly moved for summary judgment against plaintiff, and this court granted the motion on all counts (Docket # 50).  Thereafter, defendants filed a joint motion for an award of attorneys' fees and costs pursuant to Section 505 of the Copyright Act of 1976, 17 U.S.C. § 505, which this court granted on September 19, 2006 (Docket # 61).  This court further ordered plaintiff to submit an affidavit and other documentation describing his net worth, current salary, other sources of income, and any other financial information he wished the court to consider regarding his ability to

pay attorneys' fees and costs, which he has now done.

In accordance with defendants' most reasonable suggestion, and given that the papers submitted demonstrate that plaintiff's gross annual income is less than $50,000, plaintiff is ordered to pay attorneys' fees and costs in the amount of $1,000.

|  |  |
|---|---|
| November 9, 2006 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |